# EXHIBIT D-1

Interview/Discussion with John Oakes [by Ethan Persoff] (April 12, 2021)

**EP: Hi John. I guess to begin. You worked with Barney Rosset?**

JO: I did indeed. I worked for Barney Rosset and that was quite a wild experience. Barney hired me and I was sort of Barney's counterweight to the Getty's when they brought in Peter Getty. I was supposed to be Barney's answer to Peter Getty. That was quite a great time.

**EP: You were Barney's 'counterweight'? Is this because Peter Getty was formidable?**

JO: No, [Getty] was just totally conservative. It just was such a surreal experience. And ...and you know, Barney raging around the office, drinking and doing drugs, and then you get Getty coming in with a proposal. I remember, actually... I wrote about this somewhere: Getty wanted to do a book of winners of the Congressional Medal of Honor. You know, these soldiers who killed, like, 50 people with their teeth or something? And we all thought that's horrendous. Barney and I managed to keep him from publishing it. The irony is it probably would have sold, you know, tons of copies. But I didn't know much at the time. This was 1985. But I knew that Grove, and certainly I, didn't want anything to do with people like that.

**EP: What else can you say about Paul Getty?**

JO: [Paul Getty] did odd things. Like he didn't have pocket change. So for lunch the staff was always lending him $5 for a sandwich. I swear to God. And then he'd go out - I am not making it up - He said he was going out shopping with his mother - to buy a jet! - and he told us this. I'm not I'm not making it up. It was as if he was ASKING us to hate him. He was such a strange guy. I guess, you know... You live in that world and you're totally divorced from any connection to what passes for reality.

**EP: Yeah. Well, that's all helpful, because I'm writing a history piece on Grove, and Barney, and Evergreen Review Online. I'm happy to know you were there at Grove at the time.**

JO: Outstanding. That's great.

**EP: Right. So that's one reason I wanted to speak with you today. Do you know of any other pieces included in this same book?**

JO: I am writing a piece. There are also other essays, written by professors.

**EP: (enthusiastically) Sounds good.**

JO: But don't worry, you're not going to hate it. You're not going to hate it.

**EP: I didn't say I'd hate it. I'm in Academia, myself. (laughs) I like it!**

JO: Oh, that's fine, then. And I wrote a little bit, you know, just a couple of pages about MY PERSPECTIVE on the history, and why it was important.

**EP: Well, that's cool.**

JO: I want to make it clear. I'm delighted and I want to facilitate this. However I can.
-
With the later Evergreens, I think they can probably proceed without fear. But with the early Evergreens, the copyright situation is very vague, basically. As far as I know, no contracts whatsoever exists for the early ever issues.
-
Maybe they're somewhere buried in archives of Syracuse, but certainly they're not at Columbia and um, you know, and Barney, if you know anything about this guy, he, you know, he basically did what he wanted.

Plaintiff000680A

Case 1:25-cv-09398-LAP   Document 9-6   Filed 11/18/25   Page 3 of 23

**EP: Yeah, yeah, yeah. You know, I actually talked to Barney about Evergreen's copyright a couple of times.**

JO: That's that's funny! I didn't know that.

**EP: Yeah. So I'm familiar with what you're talking about. And this is actually a useful jump. I suppose I'm curious: Could it be that Evergreen's copyright appears a little vague? I wanted to speak with you about the publication credit going into the book. Because my understanding, loving Evergreen, loving the work you're doing and loving Barney's family, is that it's those older magazine issues should be credited to the estate.**

JO: That is wrong. That is absolutely flat out wrong. And if you say loving the family, I presume you mean Astrid.

**EP: Well, no, I mean it means also Chantal, and Peter and Tansey and ...**

JO: Well Peter and Tansey are on the board at Evergreen. And you know, I knew Chantal, although I haven't seen her in decades. But that is flat out completely wrong. And if that is ... I will absolutely, I mean it is demonstrably wrong. The board of Evergreen is the board that appointed me publisher. And it is the board of Evergreen that runs the magazine. And it's the same board as before. Many of the people (sighs) ... were on the board ... except Joe Bianco died. And Astrid was on the board, too, when I was named publisher. And it is the same magazine. It is the same exact organization. The only difference is the format.
-
The question of copyright applies to the interior of the ... you know, some of the contents (of the earliest issues) and I think Barney questionably, um but you know, I think one could get by with the way he did it ... but Astrid is flat out wrong. AND if Chantal is saying this, she is too. She is free to talk to me.
-
I mean you can talk to whomever you wish. But I have responded to Astrid and her lawyer, who is also the estate lawyer, and they have never contested that.
-
Astrid has, she pops up with this phrase ... "Evergreen Review Copyright" ... And then I wrote her a letter which I will send you.


**EP: Yeah, that'd be great.**

JO:I'm happy to send you a copy of it.

(Email was sent, it is the identical email Astrid shared - email titled "Fwd: Evergreen Review Copyright")
-
JO: (continuing) But this is Astrid's fantasy. Completely. And all of this started when she she didn't like - (scoffs) - I mean - this often happens, you know, this happened with Kandinsky's widow...
-
[Editor's Note: That's a pretty unkind insult and entirely out of character with Astrid. She doesn't resemble Nina Kandisky at all. See: https://archive.vanityfair.com/article/1995/2/kandinskys-merry-widow] John continues:
-
JO: It is just something that these VERY STRONG creative people like Barney, you know, they see these things (creations) as "Themselves" ... As their "Self" ... "Something They Own" ... But Evergreen, which WAS started by Barney, YES. And it is (seems to catch himself) ... Barney is somebody I loved and ... but also, I mean, he was also crazy and wild. Did you meet him?

**EP: Oh, I knew Barney REALLY well, yes. I'm happy to say that.**

JO: Yeah. Okay, good, good.

Plaintiff000681A

2

**EP: Yeah.**

JO: So then you know that he would just do, in his kind of language, "whatever the FUCK he felt like doing". But the thing is: Evergreen is an independent organization. Evergreen is NOT Barney Rosset.
-
JO: And Evergreen is a... and I've been ...it's been quite a.. a LABOR the last few years turning it into a completely legal nonprofit.
-
JO: Evergreen was doing things like: It basically paid for Barney and Astrid's livelihood ... You know, at the end of his life, if you know him, you also know he did not have really ANY money at all. In fact his Rent at 61 4th Street. The landlord ... (Barney) hadn't been able to pay the rent for as far as I know a couple of years. Some of us try to help them in certain ways. You know, I could pay the rent for the guy, okay.
-
[Editor's note: Remember to go back to this paragraph about how someone might use Evergreen's MEAGER website funds, when he brags about Dale's $10K salary]

John continues:
-
JO: And so, when the board asked me if I wanted to do this (become publisher of Evergreen) - I initially rejected the idea. But then I thought I don't know anyone better suited to do this, with a publishing background and who had worked with Barney in publishing and whom I think you know I'm we're all very different people from one another and but and I think I have an appreciation of what he did. I also felt we could do something DIFFERENT."
-
And so I decided to come in when I was handed the ...the... you know, the "wonderful" position - you know, a volunteer position, by the way. Of being publisher. So I went with Astrid to the bank account, right? So she could make me signatory ... The first thing. So we could exchange for the signature ... Before we did that Astrid empties the bank account. Right while I was sitting there she wrote herself a check. It was under 100 bucks that was in the bank account. And you know, I'm sitting there. You know her, then? You know Astrid?

