# **<u>EXHIBIT D-3</u>**

# EVERGREEN REVIEW, INC.

## RIDER TO CHAR 410

## CHARITIES REGISTRATION STATEMENT

Question 16

Organization currently has initiated one project, namely, the establishment of its website. Organization has registered a domain name, namely, www.evergreenreview.com. Annexed hereto is a print copy of the current website material, which will be constantly expanded and updated. As you will see, the website includes the provisional contents of the first issue of the website magazine, "Evergreen Review, #100." (The number 100 is used because the last issue of Evergreen Review, the print periodical which is described in the website material, was issue #99.) The contents consist of articles that are in the midst of being written. The website also includes historical, cultural and sociological material.

Organization's primary purposes and the primary purposes of the website are educational in terms of the nature of the material and charitable to the extent that the website is fully accessible to the public free of charge. Furthermore, the charitable nature of the website and any books that may be published in print (see discussion below regarding books) is also due to the fact that these are items that would not find financial backing in the mainstream press. Finally, the authors of the articles listed under the provisional contents are not being paid for their services. In the future, it is contemplated that to the extent it is necessary to compensate an author, it will be at below market rates.

Organization currently has no plans for publishing any books in print. To the extent books are published in the future, they will be books that will grow out of articles published on the website. It is anticipated that Evergreen Review will hold the copyright to said books, and that if any royalties are paid to the authors, said royalties will be below market rate. Books would be sold at below market rate, since Organization will not be operated for-profit in any manner.

Selection of the articles to be published on the website will be made by the editor-in-chief, Barney Rosset, upon advice from a literary board of advisors (listed on page 5 of the website material). The advisors are charged with bringing new ideas to the editor-in-chief and critiquing the work in progress.

Plaintiff002365