# **EXHIBIT E**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

ROSSET FAMILY LEGACY HOLDINGS LLC,

                Plaintiff,

- v. -

JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, OR BOOKS LLC, a New York Limited Liability Company,

                Defendants.

~~PROPOSED~~ ORDER EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT

Index No.: 655197/2024
JUSTICE ROBERT R. REED

---

IT IS HEREBY ORDERED that John G.H Oakes, Evergreen Review, Inc., and OR Books (collectively, the "Defendants") time to answer or otherwise respond to the Complaint is extended to May 26, 2025.

Dated: May 7, 2025

Signed,

JUSTICE ROBERT R. REED

*[signature]*
5/9/25