# **EXHIBIT F**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART 43

-----------------------------------------------------------------------X

ROSSET FAMILY LEGACY HOLDINGS LLC,

                  Plaintiff,

- v -

JOHN G.H. OAKES, EVERGREEN REVIEW, INC., A NEW YORK DOMESTIC NOT-FOR-PROFIT CORPORATION, ORBOOKS LLC, A NEW YORK LIMITED COMPANY,

                  Defendant.

-----------------------------------------------------------------------X

INDEX NO.   655197/2024

**ORDER – PRELIMINARY CONFERENCE**

**HON. ROBERT R. REED:**

    WHEREAS, a preliminary conference was scheduled for May 27, 2025; and

    WHEREAS, Kate Hedgeman and David Brian Smallman appeared on behalf of plaintiff, and Kyle Sherwood and Scott Sholder appeared on behalf of defendants; and

    WHEREAS, counsel for plaintiff submitted correspondence filed on May 27, 2025 (NYSCEF doc. no. 33), notifying the court that: (1) defendant filed a motion to dismiss the complaint on May 9, 2025, (2) plaintiff intended to amend the complaint as of right on or before May 29, 2025, and (3) the parties were unable to agree on a preliminary conference schedule; and

    WHEREAS, counsel for defendants argued that discovery should be stayed, pursuant to CPLR 3211(g)(3), pending defendants' motion to dismiss; and

    WHEREAS, plaintiff has not yet filed an amended complaint in this case.

    NOW, THEREFORE, upon due deliberation and consideration of the status of this case and plaintiff's correspondence; it is hereby

655197/2024 ROSSET FAMILY LEGACY HOLDINGS LLC vs. OAKES, JOHN G.H. ET AL      Page 1 of 2

1 of 2

ORDERED that discovery in this matter shall not be stayed pending a determination of defendants' motion to dismiss, pursuant to Commercial Division Rule 11(g) and Rule 6(i) of Part 43 – Practices and Procedure; and it is further

ORDERED that discovery shall proceed as follows:

1) Document discovery shall be completed by August 8, 2025;

2) Party and non-party depositions shall be completed by October 3, 2025;

3) Expert discovery, if any, shall be completed by November 7, 2025;

4) All disclosures to be completed by November 21, 2025; and it is further

ORDERED that the deadline for plaintiff to file the note of issue and certificate of readiness shall be December 5, 2025; and it is further

ORDERED that all parties must appear for a compliance conference via Microsoft TEAMS on August 14, 2025 at 11:00 a.m.

6/13/25
DATE

ROBERT R. REED, J.S.C.

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☒ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

655197/2024   ROSSET FAMILY LEGACY HOLDINGS LLC vs. OAKES, JOHN G.H. ET AL   Page 2 of 2

2 of 2