# **EXHIBIT G**

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

Rosset Family Legacy Holdings LLC

- vs -

Oakes, John G.H. et al

Index No. 655197/2024

Appearance No. 003

IAS Part 43

**COMPLIANCE CONFERENCE ORDER**

On August 14, 20 25 a conference was held in this case. The parties appeared as follows:

Plaintiff(s) Rosset by David Bryant Smallman
_____ by _____
_____ by _____

Defendant(s) Evergreen by Kyle Sherwood, Scott Eisman
John Oakes by Scott Sholder
_____ by _____

The Court has considered the status of this case [and determined that the Court's order of _____, 20___ has not been complied with in that ] _____ and after conferring with the parties to this action, discovery will continue in accordance with the orders below.

Accordingly, it is ORDERED that
All document discovery to be completed by September 5th, 2025
Party and non-party depositions completed by October 31st, 2025
Expert discovery completed by completed by December 9th, 2025
All disclosures by January 1st, 2026

Page 1 of 2

1 of 2

COMPLIANCE CONFERENCE ORDER

Index No. 655197/2024    Case Rosset Family Legacy Holdings LLC vs. Oakes, John G.H. et al

[Form body crossed out with large X]

Absent good cause shown, any discovery issues not raised herein will be deemed waived. All dispositive motions must be filed within 60 days of the note of issue.

Failure to comply with these directives may result in the imposition of costs or sanctions including dismissal or default judgment. Dates set forth may not be extended or adjourned except with advance approval of the Court.

CC: October 2nd, 2025 at 10:00am

NOI: January 9th, 2026

SO ORDERED:

Dated: 8/14/25

_____, J.S.C.
HON. ROBERT R. REED

Page 2 of 2