# **EXHIBIT H**

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

---

ROSSET FAMILY LEGACY HOLDINGS LLC,

                    Plaintiff,

- v. -

JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, OR BOOKS LLC, a New York Limited Liability Company,

                    Defendants.

---

**STIPULATION REQUESTING ADJOURNMNET OF STATUS CONFERENCE**

Index No.: 655197/2024

WHEREAS, a status conference for this matter is currently scheduled for October 2, 2025 at 10:00am.

WHEREAS, counsel for the parties will be observing Yom Kippur on October 2, 2025.

**IT IS HEREBY AGREED AND STIPULATED**, by and between the Plaintiff and Defendants to request an adjournment of the status conference to ~~October 16, 2025~~ *October 30, 2025 at 10:30 am*, or another date convenient for the Court.

Respectfully submitted,

| | | |
|---|---|---|
| SMALLMAN + SNYDER LAW GROUP \|\| SMALLMAN LAW PLLC | AXINN, VELTROP & HARKRIDER LLP | COWAN DEBAETS ABRAHAMS & SHEPPARD LLP |
| *David Brian Smallman* | *Kyle Sherwood* | *Scott Sholder* |
| David Brian Smallman | Kyle R. Sherwood | Scott J. Sholder |
| | Nicholas E.O. Gaglio | CeCe M. Cole |
| | Scott A. Eisman | |
| 43 West 43rd Street, Suite 242 New York, NY 10036 | 630 5th Avenue New York, NY 10111 | 41 Madison Avenue, 38th Floor New York, NY 10010 |
| dbs@smallmanlaw.com | ksherwood@axinn.com ngagilo@axinn.com seisman@axinn.com | ssholder@cdas.com ccole@cdas.com |
| *Counsel for Plaintiff Rosset Family Legacy Holdings LLC* | *Counsel for Defendant Evergreen Review Inc.* | *Counsel for Defendant John G.H. Oakes and OR Books LLC* |

SO ORDERED:

*[signature]*

Hon. Robert R. Reed    9/23/25