# **<u>EXHIBIT I</u>**

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

Rosset Family Legacy Holdings LLC

- vs -

Oakes, John G.H. et al

Index No. _____655197/2024_____

Appearance No. _____003_____

IAS Part _____43_____

## STATUS CONFERENCE ORDER

On _____October 30,_____, 20 __25__ a conference was held in this case. The parties appeared as follows:

Plaintiff(s)    Rosset _____ by __David Bryant Smallman_____
                _____ by _____
                _____ by _____

Defendant(s)    Evergreen _____ by __Kyle Sherwood, Scott Eisman_____
                John Oakes _____ by __Scott Holder_____
                _____ by _____

The Court has considered the status of this case [and determined that the Court's order of _____, 20____ has not been complied with in that ] _____

and after conferring with the parties to this action, discovery will continue in accordance with orders

below _____

_____

Accordingly, it is ORDERED that _____

Plaintiff shall file their amended complaint by November 4th, 2025

All document discovery be completed by January 30, 2026

Party and non-party depositions to be completed by February 27, 2026

Expert discovery to be completed by March 27, 2026

All disclosures by May 1, 2026

_____

_____

_____

COMPLIANCE CONFERENCE ORDER

Index No. ___655197/2024___   Case   Rosset Family Legacy Holdings LLC vs. Oakes, John G.H. et al

**Absent good cause shown, any discovery issues not raised herein will be deemed waived.**
**All dispositive motions must be filed within** _60_ **days of the note of issue.**

**Failure to comply with these directives may result in the imposition of costs or sanctions**
**including dismissal or default judgment.  Dates set forth may not be extended or adjourned**
**except with advance approval of the Court.**

SC:      January 15, 2026 at 11:30am

NOI:               May 8, 2026

SO ORDERED:

Dated: _10/30/25_

_____, J.S.C.
HON. ROBERT R. REED

Page 2 of 2