# **EXHIBIT J**

| NYSCEF | Document List | |
|---|---|---|
| New York County Supreme Court | Index # 655197/2024 | Created on:11/07/2025 01:10 PM |

Case Caption: **Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al**

Judge Name: **Robert R. Reed**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE *Corrected* | Processed | 10/02/2024 | Smallman, D. |
| 2 | RJI -RE: OTHER<br>RJI, Summons With Notice - Commercial Division | Processed | 09/30/2024 | Smallman, D. |
| 3 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 09/30/2024 | Smallman, D. |
| 4 | AFFIRMATION<br>Affirmation of Service of Summons With Notice Upon John G.H. Oakes by Personal Service on 29 October | Processed | 11/06/2024 | Smallman, D. |
| 5 | DEMAND FOR COMPLAINT | Processed | 11/18/2024 | Sherwood, K. |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service of Summons With Notice by personal service upon Defendant OR Books LLC c/o Co | Processed | 11/21/2024 | Smallman, D. |
| 7 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance for Scott J. Sholder | Processed | 12/09/2024 | Sholder, S. |
| 8 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance for Scott J. Sholder | Processed | 12/09/2024 | Sholder, S. |
| 9 | STIPULATION - OTHER<br>Stipulation Regarding Timing of Complaint and Answer | Processed | 12/09/2024 | Sherwood, K. |
| 10 | STIPULATION - OTHER<br>Stipulation Regarding Timing of Complaint and Answer | Processed | 12/20/2024 | Smallman, D. |
| 11 | COMPLAINT | Processed | 12/28/2024 | Smallman, D. |
| 12 | STIPULATION - OTHER<br>Stipulation Regarding Timing | Processed | 02/07/2025 | Sherwood, K. |
| 13 | STIPULATION - OTHER<br>Stipulation Regarding Timing | Processed | 03/04/2025 | Sherwood, K. |
| 14 | NOTICE | Processed | 03/13/2025 | Court User |
| 15 | ADJOURNMENT OF CONFERENCE -REQUEST<br>Joint Letter Request for Adjournment on behalf of all counsel | Processed | 03/21/2025 | Smallman, D. |
| 16 | STIPULATION - OTHER | Processed | 03/24/2025 | Sherwood, K. |
| 17 | AFFIDAVIT<br>Affidavit Requesting Extension of Time to Answer Complaint | Processed | 05/07/2025 | Sherwood, K. |
| 18 | ORDER ( PROPOSED )<br>Proposed Order Extending Defendants' Time to Answer Complaint | Processed | 05/07/2025 | Sherwood, K. |
| 19 | NOTICE OF MOTION (Motion #001)  *Corrected*<br>TO DISMISS | Processed | 05/12/2025 | Sherwood, K. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 20 | MEMORANDUM OF LAW IN SUPPORT (Motion #001)<br><br>OF MOTION TO DISMISS | Processed | 05/09/2025 | Sherwood, K. |
| 21 | AFFIRMATION (Motion #001)<br>IN SUPPORT OF MOTION TO DISMISS | Processed | 05/09/2025 | Sherwood, K. |
| 22 | EXHIBIT(S) - 1 (Motion #001)<br>Evergreen Review, Inc.s Certificate of Incorporation | Processed | 05/09/2025 | Sherwood, K. |
| 23 | EXHIBIT(S) - 2 (Motion #001)<br>Evergreen Review, Inc.s Third Amended By-Laws | Processed | 05/09/2025 | Sherwood, K. |
| 24 | EXHIBIT(S) - 3 (Motion #001)<br>Evergreen Review, Inc.s January and February 2013 Board of Directors Meeting Minutes | Processed | 05/09/2025 | Sherwood, K. |
