# **EXHIBIT K**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART 43

-------------------------------------------------------------------X

ROSSET FAMILY LEGACY HOLDINGS LLC,

                  Plaintiff,

- v -

JOHN G.H. OAKES, EVERGREEN REVIEW, INC., ORBOOKS LLC

                  Defendant.

-------------------------------------------------------------------X

INDEX NO. 655197/2024

MOTION DATE 06/20/2025

MOTION SEQ. NO. 003

**DECISION + ORDER ON MOTION**

HON. ROBERT R. REED:

The following e-filed documents, listed by NYSCEF document number (Motion 003) 43, 44, 45, 46, 47, 49

were read on this motion to/for          MISCELLANEOUS     .

    Upon the foregoing documents, it is hereby

    ORDERED defendants' motion to strike plaintiffs' notices of rejection and adjournment are denied as procedurally defective for defendants' failure to comply with Commercial Division Rules 14, 24 (22 NYCRR 202.70 [g]), and Part 43 Rule 7 (i) governing the filing of discovery motions; and it is further

    ORDERED that all parties shall appear on October 30, 2025 at 10:30 a.m. for a discovery conference to address case status.

10/6/25
DATE

ROBERT R. REED, J.S.C.

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED ☐ DENIED | ☐ GRANTED IN PART | ☒ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

655197/2024 ROSSET FAMILY LEGACY HOLDINGS LLC vs. OAKES, JOHN G.H. ET AL
Motion No. 003