# **EXHIBIT L**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART 43

-----------------------------------------------------------------------X

ROSSET FAMILY LEGACY HOLDINGS LLC,

          Plaintiff,

- v -

JOHN G.H. OAKES, EVERGREEN REVIEW, INC., OR BOOKS LLC

          Defendant.

-----------------------------------------------------------------------X

INDEX NO. 655197/2024

MOTION DATE 05/09/2025, 05/09/2025

MOTION SEQ. NO. 001 002

**ORDER - OTHER (MOTION RELATED)**

HON. ROBERT R. REED:

The following e-filed documents, listed by NYSCEF document number (Motion 001) 19, 20, 21, 22, 23, 24, 25, 26, 39
were read on this motion for           DISMISSAL          .

The following e-filed documents, listed by NYSCEF document number (Motion 002) 27, 28, 40
were read on this motion for           DISMISSAL          .

    WHEREAS, on May 09, 2025, a corrected Notice of Motion to Dismiss was filed by defendant Evergreen Review Inc. (motion seq. no. 001, NYSCEF doc. no. 19); and

    WHEREAS, on May 09, 2025, a corrected Notice of Motion to Dismiss was filed by defendants John Oakes and OR Books LLC (motion seq. no. 002, NYSCEF doc. no. 27); and

    WHEREAS, on June 11, 2025, plaintiff filed two documents titled "Notice of Request for Adjournment of Return Date" (NYSCEF doc. nos. 039, 040) seeking adjournment of defendants' motions to dismiss, but with neither adjournment request being properly brought before the motion support office of the General Clerk's Office (Room 130), or made in compliance with the Part 43 rules governing adjournment requests of motions, with the result that the motions were thereby fully submitted and marked "without opposition,"

655197/2024 ROSSET FAMILY LEGACY HOLDINGS LLC vs. OAKES, JOHN G.H. ET AL    Page 1 of 2
Motion No. 001 002

1 of 2

NOW, THEREFORE, upon the due deliberation and consideration by this court of the proper disposition and adjudication of the said pending dispositive motions, it is hereby

ORDERED that the return date of defendants' motions to dismiss (motion sequences 001 and 002) shall be extended to November 20, 2025, and plaintiff is hereby directed to serve and file any appropriate opposition papers it deems advisable so that they may be received by the court and moving counsel not later than November 6, 2025, and that defendants thereafter shall serve and file reply papers so that they shall be received by the court and opposing counsel not later than November 19, 2025; and it is further

ORDERED that a copy of this order with notice of entry shall be served by plaintiff upon the Clerk of the General Clerk's Office within ten days from the entry of this order; and it is further

ORDERED that such service upon the Clerk of the General Clerk's Office shall be made in accordance with the procedures set forth in the *Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases* (accessible at the "E-Filing" page on the court's website).

10/9/25
DATE

ROBERT R. REED, J.S.C.

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☒ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

655197/2024 ROSSET FAMILY LEGACY HOLDINGS LLC vs. OAKES, JOHN G.H. ET AL
Motion No. 001 002

Page 2 of 2

2 of 2