AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U.S. District Court - Southern District of New York |
| **DOCKET NO.** 25-cv-09398 | **DATE FILED** 11/10/2025 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Rosset Family Legacy Holdings LLC | Oakes, John G.H.; Evergreen Review, Inc.; Troubh, John; Chan, Paul; Palella, Charles; Irvin, Patricia L.; Peck, Dale; Rao, Vyjayanthi; Rosenthal, Pamela; OR Books LLC; Robinson, Colin; Fantagraphics Books, Inc.; Groth, Gary; Emmert, Lynn; Thomas, Pat; Grove/Atlantic, Inc.; and Entrekin, Morgan |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED 11/10/2025 | INCLUDED BY ☑ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1  SEE ATTACHMENT | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Tammi M Hellwig | **(BY) DEPUTY CLERK**<br>/s/ P. Canales | **DATE**<br>11/18/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# ATTACHMENT 1

Note: Plaintiff's Amended Complaint brings claims that arise under the Copyright Act. See Notice of Removal, Dkt. No. 1. The particular works to which the claims are being applied are "the print versions of the Evergreen Review issues 1 through 98." Am. Compl. ¶ 28, Dkt. No. 1-5. Plaintiff's Amended Complaint does not provide the registration numbers for these copyrights. Below, we have provided the copyright registration information that we were able to identify. The parties will amend and/or supplement this list if additional information becomes available.

| Entry No. | Title of Work | Issue |
|---|---|---|
| B682398 | Evergreen Review | 1 |
| B682399 | Evergreen Review | 2 |
|  | Evergreen Review | 3 |
|  | Evergreen Review | 4 |
|  | Evergreen Review | 5 |
|  | Evergreen Review | 6 |
| B777640 | Evergreen Review | 7 |
| B777023 | Evergreen Review | 8 |
|  | Evergreen Review | 9 |
|  | Evergreen Review | 10 |
|  | Evergreen Review | 11 |
|  | Evergreen Review | 12 |
|  | Evergreen Review | 13 |
| B865100 | Evergreen Review | 14 |
| B879075 | Evergreen Review | 15 |
| B890129 | Evergreen Review | 16 |
| B911710 | Evergreen Review | 17 |
| B911709 | Evergreen Review | 18 |
| B962284 | Evergreen Review | 19 |
| B961805 | Evergreen Review | 20 |
| B971084 | Evergreen Review | 21 |
| B971083 | Evergreen Review | 22 |
| B975326 | Evergreen Review | 23 |
| B5187 | Evergreen Review | 24 |
| B10836 | Evergreen Review | 25 |
| B14539 | Evergreen Review | 26 |
| B13175 | Evergreen Review | 27 |
| B49331 | Evergreen Review | 28 |
| B79332 | Evergreen Review | 29 |
| B49184 | Evergreen Review | 30 |
| B104847 | Evergreen Review | 31 |
| B112198 | Evergreen Review | 32 |
| B144225 | Evergreen Review | 33 |
|  | Evergreen Review | 34 |
|  | Evergreen Review | 35 |
|  | Evergreen Review | 36 |
| B232903 | Evergreen Review | 37 |
| B232904 | Evergreen Review | 38 |
| B241650 | Evergreen Review | 39 |
| B262818 | Evergreen Review | 40 |
| B266834 | Evergreen Review | 41 |
| B280472 | Evergreen Review | 42 |
| B301392 | Evergreen Review | 43 |
| B343327 | Evergreen Review | 44 |
| B343328 | Evergreen Review | 45 |
| B343326 | Evergreen Review | 46 |
| B371135 | Evergreen Review | 47 |
| B371524 | Evergreen Review | 48 |
| B371136 | Evergreen Review | 49 |

| Entry No. | Title of Work | Issue |
|---|---|---|
| B404888 | Evergreen Review | 50 |
| B404458 | Evergreen Review | 51 |
| B414598 | Evergreen Review | 52 |
| B411964 | Evergreen Review | 53 |
| B438283 | Evergreen Review | 54 |
| B436154 | Evergreen Review | 55 |
| B438282 | Evergreen Review | 56 |
| B442581 | Evergreen Review | 57 |
| B453943 | Evergreen Review | 58 |
| B454045 | Evergreen Review | 59 |
| B471944 | Evergreen Review | 60 |
| B466996 | Evergreen Review | 61 |
| B477092 | Evergreen Review | 62 |
| B479165 | Evergreen Review | 63 |
| B486688 | Evergreen Review | 64 |
| B493685 | Evergreen Review | 65 |
| B496898 | Evergreen Review | 66 |
| B507416 | Evergreen Review | 67 |
| B513548 | Evergreen Review | 68 |
| B532245 | Evergreen Review | 69 |
| B525179 | Evergreen Review | 70 |
| B532244 | Evergreen Review | 71 |
| B540492 | Evergreen Review | 72 |
| B545998 | Evergreen Review | 73 |
| B559782 | Evergreen Review | 74 |
| B578542 | Evergreen Review | 75 |
| B608139 | Evergreen Review | 76 |
| B615554 | Evergreen Review | 77 |
| B608138 | Evergreen Review | 78 |
| B608451 | Evergreen Review | 79 |
| B608450 | Evergreen Review | 80 |
| B648097 | Evergreen Review | 81 |
| B648101 | Evergreen Review | 82 |
| B648098 | Evergreen Review | 83 |
| B643663 | Evergreen Review | 84 |
| B648095 | Evergreen Review | 85 |
| B364809 | Evergreen Review | 86 |
| B648100 | Evergreen Review | 87 |
| B648096 | Evergreen Review | 88 |
| B655785 | Evergreen Review | 89 |
| B666813 | Evergreen Review | 90 |
| B671225 | Evergreen Review | 91 |
| B677591 | Evergreen Review | 92 |
| B690166 | Evergreen Review | 93 |
| B698218 | Evergreen Review | 94 |
| B804569 | Evergreen Review | 95 |
| B840954 | Evergreen Review | 96 |
| B865225 | Evergreen Review | 97 |
|  | Evergreen Review | 98 |