# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSSET FAMILY LEGACY HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, JOHN TROUBH, PAUL CHAN, CHARLES PALLELA, PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO, PAMELA ROSENTHAL, OR BOOKS LLC, a New York Limited Liability Company, COLIN ROBINSON, FANTAGRAPHICS BOOKS, INC., a Washington Corporation, GARY GROTH, LYNN EMMERT, PAT THOMAS,<br><br>Defendants,<br><br>and<br><br>GROVE/ATLANTIC, INC. and MORGAN ENTREKIN,<br><br>Nominal Defendants. | Civil Action No. 1:25-cv-9398<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Michael P. Clendenen hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Evergreen Review, Inc. in the above-captioned matter.

  I am a member in good standing of the bar of the District of Columbia and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached, as Exhibit A, the affidavit pursuant to Local Rule 1.3.

Dated: November 19, 2025

          Respectfully submitted,

          /s/ *Michael P. Clendenen*
          Michael P. Clendenen
          Axinn, Veltrop & Harkrider LLP
          630 Fifth Avenue, 33rd Floor
          New York, New York 10111
          Telephone: (212) 261-5656
          Facsimile: (212) 728-2801
          E-mail: mclendenen@axinn.com

          *Counsel for Defendant Evergreen Review, Inc.*

3

## **CERTIFICATE OF SERVICE**

I certify that on November 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic filing generated by the CM/ECF system.

*/s/ Michael P. Clendenen*
Michael P. Clendenen
Axinn, Veltrop & Harkrider LLP
