# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ROSSET FAMILY LEGACY HOLDINGS, LLC,

               Plaintiff,

v.

JOHN G. H. OAKES, EVERGREEN REVIEW, INC.,
a New York Domestic Not-For-Profit Corporation,
JOHN TROUBH, PAUL CHAN, CHARLES
PALLELA, PATRICIA L. IRVIN, DALE PECK,
VYJAYANTHI RAO, PAMELA ROSENTHAL, OR
BOOKS LLC, a New York Limited Liability
Company, COLIN ROBINSON, FANTAGRAPHICS
BOOKS, INC., a Washington Corporation, GARY
GROTH, LYNN EMMERT, PAT THOMAS,

               Defendants,

and

GROVE/ATLANTIC, INC. and MORGAN
ENTREKIN,

Nominal Defendants.

Civil Action No. 1:25-cv-9398

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Michael P. Clendenen hereby declares the following:

1.     I am an attorney with the law firm Axinn, Veltrop & Harkrider LLP, and I submit this affidavit in support of my motion for *pro hac vice* admission in this action on behalf of Defendant Evergreen Review, Inc. I have personal knowledge of the facts expressed in this declaration, and if asked, could and would testify competently to the truth of those facts.

2.     I am a resident of New York and work in the state of New York. My office address is 630 Fifth Avenue, 33rd Floor, New York, New York 10111.

3.     I am a member in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been

convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Annexed hereto is a copy of my Certificate of Good Standing from the District of Columbia.

4.    By this application, I request permission from this Court to be admitted *pro hac vice* and appear as counsel on behalf of Defendant Evergreen Review, Inc. in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed in New York on the 19th day of November, 2025.

Respectfully submitted,

Michael P. Clendenen
Axinn, Veltrop & Harkrider LLP
630 Fifth Avenue, 33rd Floor
New York, New York 10111
Telephone: (212) 261-5656
Facsimile: (212) 728-2801
E-mail: mclendenen@axinn.com

*Counsel for Defendant Evergreen Review, Inc.*

Subscribed and sworn to me on the ___19th___ day of November, 2025.

Notary Public

BONNIE BUCH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU6382709
Qualified in Suffolk County
My Commission Expires 10-29-2026

2