IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSSET FAMILY LEGACY HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, JOHN TROUBH, PAUL CHAN, CHARLES PALLELA, PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO, PAMELA ROSENTHAL, OR BOOKS LLC, a New York Limited Liability Company, COLIN ROBINSON, FANTAGRAPHICS BOOKS, INC., a Washington Corporation, GARY GROTH, LYNN EMMERT, PAT THOMAS,<br><br>Defendants,<br><br>and<br><br>GROVE/ATLANTIC, INC. and MORGAN ENTREKIN,<br><br>Nominal Defendants. | Civil Action No. 1:25-cv-9398<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Michael P. Clendenen for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Michael P. Clendenen
> Axinn, Veltrop & Harkrider LLP
> 630 Fifth Avenue, 33rd Floor
> New York, New York 10111
> Telephone: (212) 261-5656
> Facsimile: (212) 728-2801
> E-mail: mclendenen@axinn.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Evergreen Review, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Cour, including the Rules governing discipline of attorneys.

Dated: _____    _____
United States District/Magistrate Judge.