December 3, 2025

**BY ECF**

Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2200
New York, NY 10007-1312

Re:   *Rosset Family Legacy Holdings LLC v. Oakes*, No. 1:25-cv-9398

Dear Judge Preska:

The undersigned counsel represent Defendants Evergreen Review, Inc.; John G. H. Oakes; and OR Books LLC ("Removing Defendants") and Plaintiff Rosset Family Legacy Holdings LLC ("Plaintiff") in the above referenced case (collectively, "Parties"). Pursuant to the Court's November 28, 2025 Order, Dkt. No. 20, the Parties have conferred and submit the following mutually agreeable briefing schedule for the Court's endorsement:

1. Plaintiff's Motion to Remand shall be due no later than December 5, 2025.

2. Removing Defendants' Response to Plaintiff's Motion to Remand shall be due no later than December 26, 2025.

3. Plaintiff's Reply to Removing Defendants' Response to Plaintiff's Motion to Remand shall be due no later than January 2, 2026.

Respectfully submitted,

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

12/3/25

[SIGNATURE PAGE FOLLOWS]

Hon. Loretta A. Preska
December 3, 2025
Page 2

*David Brian Smallman*
David Brian Smallman
Smallman + Snyder
Law Group || Smallman
Law PLLC
43 West 43rd Street,
Suite 242
New York, NY  10036
917.414.0182
dbs@smallmanlaw.com

*Counsel for Plaintiff*
*Rosset Family Legacy*
*Holdings LLC*

/s/ Michael P. Clendenen
Michael P. Clendenen
Scott A. Eisman
Axinn Veltrop &
Harkrider LLP
630 5th Avenue, 33rd
Floor
New York, NY  10111
212.728.2200
mclendenen@axinn.com
seisman@axinn.com

*Counsel for Defendant*
*Evergreen Review, Inc.*

/s/ Scott J. Sholder*
Scott J. Sholder
Cowan Debaets
Abrahams & Sheppard
LLP
60 Broad Street
30th Floor
New York, NY  10004
212.974.7474
ssholder@cdas.com

*Counsel for Defendant*
*John G. H. Oakes and*
*OR Books LLC*

cc: All counsel of record (by ECF)

*signed with permission