**EP: Yes. Very well. Yeah.**

JO: Okay, so you 'know her very well'. Okay, great. So this was about maybe whatever was 2017. So she is a cute little old lady. She's writing herself a check. But whatever it's in the bank account and I'm sitting there what am I going to? And I said well you know what is the point? She said, "oh they're expenses."
-
[Editor's Note: I'm guessing this is because they didn't have a lot of money and she needed to get all she could at that point after Barney's death to survive? To throw **this** implication at someone for $100? Astrid admits to doing this but clarifies it was $75, and John said nothing at the time.]
-
JO: So that bank account was emptied and that is how they ran it. They ran it as though it was their personal account ... and Astrid, who does NOT have a background in business and she does not have a background in uh... publishing, either. You know ...as you know, because publishing's hardly a business, but you know and she was devoted to Barney for many years - Although she came in AFTER the Grove Press years, as you may or may not know. She was never at Grove and she was never at Evergreen when it was you know, pre online. (distinction noted between online and print)
-
But that's how Barney always ran it and that's how she thought it should be run. She is completely - I mean, I don't think she's a malicious person - and her only experience of how to run this kind of thing is under Barney's tutelage. But she is completely absolutely DEAD WRONG. And if Evergreen has more money it's it ought to sue her. But I'm not going to sue her. And...
-
Peter and Tansy were on the board before I was named. But it was the board that not only named me, but asked me to do this. And Astrid was for it too at the time.
-
Plaintiff000682A

And then when I got this Evergreen underway and it's very nice what you say, Ethan, about Evergreen being (great) ... It's really due to Dale Peck whom I, I think is just wonderful. I bring in a few authors and artists, but it's really almost entirely him (Dale), but it's run very VERY differently from when Barney ran it, and CERTAINLY than when the Astrid was running things.

-

**EP: Evergreen Review is a nonprofit, right?**

-

JO: I made it that way. It was a private foundation under Barney and Astrid, who turned it into a non-profit. That's a five year tax process. Right. So a couple of years into my being publisher with Astrid on the board, I discovered that Evergreen Review, somebody had reregistered evergreen review dot org.

-

**EP: Right.**

-

JO: And I thought, oh, this is funny because we used to have evergreen review dot org, you know. So I look into it. It's, but this is true story.

-

JO: (Excited inhale) Every single word of this I can send you, I looked into who had the website URL. You know, what happened to Evergreen Reviewed data? Because, you know, there, I was literally given a folder of documents, There's nothing else. Everything else was either it was in Syracuse or whatever, you know, maybe on their computers. So I found, you know, you sort of whatever it is, who is, who, who is dot org or called. Right. It's owned. It was registered by the name. The name may rang a bell. Ready for it: Charles Mingus. The third Charles Mingus. The Son of Charles Mingus!

-

JO: Charles Mingus - The Fantastic jazz musician! He also was a pal of Barney and Astrid. I never met him, but I knew he was a pal.

**EP: His son is a playwright, And an artist.**

JO: That may be, but, well, yeah yeah...

**EP: And that would certainly be hilarious. Like, "whose this Mingus?"**

JO: (attempting to correct) No, it's a son who has the URL. Not the jazz musician guy, who has been dead for some time.

**EP: Right. His son is a playwright, And an artist.**

JO: (not observing) So I uh. I call up - Because at the time, you can't do it now, but his name was registered (on ICANN) and I speak to Mr Mingus!

**EP:Yeah.**

JO: You know, I've never met this guy.

**EP: Yeah. Just to clarify. My understanding is that his father was a jazz musician. Is his son is a playwright.**

JO: Yeah Yeah. So I call up this GUY, who I've never met and we have a perfectly pleasant conversation of about an hour, which by the way meanders ALL over the place. And I say I say, you know, Mister Mingus, um uh ... oh? You know this guy? you know him?

**EP: I, I know of, Yes. We're friends.**

JO: Okay. Okay. It burned into territory ... and I assure you, I didn't ask him about this, but about, you know, uh, UFOs and stuff like this.

**EP: Yeah! Charles is brilliant. Very fun to speak with.**

Plaintiff000683A

JO: And I said I said, really, Mister Mingus, I want to focus on this. So please tell me what's happened with you're having gotten Evergreen Review dot org? Because I'm the publisher of Evergreen Review, which is a nonprofit. And I was named by the board and this was the same board that operated under Barney. You know.
-
And he said: "Oh, Astrid asked me to do this." - to get the URL.
-
And I said: "Well, mr Mingus, you know, this is quite a shock to me, and Ethan, I'm telling you this because, later, I wrote Charles Mingus III a letter, you know, which I laid the thought... I said, you know that this is not right, this belongs to Evergreen Review...
-
And he said: "Yeah, well she really wants to have it to put up the archive of the original Evergreen Review (web pages) and I said to him Two Things:
-
One, which is true, is that we're in the process putting up all the old magazines, but this is not yours or anyone else's to do it. You can't do that. This magazine belongs to the magazine. The magazine IS the Board of The Evergreen Review which is The Evergreen Review and the you know, so he said, "well..." - you know, he, he he left it noncommittal.
-
I asked astrid about this in front of the board. Uh, she acknowledged that she had asked him to do this. She said she would ask him to return it to Evergreen Review. She never did.
-
And I... She was voted off the Board. With my absolute endorsement. She she was voted off the Board. And the Board, I repeat, includes Peter and Tansey, and the other people you know, who are on the Board. You know, Charlie Pallela, whom you may have also met if you knew Barney.
-
You know, she really has been doing whatever she can to undermine...
-
She's the sweet little old lady. I know how I'm sounding! I wish her the best! But she is not running... (Evergreen Review)
-
And even even if she were (running Evergreen Review) and she was right - that I wasn't running it the right way. She doesn't have the right to DO this. Evergreen - It is the the Board of Evergreen Review that has to decide what happened, you know. And the Board has said that the publisher is going to run it. And that's me.

**EP: wild.**

JO: Sorry for that rant.

**EP: No, it's cool. I hear you on all that. It's just, okay, here's where I come into it:**
-
**I remember talking with Barney a number of years ago about the relationship with online and the printed magazine. Because about every issue, Barney liked to run old Grove-era, Evergreen magazine material - He li[ked to reprint stuff from the magazine online.**
-
**Like there was some really cool Beckett pieces, I think he did some Michael O'Donoghue stuff and other things. And I remember saying to him, you know, you should just put up everything online.**
-
**You know, and he said to me, I remember this very clearly: with the rum and coke, you know, tinkling in his glass - he said, you know, "They're separate." that the print era was print era, and that whatever goes on evergreen online goes in evergreen online.**
-
**I understand Barney was a bombastic person, but I just remember having that conversation with him and basically, I'm trying I'm trying my best to help the book get made and and avoid this from being a conflict.**

Plaintiff000684A

JO: Okay, so Ethan, Barney never said that to me, but that's fine. You know, I was not, I was not involved with Evergreen online under Barney.

-

When it went online, you know, I was having very little to do with with Barney at that point. In fact Around then It was probably would have been around 2008 or 2012, In fact, he wanted me to do his memoirs at the time.

[sidenote: Evergreen online began in 1998]

-

And having worked with him when I was at Four Walls, you know, I did an Evergreen anthology. (realizes to himself) Oh, yeah! I forgot that little thing. I published an Evergreen print anthology when I was at Four Walls and I thought: "You know, why not? It'll be lots of fun. I'll work with Barney..."