| 25 | EXHIBIT(S) - 4 (Motion #001)<br>PTO Registration for the Evergreen Review | Processed | 05/09/2025 | Sherwood, K. |
| 26 | EXHIBIT(S) - 5 (Motion #001)<br>August 22, 2023 Determination Letter | Processed | 05/09/2025 | Sherwood, K. |
| 27 | NOTICE OF MOTION (Motion #002)  *Corrected*<br>Notice of Motion to Dismiss | Processed | 05/12/2025 | Sholder, S. |
| 28 | MEMORANDUM OF LAW IN SUPPORT (Motion #002)<br><br>Of Motion to Dismiss | Processed | 05/09/2025 | Sholder, S. |
| 29 | NOTICE OF APPEARANCE (POST RJI) | Processed | 05/10/2025 | Hedgeman, C. |
| 30 | ORDER - OTHER (NON-MOTION)<br>Extending Defendant's Time to Answer Complaint | Processed | 05/12/2025 | Court User |
| 31 | ADJOURNMENT OF CONFERENCE -REQUEST<br>Joint Letter Request on Behalf of All Counsel  for Adjournment of 15 May 2025 Preliminary Conference | Processed | 05/13/2025 | Smallman, D. |
| 32 | LETTER / CORRESPONDENCE TO JUDGE<br>Pursuant to Part Rule 6(c) and Part Rule 6(h) | Processed | 05/27/2025 | Smallman, D. |
| 33 | LETTER / CORRESPONDENCE TO JUDGE<br>(Corrected) Pursuant to Part Rule 6(c) and Part Rule 6(h) | Processed | 05/27/2025 | Smallman, D. |
| 34 | EXHIBIT(S) - [ ]<br>Track Changes Version of Corrected Letter/Correspondence to Judge | Processed | 05/27/2025 | Smallman, D. |
| 35 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance by John A. Bogert on behalf of Defendant Evergreen Review, Inc. | Processed | 05/27/2025 | Bogert, J. |
| 36 | NOTICE OF REJECTION<br>Notice of Rejection of NYSCEF Doc. No. 19 and NYSCEF Doc. No. 27 | Processed | 06/09/2025 | Smallman, D. |
| 37 | EXHIBIT(S) - A<br>Defective NYSCEF Doc. No. 19 Filed 9 May 2025 Omitting a Return Date | Processed | 06/09/2025 | Smallman, D. |
| 38 | EXHIBIT(S) - B<br>Defective NYSCEF Doc. No. 27 filed 9 May 2025 Omitting a Return Date | Processed | 06/09/2025 | Smallman, D. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 39 | ADJOURNMENT OF MOTION -REQUEST - BEFORE JUDGE (Motion #001)<br>Notice of Request for Adjournment of Return Date for Defs. Purported Motions to June 20, 2025 Pursua | Processed | 06/11/2025 | Smallman, D. |
| 40 | ADJOURNMENT OF MOTION -REQUEST - BEFORE JUDGE (Motion #002)<br>Notice of Request for Adjournment of Return Date for Defs. Purported Motions to June 20, 2025 Pursua | Processed | 06/11/2025 | Smallman, D. |
| 41 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance by Scott A. Eisman on behalf of Defendant Evergreen Review, Inc. | Processed | 06/13/2025 | Bogert, J. |
| 42 | ORDER - PRELIMINARY CONFERENCE | Processed | 06/13/2025 | Court User |
| 43 | NOTICE OF MOTION (Motion #003)<br>Notice of Motion to Strike | Processed | 06/20/2025 | Sherwood, K. |
| 44 | AFFIRMATION (Motion #003)<br>Affirmation in Support of Motion to Strike | Processed | 06/20/2025 | Sherwood, K. |
| 45 | EXHIBIT(S) - A (Motion #003)<br>NYSCEF Notification Emails | Processed | 06/20/2025 | Sherwood, K. |
| 46 | EXHIBIT(S) - B (Motion #003)<br>Email Correspondence | Processed | 06/20/2025 | Sherwood, K. |