-

It was a nightmare! This is an anthology, you know, working with Barney which was very different than working under him when he would say to me as a you know, whatever it was a junior assistant editor, you think, yeah, "do whatever whatever you want, it's fine"

-

But working with him on an anthology. It was insane! And it would be happy to tell you about that some day. So I haven't just done an anthology of pre published work. I KNEW I couldn't do the memoir and I respectfully declined to be involved with it. And then so, a couple of other, I think it was three other publishers tried to do it with him...

-

And then it was only after his died - that Astrid! - the evil guy that I am -  she brought it to me, And and said: "Do you think you can do something with this?" And I said: "Yeah!"

**EP: Okay, yeah, just since you inserted this, I don't think you're I don't think uh you're perceived as an evil person.**

JO: Really: Okay, Good. But Astrid CERTAINLY DOES think that. She really thinks that I'm screwing it up. But wait.. So after his death, I worked I got Algonquin Books, you know, agreed to surrender the publishing rights and I edited it down and now, it's not great, but it's fairly readable and it's perfectly respectable as a book.

**EP: Yeah, I have the hardcover copy right here. I love it.**

JO: Oh! That's great. That's a nice edition.

**EP: And you know, actually, it's funny. Because that's actually where my confusion starts. Because if you open that up, it says: The images in that book are saying our copyright Barney Rosset Estate in that.**

JO: (Pause) Well. Not the Joan Mitchell ones.

**EP: no, true. But I mean, I can only assume...**

JO: Well let me just respond to that. Okay, so the images, for example, of Joan Mitchell, we had to get permission of Joan Mitchell. The images of Barney and the photographs that were taken of him OF COURSE are copyright of the Estate and the Estate owns personal photographs that Barney took. The estate DOES NOT OWN the images of (Evergreen printed in the book) - and that was NOT meant to apply to (images of Evergreen printed in the book).

-

I mean if that were the case then you know you know covers that, have been used left and right, you know, in a review or in historical books, you know can't be used without the permission of the Estate. (describing fair use)

-

It's just it's not ... it's simply not legally defensible.

-

Plaintiff000685A

It's not done in publishing. It's the the organization that is The Evergreen Review. It's the same Evergreen Review. It's always been. But I wanted to respond to something you said about your conversation with Barney...

**EP: Okay.**

JO: Which I, in no way, how could I contest it? I'm SURE that that's something he said.
-
But Barney also created ... did what he wanted to ... with the law.
-
And he did what he wanted to with how he ran organizations. He didn't have patience for bureaucracy - which I respect - and he did exactly as he wished.
-
But this is a total FANTASY that an organization could be ... you know, the same board. The same entity could suddenly, you know, that the assets would suddenly belong to the Estate.
-
Astrid also did this with a film, Samuel Beckett's "Film", which is called "Film". As you probably know.
-
I don't have the money to hire a lawyer. And I decided after talking about it with some other members before, "Just forget it. Let it go. You know, it doesn't involve a lot of money. It's probably a few 100 bucks a year. But that wasn't the point for me, the point is the precedent where she just decided that the assets of the Evergreen Review belonged to HER or the Estate personally.
-
That is not the case. The assets of the Evergreen Review. Once it BECAME an organization ... or, or first it was a corporation, a foundation and then it became an organization - belong to the Evergreen Review.
-
They do not belong to me. I want to make that clear. You know, it's, but it does not belong to the Estate of Barney Rosset. It belongs to the nonprofit that is The Evergreen review. Whoever the publisher, whether it's you or or, or donald trump, that's who owns it.
-
The Evergreen Review, if it owns nothing else, owns what is in The Evergreen Review.
-
That is all I'm saying. And (sighs audibly) Barney has left a legacy of a mess.

**EP: Well, so if Barney was still alive, would you be saying this?**

JO: I don't know. He might ... If Barney were still alive and were not the publisher, would he be saying it? (laughs) Probably not.
-
But you know, I worked with Barney. I sustained him in many, many different ways for many years. BUT whatever he is saying, or not saying, that's wrong.
-
Well, I don't mean whatever he's saying! (laughs) But maybe who knows?
-
But let's say, if Barney we're standing in front of me saying it, I would say to him: he's wrong.
-
But I don't think I'd ever have the guts to tell him he was wrong because he had an extremely violent personality. And I was somewhat, as I should have been, in awe, but I was also terrified.

**EP: Yeah, yeah. Strong little man right there. Yeah.**

JO: (emphatic agreement, hmm-hm!) But so my my uh, the board's contention, it's very straightforward is that there's not a mystery that the publication, the Evergreen Review is The Evergreen Review. The only thing that changed is the format.
-
And it's still, it was the same entity that has done The Evergreen Review. And I mean, it's, you know, it's absurd to think: On the one hand, the Evergreen Review is, I mean, it's a publication tomorrow. We decided to do it in print. It would be in print. There's no restriction on the format.

Plaintiff000686A

The reason we do it online is, first of all, I think it's that's that makes sense for a literary and political journal these days. Plus, we don't have the money to do it in print, it's much more exciting to do it online. You can do it quickly and wonderful things to design, which I think, you know, a guy Joe Perez is doing. Yeah. Well, and, and uh, you know, it makes sense from A to B.

**EP: Well, I mean, I, I guess: The only difference is the space of time between Evergreen "One" and Evergreen "Two", I suppose. Because, I think...**

JO: Well that's not how copyright works.

**EP: Well, hold on. Yeah, so I see them (the two eras) - and I have a very neutral - I'm just trying to help the book get made - You know, and so, uh, my perception is that one I want the book to happen. And I've always been a friend of Evergreen in a, in a lot of ways.**
-
**I think I've been here to help you all out in some pretty crucial times. Right before, before you came on to it, I helped rescue the - you talked about the domain - I actually rescued the domain. They allowed it to lapse. I got the largest renew we could get at the the time, which I think was five years or 10 years. And then I set an calendar alarm just to remind myself about it when it, when that alarm went out and it had lapsed again. And so that's how Astrid and I reconnected was some years after Barney died.**

JO: Just unbelievable! Thank you.

**EP: So, I'm yeah, I will say let me let me this. This sounds melodramatic. But Barney asked me, at one point, to help protect Evergreen (if ever needed) - And you know, because he could be melodramatic. But he said things like that, and I consider it a promise I made.**
-
**So, you know how he would talk like that. So, I feel, for Evergreen, it's love for you, it's love for everybody. I just I know that that your hesitance right there, a moment ago, where I asked what would you do (if you were publisher) but Barney was still around? Would you be talking like this? I did sort of here a uncertainty for a moment there. So...**

JO: Absolutely. Absolutely. And the reason is intimidating not because he was right.
-
So let me clear that up right now. You know, there's no, there's no um murkiness here, Ethan. Presumably if you knew barney well, you know that he did stuff that was reprehensible.
-
I mean, I don't know, I would if you ever saw how I never saw him ... Well, I saw him being rude to Astrid. But I never saw him do what I saw him DO to his previous wife, Lisa. And I I don't even think I can I don't think I can tell I can tell you. Let me put it this way: I'll tell you the least harmful thing.
-
Okay. She went with a ... he went with ... (catching himself) I don't want it. I'm not gonna do that.
-
He did some stuff that was actually criminal too to some of his family. He did things that there's no way you or I or a even a very rebellious minded person would advocate happen.
-
I mean to those in his immediate circle, he always treated me very well very nicely.
-
Um I mean, sometimes, you know, he would be rude and yell, but nothing really objectionable, but so, so if you asked, if he were standing in front of me, I would say, you know, I'd walk away, I'd say fine, because I'm not trying to also, he has an incredible historical legacy. I think he deserves respect for that, but that doesn't mean he was right.
-
And I'm telling you he was wrong about that. If that if that's what he would have, but this is all punitive. I also think he had no respect for, well, uh, huh, I don't really want to go into all of it. Yeah, I'm not asking...