| 47 | EXHIBIT(S) - C (Motion #003)<br>Email Correspondence | Processed | 06/20/2025 | Sherwood, K. |
| 48 | NOTICE OF APPEARANCE (POST RJI) | Processed | 06/25/2025 | Eisman, S. |
| 49 | ADJOURNMENT OF MOTION -REQUEST - BEFORE JUDGE (Motion #003)<br>Request for Adjournment of Return Date for Defendants' Notice of Motion to Strike, or, in the altern | Processed | 07/14/2025 | Smallman, D. |
| 50 | AFFIDAVIT/AFFIRMATION<br>Affirmation of David Brian Smallman in Support of Plaintiff's Request for Adjournment of Return Date | Processed | 07/15/2025 | Smallman, D. |
| 51 | EXHIBIT(S) - A<br>E-Mail Message Dated June 9, 2025 at 3:37 PM EDT | Processed | 07/15/2025 | Smallman, D. |
| 52 | EXHIBIT(S) - B<br>E-Mail chain comprised of certain email messages May 27, 2025 at 3:49 PM EDT to June 10, 2025 at 9:3 | Processed | 07/15/2025 | Smallman, D. |
| 53 | EXHIBIT(S) - C<br>E-mail chain comprised of certain e-mail messages June 16, 2025 at 5:17 PM to June 20, 2025 at 4:45 | Processed | 07/15/2025 | Smallman, D. |
| 54 | EXHIBIT(S) - D<br>E-mail chain comprised of certain e-mail messages from June 16, 2025 at 5:17 PM EDT to June 20, 2025 | Processed | 07/15/2025 | Smallman, D. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 55 | EXHIBIT(S) - E<br>E-mail chain excerpt comprised of three e-mail messages on July 11, 2025 | Processed | 07/15/2025 | Smallman, D. |
| 56 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter Requesting Permission to Move to Strike Plaintiffs Request for Adjournment of Return Date for | Processed | 07/18/2025 | Sherwood, K. |
| 57 | EXHIBIT(S) - A<br>Email Correspondence | Processed | 07/18/2025 | Sherwood, K. |
| 58 | EXHIBIT(S) - B<br>Email Correspondence | Processed | 07/18/2025 | Sherwood, K. |
| 59 | LETTER / CORRESPONDENCE TO JUDGE<br>Joint Letter in Advance of Compliance Conference | Processed | 08/07/2025 | Sherwood, K. |
| 60 | AFFIRMATION<br>Affirmation Certifying Service of Evergreen's Initial Disclosures | Processed | 08/07/2025 | Sherwood, K. |
| 61 | DISCLOSURE STATEMENT<br>Plaintiff Rosset Family Legacy Holdings LLC's Initial Disclosures | Processed | 08/13/2025 | Smallman, D. |
| 62 | AFFIRMATION<br>Affirmation of David Brian Smallman Regarding Plaintiff Rosset Family Legacy Holdings LLC's Completi | Processed | 08/14/2025 | Smallman, D. |
| 63 | ORDER - COMPLIANCE CONFERENCE | Processed | 08/14/2025 | Court User |
| 64 | PRE-TRIAL DOCUMENT(S)<br>Plaintiff Rosset Family Legacy Holdings LLC's First Request for Production of Documents From Defenda | Processed | 08/16/2025 | Smallman, D. |
| 65 | NOTICE OF DISCOVERY AND INSPECTION<br>NOTICE OF DISCOVERY AND INSPECTION OF DEFENDANT EVERGREEN REVIEW, INC. AND NOTICE OF ORAL DEPOSITION | Processed | 08/16/2025 | Smallman, D. |
| 66 | PRE-TRIAL DOCUMENT(S)<br>Plaintiff Rosset Family Legacy Holdings LLC's First Request for Production of Documents from Defenda | Processed | 08/16/2025 | Smallman, D. |
| 67 | NOTICE OF DISCOVERY AND INSPECTION<br>Notice of Discovery and Inspection OR Books LLC and Notice of Oral Deposition | Processed | 08/17/2025 | Smallman, D. |