**EP: Well, I'm not asking...**

Plaintiff000687A

Case 1:25-cv-09398-LAP    Document 9-6    Filed 11/18/25    Page 10 of 23

JO: Well, in a way you are. I admire the way you're drawing me out. And I know you're doing this from a place that is - uh uh MORE than well intentioned. "Well intentioned" sounds condescending.

**EP: Oh, It's for its intended - it's intended for the "well", for the good of everybody.**

JO: You have a DEEP knowledge of what Evergreen, uh, stood for. But, also: Evergreen has evolved. It is something different. It can't be the same thing it was in 1963.
-
I do not want it... as the publisher, I don't want it to try and be a reiteration of (the previous paper).
-
I mean, I don't think that what it was in its first online iteration was very exciting, I'm trying, I think and with Dale Peck's, and two other people involved, I think it's doing well. (sounding frustrated)

**EP: Well, okay, so here's the funny thing, I'm actually, in town here in Austin and we have the Norman Mailer archive here on campus. And so I actually know a friend who has answered some similar calls about norman and uh, I mean, he actually knifed his wife, you know?**

JO: I know!

**EP: So, I mean, I think, yeah, so I think people would say, you know, "I don't care if he has a wife beater (this is his property)"**

JO: Right!

**EP: Well?**

JO: No, no, no, no. You said because just quote yourself back are not quote. But you said, you know what if barney, we're standing in front of you, what would you say? And then we'll

**EP: I asked if he was if he was alive. I asked if he was alive.**

JO: Yeah, yeah. The same difference. I'm not trying to split hairs. The point was, if Barney were present, what would I say to him? I would and I told you the truth. Which is, I would say: "Forget it!" But I also wouldn't be publisher of Evergreen Review if Barney were here.

**EP: Let's say let's say um let's let's let's be purely...**

JO: And if I said forget it, it wouldn't be because I thought he was right.
-
It's because I would want to YIELD to barney. But that is not my function NOW.
-
My function now is as a volunteer publisher of Evergreen. To make sure that the organization is run as well as it can be run and to protect its assets.
-
And Barney,i frankly, Barney did things that were um, not, I think one could say were not legal in his personal life and in his professional life.
-
He did incredible things. He reshaped the culture. We are so much better for it. You know, I think I've proven that I feel that way and I deeply respect it.
-
But you know, he did things he operated in a way that was not vaguely kosher. And it, you know, whether I'm publisher or not, that is not - it's simply not correct.
-
The Evergreen Review is the Evergreen Review. The Board is the same board that ran except then (when Barney was there) and, you know, set up THIS entity

(again,another distinction between previous and current)

Plaintiff000688A

9

Case 1:25-cv-09398-LAP     Document 9-6     Filed 11/18/25     Page 11 of 23

- and then now it's changed because you know, Astrid is longer on the board because she was undermining whatever we were trying to do. But you know, yeah. (sighs)

**EP: It's complicated. I didn't mean to get you... it seems like we're having to provide provoked, I hope I haven't made you upset.**

JO: No, no, I'm not upset. But I mean Astrid... She also has told these kids. you know, when Barney died, he had a very small estate and I think whatever....Well, I know, I mean she even gave ME things which by the way I gave to one of one of the children - whom she is not in touch with; Beckett. Maybe you also met uh Beckett Rosset.

**EP: I know him vaguely.**

JO: Yeah, okay. So so she and Beckett, you know, she does not get along with Peter or Tansey or Beckett and I'm glad that Chantal and she connect, but Beckett didn't have anything belonging to his father. So I gave him everything that as you know, photos, books that Astrid had given ME that.
-
Uh and but my point is saying - I'm sorry - I really wasn't trying to paint myself as Saint or something. But yeah: my point is that she told the children, I heard this from Peter and Tansey, that you know she would leave them uh Fox Rock and, and uh, the assets of Evergreen and I have not been in touch with chantal at all, either for good or for ill, but I said to them, these things do not belong to the Estate, they belong to The Evergreen Review.
-
And furthermore, Fox Rock, by the way, I mean as you probably know, even as a small press is very definitely negative, you know, so the outlay is negative. That is not a positive and it is a debt, it is a burden. And it is not, but in any case it's Evergreen's worth is not Astrid's to give or not give.
-
The last exchange I had, she popped up about this um uh and I'll send you the letter I sent her and her attorney Bob Solomon. I never got a response. This was a while back, but I'm happy to send you a copy of what I said.

**EP: Yeah, that'd be cool. Yeah.**

JO: Hold on, let me see if I can find the bloody thing... (is the same email alluded to above, pardon, this is when it is sent)

**EP: This is a good conversation by the way.**

JO: Yeah it is.

**EP: I hope, I hope I'm not interrupting your day too much.**

JO: No, no, (exasperated) I may have a heart attack talking to you. But for me it, it...

**EP: well let me say, I think everybody wants the book to happen so you don't need to. Yeah. Yeah. I mean everybody, everybody wants this book to happen.**

JO: Oh, do they?

**EP: So there's no, it's uh you know...**

JO: Okay, here it is. Here it is. This is actually a good letter. This is when she contacted pat thomas (Fantagraphics) about the (book) - So this was back in december. I wrote her. I cc'd her her lawyer ... And I never heard back from either one of them.
-
So you mean I actually that's not true. The lawyer gave a small contribution to Evergreen! (laughing) you know like $50 bucks.

Plaintiff000689A

Okay, so Ethan, here it is here it is pretty straightforward: In order for The Estate to own the assets of The Evergreen Review. Right? Because I also do the tax returns, you know, such as they are, for The Evergreen Review.

-

And the tax returns initially when I came on it initially lifted a whole ton of crap that I've never seen:

-

Painting ..Books ..you know, the Library. But right, this is on the tax return  .... I mean, just to get technical, I think maybe it's worth it:

-

The tax returns that I was signing as the ceo, you know, it sounds grand, this tiny, at the time, private foundation, right? Whole bunch of stuff.

-

I told the uh the C. P. A. - who by the way was, and as far as I know the same tax accountant that Barney and Astrid used, right? I didn't change anything. I said:"We don't have any of these assets that are listed in the tax return..."

-

And they (the CPA) said: "Oh, well you know, then we'll just take them off."

-

So in order ... what this obviously meant was that these were things that Barney or Astrid had acquired or had been given to them and they were putting them, saying the foundation owned them, I guess. So they don't pay taxes, right?

-

I'm not interested in their personal taxes. I'm interested in Evergreen Review.

-

In order for the for for The Estate to own the assets of The Evergreen Review. The Board has to make ... has to say ... you know, "we hereby di[v]est ourselves, you know, this property and give it to the Estate of Barney Rosset in recompense for his years of service."