| 68 | NOTICE OF DISCOVERY AND INSPECTION<br>Plaintiff's Notice of Discovery and Inspection and Notice of Oral Deposition of Defendant John G.H. | Processed | 08/17/2025 | Smallman, D. |
| 69 | ADJOURNMENT OF CONFERENCE -REQUEST<br>Stipulation Requesting Adjournment of Oct. 2 Status Conference | Processed | 09/22/2025 | Sherwood, K. |
| 70 | STIPULATION - SO ORDERED<br>Adjourning Status Conference | Processed | 09/24/2025 | Court User |
| 71 | DECISION + ORDER ON MOTION (Motion #003) | Processed | 10/07/2025 | Court User |
| 72 | ORDER - OTHER (MOTION RELATED) (Motion #001) | Processed | 10/09/2025 | Court User |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 73 | ORDER - OTHER (MOTION RELATED) (Motion #002) | Processed | 10/09/2025 | Court User |
| 74 | NOTICE OF ENTRY (Motion #003)<br>Decision + Order On Motion, Motion Seq. No. 003 | Processed | 10/18/2025 | Smallman, D. |
| 75 | NOTICE OF ENTRY (Motion #001)<br>Order extending return date of Defendant ERI's motion to dismiss (Motion #001) to November 20, 2025 | Processed | 10/18/2025 | Smallman, D. |
| 76 | NOTICE OF ENTRY (Motion #002)<br>Order extending return date of Defendants' John G.H. Oakes and OR Books LLC motion to dismiss (Motio | Processed | 10/18/2025 | Smallman, D. |
| 77 | SERVICE ON SUPREME COURT CLERK (GENL. CLERK) W/COPY OF ORDER (Motion #001)<br>Order with notice of entry extending return date of Defendant ERI's motion to dismiss (Motion #001) | Processed | 10/18/2025 | Smallman, D. |
| 78 | SERVICE ON SUPREME COURT CLERK (GENL. CLERK) W/COPY OF ORDER (Motion #002)<br>Order with notice of entry extending return date of Defendants' John G.H. Oakes and OR Books LLC mot | Processed | 10/18/2025 | Smallman, D. |
| 79 | LETTER / CORRESPONDENCE TO JUDGE<br>Joint Letter in Advance of 10/30 Status Conference | Processed | 10/23/2025 | Sherwood, K. |
| 80 | ORDER - STATUS CONFERENCE *Corrected* | Processed | 10/30/2025 | Court User |
| 81 | COMPLAINT (AMENDED) *Corrected*<br>Amended and Supplemental Complaint | Pending | 11/05/2025 | Smallman, D. |
| 82 | EXHIBIT(S) - A<br>April 2021 Interview - Defendant John G. H. Oakes | Processed | 11/05/2025 | Smallman, D. |
| 83 | COMPLAINT (AMENDED)<br>Further Corrected - Amended and Supplemental Commplaint (Corrected) | Pending | 11/06/2025 | Smallman, D. |
| 84 | EXHIBIT(S) - A<br>Exhibit A - Interview | Processed | 11/06/2025 | Smallman, D. |
| 85 | EXHIBIT(S) - B<br>Exhibit B - Certificate of Incorporation ERI | Processed | 11/06/2025 | Smallman, D. |
| 86 | EXHIBIT(S) - C<br>Exhibit C - Rider CHAR 410 | Processed | 11/06/2025 | Smallman, D. |
| 87 | EXHIBIT(S) - Mkd<br>Marked Comparison NYSCEF Doc No. 81 w/of Further Corrections - Technical Issues Par. Number -Formatt | Processed | 11/06/2025 | Smallman, D. |
| 88 | AFFIDAVIT/AFFIRMATION (Motion #001)<br>Affirmation in Opposition to Motions to Dismiss | Processed | 11/06/2025 | Smallman, D. |
| 89 | AFFIRMATION (Motion #001)<br>Affirmation in Opposition to Defendants' Motions to Dismiss | Processed | 11/07/2025 | Smallman, D. |