-

You know, something like that...

-

The board has never done this! You know, ever .. you know: Pre-me! (before John) while Barney was alive! Just to be legal, you know, they've never said it would do any of this stuff.

-

They just ran it however the hell they wanted. But that is not, you know, while I'm doing it, that's not how it's going to happen.

(pause)

JO: So I sent you the  letter. (referring to Evergreen Review copyright email)

**EP: Yeah, I see it.**

JO: telling you way too much..

**EP: No, this is cool.**

JO: It extends out of - you know, Barney's, you know, this is sort of a reverberation of his ... remaking the world in his own fashion, which had fantastic consequences for people like you and me: In that we can read and even say whatever we want. And use, you know, four letter words in print without getting thrown in jail.

**EP: Yeah!**

JO: And read people like Beckett and Ionesco, and Jean Genet and and so on and so on. But this was not (business) what he was good at.

[observation: so maybe Barney didn't manage rights correctly but still owns them by right of creation?]

Plaintiff000690A

11

**EP: well, so I appreciate ... this is extremely generous of you, just to discuss this.**

JO: Well I want to set it straight! I... I...  I feel very comfortable. Well, I don't feel comfortable...
-
I wish I weren't bad people here. I am, you know this raising caffeinated person that I am (laughter) raving about this person they know as this sweet little old lady, you know former kindergarten teacher!
-
Here I am, pounding on her ... so what I do feel really bad about here is the hint that Chantal is also thinking this. I knew Chantal when she was a little kid. And I mean, I don't know what she thinks, or what Astrid has probably told her. She probably thinks..

**EP: I think, I think Chantal is concerned about the family remaining with The Board. I know Chantal for the same connections that you have. And that's sort of the worry - that the family does not know what the Evergreen Board is doing.**

JO: The Family ... Ethan ... that is just that's demonstrably untrue because both Peter and Tansey are on the board they receive as members of The Board. They were members of The Board. They're still members of The Board. They receive all the information that I give to The Board.

**EP: well, well I guess I my so ...**

JO: Astrid! - Should not be on the board. (emphasized)

**EP: (mellowing out the moment) Let's just remove Astrid from this. So, I don't know if Barney's kids, let's just remove asked her from this. John, you and I are friends we're talking and I'm not upset.**

JO: Yes.

**EP: So, uh, I don't think the family - Barney's kids - know that the book is coming out.**

JO: Yes they do.

**EP: And so I'm just has there been a has there been an actual communication about that to the board or and I'm not saying this in action?**

JO: Yeah, there's been an actual communication.

**EP: Did they vote, did they vote on the, on the book coming out?**

JO: It's not No, ETHAN!

**EP: Oh, I thought you just, I don't know. I don't know boards work. Ha, I've never been on a...**

JO: No! Okay. Sorry. No, I'm running the, you know - They (presuming the Board) don't vote on who goes in the magazine or who doesn't. They don't vote on whether I hire someone or I don't hire someone. The board is there to oversee, to make sure I'm running the business for the organization in a way that they feel is compatible with what they want the organization to be. I'm on the board too, by the way, so is Dale Peck.
-
But yeah, of course! (re: the book) Of course I told the board about it, I told the board about it when we first signed it is signed up ... signed the contract. I was very pleased and proud of it.
-
You know, it was even in writing. Even in writing. Because there are minutes, there are minutes. I can dig up the minutes!
-

Plaintiff000691A

12

Case 1:25-cv-09398-LAP    Document 9-6    Filed 11/18/25    Page 14 of 23

but, you know, there's no question about that. But if Chantal ever wants to talk with me - if you're in frequent touch with her or occasional touch - I'd be more than happy to speak with her or to write with her or whatever. I do not want to, unless it's with several people, talk with Astrid.

**EP: Right, not talk with Astrid.**

JO: Let me uh very clearly amend that Ethan. I'm willing to talk to her (Astrid). But I want, I want people around me who hear what she says.
-
And I think it would be good if she, if she wants to talk to me: I will do it. But, you know, I ...I don't want to be, I don't want it to be the only person. I'd be much happier if you were there with a lawyer.
-
Or, and you know, I wouldn't, I'm not gonna hire a lawyer, but I want, you know, to have a couple of ...somebody else listening to what I'm saying.
-
Because in the past day, in fact when she was still on the board, she has to say, she said, you know, could we have a need for a coffee or something? I said sure. And then she went off on stuff which you know, I have no way of, it's just me against her word.
-
You know, here I am again, you know, set up the, as the villain - to this nice little old lady!

**EP: John, to be fair, I have not said you're a villain and she's a nice little old lady.**

JO: Yeah, deep. Anyway. You see my response. The email?

**EP: Yeah, I'm looking right at it.**

Side note, here is the entire email and reply, which Astrid and John both provided at separate times:

---------- Forwarded message ---------
From: **John Oakes** <john@evergreenreview.com>
Date: Wed, Dec 2, 2020 at 8:42 PM
Subject: Re: Evergreen Review Copyright
To: Astrid Myers Rosset <myers.rosset@gmail.com>
Cc: Bob Solomon <rns@rnslegal.com>


Astrid, Barney signed agreements for Evergreen as its publisher.

And as current publisher and CEO of the Evergreen Review, named as such by the board of Evergreen Review (which included you when you were a member), it stands to reason that I have the right to sign agreements on behalf of the Evergreen Review. I do so all the time: I sign contracts with authors and artists, sign checks and legal documents such as tax returns and other filings.

The current board of directors of Evergreen is the same legal entity that oversaw Evergreen when Barney was running it. When Barney took the magazine online, no distinction was made between the online and the print edition, other than its format. The online publication included the archives of issues of the print magazine when Barney was running it and it continues to do so. All that has changed is the publisher (and of course the current content changes all the time!).

So I am confident that a contract with the Evergreen Review, signed by the publisher of the Evergreen Review, for a collection of covers of the Evergreen Review, is legitimate.

Best,
J.

Plaintiff000692A

John Oakes, publisher
The Evergreen Review
www.evergreenreview.com


Join our mailing list


On Wed, Dec 2, 2020 at 5:26 PM Evergreen Review <info@evergreenreview.com> wrote:
Received this message from Astrid, although I believe you already sent them a response about this situation!

JT

---------- Forwarded message ---------
From: **Astrid Myers Rosset** <myers.rosset@gmail.com>
Date: Wed, Dec 2, 2020 at 3:29 PM
Subject: Evergreen Review Copyright
To: John Oakes <info@evergreenreview.com>, Robert N Solomon, Esq. <rns@rnslegal.com>


Hi John,
I hope all is well with you.
I am writing about a proposed book by Pat Thomas who
says she has permission from the "copyright holders" of Evergreen.
I did forward this email to you hoping that you would have knowledge
of who gave permission.  In the past - over many years- requests
for permissions pertaining to Evergreen Review was given by Barney Rosset - and since he died
permissions have been given by the
Estate of Barney Rosset.

Can you help me on this?

Thanks,
Astrid

[returning to conversation about this email]

JO: you also have to understand that this, this may be seen as a short response to her, but I've been dealing with this
- on a sort of on repeat and you know, things like, you know, we posted (redesigned issues from the past)
-
- She was ... She couldn't understand.
-
Let me tell you another one, Ethan: Why we didn't put up the online Evergreen Review exactly as she and Barney had had it.
-
So there are two reasons. The first is we - we had our server ...

**EP: Corrupted.**

JO: Oh you know about the corrupt stuff?

**EP: Well I remember that you mentioned that to me. (Some years ago)**

JO: Oh! Did we have an exchange about this? Previously?

Plaintiff000693A

14

**EP: Yeah, through emai, some years ago.**

JO: Okay, then I won't go over it.

**EP: Yeah. I recall that. I understand the modernizing need (visually) for digital sites to update the older content to match the the newer work. I think... I think it's unfortunate that my understanding is that's why (urging the pages Barney made not be altered) is why Astrid got pushed off, though.**

JO: No, no that's not correct. She got she got ... I I didn't push her off. She was voted off. She got voted off because she asked Charlie Mingus to buy evergreen review dot org, because I guess she wasn't sure how to do it herself. And HE TOLD ME he did it on her say so.
-
When she was on the Board, in front of the Board I asked her, you know Astrid: "Is this true?" and she said "yes" and I said: "would you please ask Charlie Mingus to return the Evergreen - You know whatever it is (Property?) - At the time I had the lingo because Joe Perez (advised?) - I read would you please ask Mingus to do this? At the time I said, although Evergreen has a few thousand bucks in its bank account. I said: "we will recompense Mr Mingus for his time and obviously whatever expenses he's spent..."
-
I'm not trying to get anything for free. But evergreen review dot org should belong to The Evergreen Review. And she said: "oh I will do that." She never did it.
-
She said she would in front of the Board in PERSON. She never did. And that's when her term came up, I thought that she really should not be on the Board anymore.

**EP: Okay**

JO: That is exactly what happened. And there's written documentation of that. And Peter and Tansey are very much still on the Board.

**EP: And was it a majority kind of vote? To get to get somebody off the Board? How does that?**

JO: I'll tell you. I do not know. And, believe it or not, I never asked. All I cared was that she is off. And the reason I don't know. It's because I did it totally legally ... I had everyone sent in their votes to the CPA who was Astrid and Barney's CPA. And the CPA tabulates the votes.
-
That's how you're supposed to legally ... You know when you're really taking this stuff seriously, you do it. It's not like me counting votes, like, you know, as the Trump people would have it ... It's done by a impartial third party.
-
So I don't know how, you know, I don't know what the vote was. In fact I could probably find out. But, but ...
-
Certainly uh to my face, or over the phone, Peter and Tansey agreed wholeheartedly with it. And I've had very supportive written emails, particularly specifically from Peter, who has been a consistent advocate of the way we're running things.

**EP: Okay.**

JO: Yeah, he (Peter) suggested some changes which I immediately implemented, you know.

**EP: Uh, I mean, you know, it's funny in terms of just the PRESENT, I think you're a dream come true regarding the reincarnation of Evergreen, I think.**

JO: Oh, that's very nice that you say that.

**EP: So I mean just in terms of, I mean (legacy) I remember Astrid - Because I've spoken with her and Barney for, you know ... I've known them for a long time. And I remember, it's my understanding that she uh nominated you to be the publisher. And so I think ...**

JO: it's entirely possible!

Plaintiff000694A

15

**EP: Yeah. So, so I guess I'm just trying to say something really, really calmly. It's hard to not see something like this happening. Is it reasonable to say throwing somebody off the Board. Not renewing them ... Is kind of an aggressive action, especially if it's the widow ... that something like this can be seen a little bit like a violent thing to do. Is that is that fair?**

JO: I'm sorry that... Ethan, you're so diplomatic. I may not be diplomatic, but you really are. And I mean that and I really admire it, li I wish I had some of your calm, a steady demeanor.
-
I would say that WOULD BE a correct assessment — IF what had happened leading up to that were not the case.
-
Astrid CONSISTENTLY — every year — I mean, if you ask any person on the board, including the people whom I didn't bring on the board, though (people like) Charlie Palella — will never say anything one way or the other.
-
But you know, Peter, specifically!
-
Every single meeting was taken up by Astrid. By not about what it should have been. You know, fundraising or how are we going to get the writers we want — when we have almost no money — that kind of thing. Or who's gonna be the Editor. You know, if John doesn't have time to do this, which I didn't.
-
And you know, THANK GOD Dale Peck popped up and you know: He gets paid - I mean, this is again between us. You know, I mean, he gets paid under [redacted] a year to the Editor in Chief of Evergreen Review. Which is something right? That is something, but it's, I imagine, it's a little bit less than the Editor in Chief of the Paris Review or whatever it is.
-
But every single Board meeting - And I'm trying to be calm like you - was taken up by Astrid saying stuff about the archives and I would have to repeat what had happened. You know about the archives of that.
-
First of all, respectfully, I didn't think that the design of the old online Evergreen was compatible with the design of the new one. But that we would keep the content. That we would post it. But it took a lot of time and the one person is getting paid at going market rates, meaning real money, is the IT Guy: Joe Perez ... Peco Meloso. I mean I think it's great and it's not very expensive but, you know, this is what he does first a living.
-
So this was repeated (Astrid's disruption) but I could ... although it did drive some other people crazy ... I could put up with that.
-
What really set me off though was her totally going behind everyone's back, asking charlie mingus to buy evergreen review dot org - to do with what she wanted. And then declined - to this day - we don't have it back.
-
I mean to me that is, I don't know how else she could have worked against the interests of the organization of which she was supposed to be ... She's on the board.
-
I mean that's, you know, they have these terms: Feduciary Responsibility. I mean, what would really be aggressive would be to sue her.

**EP: Well, sure.**

JO: Which, you know, I didn't do. Unlike Barney, I have never, ever, hired a lawyer to sue someone. I've been in some situations. I've been threatened, by the way.
-
I hope to die without ever giving lawyers money for for either to defend me or to attack someone.
-
But if ... I think there's a pretty clear case to be made that she behaved DEFECTIVELY over a period of time. And hurt - that profoundly HURT the organization, which she was supposed to be, you know, protecting the interests of.
-
So, um, if that hadn't happened, I would agree with you and say yes, that would have that was an aggressive move.
-
But the flip side of this is if a board member had done all that, and was still on the board. I think that would be a display of gross ... as they say, you know, technical gross incompetence, on the part of the Board. And the person who is supposed to be running Evergreen, and that would be me. So yes, I I am no regrets about that whatsoever.

Plaintiff000695A

**EP: Ok, ok. Yeah, I guess I'm just trying to figure out sort of the smoothest way to make every everybody pleased with the book coming out. And I think, the way I see it, and I appreciate you saying that I'm diplomatic. I'm also sincere. I feel that in a way sort of you and (present day) Evergreen right now, for lack of a word, you have won..**

JO: (hm! chuckles)

**EP: I think in a lot of ways, you come out heavily benefiting from this book, it's definitely going to get a lot of attention. I did The Realist coffee table ook with them with fantagraphics. They did that one and it benefited uh the benefited the history and the memory of The Realist in a very real way. So I know this book is going to be great for Evergreen.**
**-**
**And part of what I think the extra pieces of text - what I'm writing and what Dale Peck wrote - sort of speak about its present day (format). You know, it exists! Evergreen is not just a nostalgia book to look at the 60s through the 70s and stuff.**
**-**
** So I know that there is precedent previously of like you know the or book does have Images of Evergreen in that book and you do say that anything you do say that images retaining the barney's life are copyright his estate.**
**-**
**And I know of a bunch of other uh other books that show that, as well um that have come out since like 2018, and back. The Dear Mr Beckett book that came out credits The estate for Evergreen covers, a bunch of other things. I'm wondering knowing that you're already winning or have won. You know, how important is this sentence in the sidebar of the book?**

JO: I wanted you to finish because I, I really, I am believe it or not, trying to emulate your calmness. You come off with incredibly wise and balanced and deep person and I really got to say I I admired it. But but but I but but but

**EP: "But!" Ha.**

JO: The person you're speaking to now is me and the person that if there were barney on the other end of the phone, it would not be me. Okay. So that's an important, I would be a different person. So, but me: I have to tell you, I don't it's not about I really, genuinely sincerely as sincerely as you are saying that I don't see this as winning or losing.
-
I see it as managing. Being a responsible. I hate theses words, but I, you know, I've been on the boards of and running these little organizations for decades now. Or when I'm on the board, like a big organization like PENN, which I used to be on the board of, you know, the writers organization.

**EP: yeah.**

JO: You have a fiduciary responsibility in this case, nobody is exchanging hands. But as it's about winning. And by the way, if it were about winning, I'd say Evergreen has been deeply WOUNDED by this exchange (with Astrid)
-
Because instead of Astrid: You know, I never thought she would give a PENNY to Evergreen. I really didn't. And I and I put two people on the board, by the way I met ... Because one guy was a really nice, believe or not, Wall Street guy, I met on the PENN board and somebody else is a publishing guy, former publisher of Macmillan, who my [describes other ways people have been on the board]
-
[Regarding expectations of Astrid on the Board] -Because what I had hoped was going to happen with Astrid would be on the board [was her contacts]. She might say, you know, well, bring some old friends of Evergreen to an event — Well not the original evergreen, but of being the, you know, the later years of, of Evergreen, you know, to, to an event.
-
You know, she did that. We had a thing at poster house and she brought a few Long Island friends over. But I did not think she would fundamentally undermined us the way I've said she had already done. I'm not even talking about the bank account.

[broken audio]

Plaintiff000696A

17

**EP: I want the book to come out, is all. [regarding listing the Estate as copyright owner]**

JO: I know it would be a lot easier to do that, but it would be wrong, Ethan. It's not even correct. And even if you could take me out of the equation, it just is not correct. It's perpetuating an untruth.
-
And by the way there are plenty of places where you can find images of Evergreen — of the covers — you can not only take my name out of it, you can take Evergreen's name out of it. You do not need for a cover (copyright) to appear in a review or in a book. If it's part of the history you do not need to have that those (approvals) — That's fair use.

**EP: Oh, I believe in Fair Use, yeah.**

JO: In a collection, that's a different matter.

**EP: Well I suppose that's a valid valid thing to consider.**

(John chuckles)

**EP: How about .. I want to be able to prove this to both you. Is there any way that I can be like an arbitrator? A friendly, completely non authority based arbitrator between you both?**

JO: I would want a lawyer.

**EP: Oh, well then it doesn't ....**

JO: I mean, I do not want the ... I do not think The Estate has a say in the disposition of Evergreen Review. That's period. The Estate does not have to say in that.
-
The Evergreen Review owes Barney Rosset its existence. It owes him its genesis. It owes him, you know, it's INCREDIBLE history. But whatever assets Evergreen Review now has do not belong to the state, whether or not I'm the publisher.

**EP: So (your definition is) it belongs to the board.**

JO: Right. It belongs to the entity: "The Evergreen Review". It certainly 100 percent does not belong to me any more than it did to Barney. Although Barney budged that line.

**EP: sure**

JO: The personal and the professional and that's also why ...

**EP: He liked to blend rum *and* coke - the personal and the professional right there!**

JO: I guess I guess.

**EP: Well, let me, let me, let me speak. Let me speak deliberately here within with in our view.**
-
**The one worry, if I'm a member of Barney's family: if I was born by Barney — The biggest paranoia to possibly be disproved — is that eventually there will be nobody with a connection to Barney on the Evergreen Review board.**

JO: That might. That might be!
-
 But as far as, as far as I know first of all, I mean, I could avoid that by telling you the truth — which is as far as I'm concerned, you know, Peter and Tansey are on the board. (they) Were on the board when I arrived, (they) Have stayed on the board as far as I know, and are planning to remain on the board.
-

Plaintiff000697A

But frankly, and it's to the benefit of Evergreen to HAVE this family legacy, but it's also not the obligation of Evergreen anymore than it's the obligation of uh, I don't know whoever founded, you know, the paris reviews over to have  (struggles to find name)

**EP: George Plympton?**

JO: George Plympton, yes, to have his family on their board. It doesn't belong. It's not their CHILD anymore. Well...

**EP: I think the only, the only, the only question is the stuff that happened when it was a different era. I totally understand your points and I also think it's unfortunate that it's in disagreement right now.**

JO: I would agree with that.

**EP:  So here's a funny thing. I've been mentioning a Krasner where you from my with Paul Krassner. Do you know about Paul?**

JO: Yes, of course!

**EP: So I worked with Paul to digitize The Realist and make it exist online. And if I wanted to, I could have probably continued to make The Realist online. (as a modern equivalent of the magazing in same name) In fact, he said so much, whenever he and I talked near the time of his death.
-
And so, granted it wasn't a Board or anything, but I have certain things that he gave me right before he died that I feel very weird about ever selling. Like I've got the rights to the Disney orgy poster. He just sent me the art for it and um that, you know, but I know that his wife Nancy is functionally working on a Paul Krassner archive in Estate. And I would never this dispute that I would never I mean, if I'm ever going to do anything with The Realist, it'll be candidly waiting until, you know, she and his daughter are gone. (or no other family) - Just because that's sort of my perception of it. So I guess that's where I come from.**

**Or at least that's my perspective with that stuff.**

JO: But Ethan, it's a very different situation. Yeah. I mean, you say there's no there was no entity when Paul Krassner gave you this stuff. It was from his hand and he's saying and there was no Realist board or ongoing organization.

**EP: Right.**

JO: Well, it's a different kettle of fish.

**EP: But it's at the same pickle market (laughs) Iff you want to do deli metaphors, we can do this.**

JO: No, I think it's a different cuisine entirely. Well, on the one hand, you have, I mean, you have the the similarities, right? Let's do a little deconstruction there.
-
The similarities are you have to strong creative forces who, as people who created these amazing things. In one case though, the "thing" has really totally accepted history and its effect on our culture. It's totally disappeared And there is no legal structure. There's no offices, no files, there's no whatever.

**EP: And that's "The Realist", you're saying.**

JO: Yeah, okay. And in the other, there is a board which not only after time it existed, it pre existed and it was - whether the party was ignoring it or not - it was ultimately the responsible entity for running the evergreen review. Even at the time Barney was doing whatever the hell he wanted - technically and legally - and not even technically in real life, he was supposed to report to the board...
-
The way it worked is that he did what he wanted. And the board said: "absolutely, Barney". But that's not the way I'm gonna run the organization.
-
And, you know ... This is somewhat of a little different detail, but it's basically what charlie mingus is saying:
-

Plaintiff000698A

(does an impersonation of mingus in kind of a jive voice)

"well man, you know, it's kind of unfair, isn't it? You know that, you know, you're not, you're not putting up on the, you're not displaying the archive, the way Astrid...the way Astrid wants it to be displayed..."
-
I said: "Mr Mingus, you know, that's totally correct. I mean, that's my decision. As publisher and I'm doing something "different". But that is not HER call to make.
-
I mean this, you know, it does get down to, you know, is not her call to make. If I'm no longer the publisher, you know, then it's no longer my call to make. But I'm running it the way I think it should be run.

**EP: Well, right. When I mentioned sort of a "victory" , or whatever you want to call it, I think you have the "future" of Evergreen. Regardless of whatever happens with a sentence on the inside of this book, it's still going to say Evergreen Review on the top. It's still going to benefit you - benefit Evergreen 200 percent.**
**-**
**We're not even talking about an asset that that has present day monetary value. Its pure intellectual concept.**

JO: You're speaking as an artist, which you are. As an artist and as an intellectual, both of which you are.

**EP: Thank you.**

JO: But you're not speaking as somebody who is running a organization, small as it is.
-
You're not speaking as somebody who is responsible for the future of a tiny little nonprofit. Not that, you know, we're like Doctors without Borders or something. But still, it is what it is.
-
As someone who's actually run a fair number of small businesses, though never before a nonprofit, though I have sat on the boards of a few ... That's not how it's done. And if I were, you know, Disney and you were, uh, you know, it's the same thing. You know, you say, look, I'm promoting, well, Disney is a bad analogy. Yeah. But definitely evergreen will benefit from this book. When, uh, Pat first mentioned it, I immediately jumped at the chance because it's a great thing. It's a celebration of the best ... Well, some of the best years of Evergreen ... Though I think in in the later years - in the 70s it got sort of trashy ... But simply the covers were good. But early on, they were fantastic!
-
But my job. One of my jobs as publisher. And if you were publisher, this would be your job ... Is to protect the assets of Evergreen.
-
We can put stuff online saying how great Astrid is, or Barney is, or I am, but this is not...
-
I think we should not be handing out...
-
I mean Evergreen consists of little else, other than its name. Evergreen Review. The Evergreen Review. Right? And its legacy. And it's nothing else. This is its legacy.

**EP: I'm wondering: Maybe I can continue. I don't, I don't think this is a confrontational conversation you and I are having. Can we continue this?**

JO: Oh, absolutely. Absolutely.

**EP: Okay. How about we just how about we say that. This has been a really good talk.**
**-**
**I I think it's not to make a not to make a provocative last sentence. You know I know that Evergreen got re established in 1998 i after a lull and whatever that means, you know whether or not that means that historic evergreen is [a separate entity] ... I know that barney got booted from Grove with Evergreen as a kind of possession. I certainly do remember that.**

JO: Yeah.

**EP: And so I guess that's sort of where I'm curious ... you know is just because the Board is set up and I suppose when the board gets set up it's time about evergreen moving FORWARD..**

Plaintiff000699A

JO: Well also it's talking it's talking about The Evergreen Review. I think that's why why would that would be my last last sentence.

-

And when Barney signed and agreements for example the film I mentioned - Beckett's film - when he signed the agreement which fortunately I did get a copy of that agreement and though I don't have a copy of MUCH - But he signed it as publisher of The Evergreen Review. He didn't sign it as Barney Rosset. Right?

-

So he was presenting himself as the CEO of - which he was! - of The Evergreen Review. He wasn't (doing anything wrong). But as he did with all sorts of stuff ...

You know, when he sold Grove Press, he did the same thing - when he -  I was there ....

-

and he sold, you know, Grove because he sold, I was there ... Before he sold while that happened. Right. He hired me when it was, you know, the talks were going on. And so the Getty's bought it. Right? So then after a short time he drives the Getty's crazy and the Getty's fire him.

-

And what he does is he shipped all the books in the Grove Press library, you know, which is all the back lists and you know at the time this, this stuff isn't on disk. He ships it all to his home in the Hamptons. Which at the time I as a Barney partisan, I was an enthusiastic advocate of, because he says: "you know, this is my personal library."

-

So, The Getty's, who both now and then, are not short of money or lawyers, you know, they said, totally legitimately: "That's nice. This belongs to Grove Press, which we own and we have the right to fire you, which we did. And we also want the library back."

-

 So they sent trucks out to the Hamptons and filled it with all tthe books of the Grove Press library that Barney had taken - because it really did belong - even though he lived In the same building as Grove on at 196 West Houston, it belonged to Grove. And this is, this was the pattern, you know, he does this sort of thing.

**EP: Well let me ask. What about the stuff he sold to Columbia because that's a lot of evergreen correspondence and stuff. That was clearly ...**

JO: it probably it probably was questionable. But I'm not gonna, I'm not gonna chase down the stuff.

**EP: Well, the precedent was set there. That he owned it.**

JO: No, it's overshadowed by what is legally correct. It's not a precedent. If it's a precedent, if you want to put it like that, it is the continuation of his illegal behavior.

-

It totally was. His mixing up of the personal and the professional. That's how he operated. That doesn't make it at some point acceptable. You know, But it does mean, you know...

-

I'm not, I'm not,  (but) I'm certainly not going to try and correct things that happened.

**EP: No, but I'm I'm not I'm not suggesting that you pursue, I'm suggesting the other way.**

JO: But I am, going forward, going to defend - absolutely - Evergreen while it's under my purview.

**EP: I guess what I was saying is that those those are that's that's evidence of just sort of it being a separate thing. That, when Barney was alive, there was Evergreen, the nonprofit and then still there the previous life of (the other) Evergreen - which was something that was an asset that he was able to sell and give permission on. Is sort of my perspective on that.**

JO: Well, your perspective though, is he did it as publisher of Evergreen Review.

-

I want to be specific, I have, you know, very few files that Astrid gave me. But the Beckett Film contract is one, I think she inadvertently gave me, and I have a copy of that contract that he signed.

-

Plaintiff000700A

A small, a footnote to that. He signed it as publisher of Evergreen Review. The contract came up for renewal and the, uh, like you, the guy who's the film distributor Dennis (can't recall last name)
-
And this guy - You know, like you, he knew Barney and Astrid and you know. So what he did was: The contract came up for renewal ... and he just changed the name. So Astrid signed it as Astrid Myers Rosset. But the previous contract was with Barney Rosset signed - and it says underneath it: "Publisher of the Evergreen Review".
-
The board never said: "we are giving away the estate (or the film) to Astrid" -  then it would be fine! The board never did that. And I wrote to Astrid and then to the film distributor You know I have you know 20 emails back and forth.
-
 And then finally the guy says to me: "Come on, you know, it's Astrid. You know..."
-
 Just like you're saying you know! It's a small amount of money and why don't you just let it go and you know for the film? I didn't agree to it but I just didn't respond to a last email because what am I gonna do hire lawyer? For five thousand bucks? Just for "Film"?
-
This is a fraudulent contract that this is not correct. That you are just arbitrarily reassigning the assets of the Evergreen Review, which has precious few assets, and saying: "Let's give it to Astrid because she's cute and old."
-
I do feel badly that you know, maybe I read too much into this, but you know, chantal probably thinks ill of me or something, but but this is correct.
-
Whomever is the publisher of Evergreen, this is this is really correct.
re-emphasizing: Whomever is the publisher of Evergreen, this is this is really correct.

END

Plaintiff000701A