**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ROSSET FAMILY LEGACY HOLDINGS LLC,

             Plaintiff,

   -against-

JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a
New York Domestic Not-For-Profit Corporation,
JOHN TROUBH, PAUL CHAN, CHARLES PALELLA,
PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO,
PAMELA ROSENTHAL, OR BOOKS LLC, a New York
Limited Liability Company, COLIN ROBINSON,
FANTAGRAPHICS BOOKS, INC., a Washington
Corporation, GARY GROTH, LYNN EMMERT, and
PAT THOMAS,

             Defendants,

and

GROVE/ATLANTIC, INC. and MORGAN ENTREKIN,

Nominal Defendants.

---

Case No.:
1:25-cv-9398

**NOTICE OF MOTION TO REMAND**

**PLAINTIFF'S NOTICE OF MOTION**
**TO REMAND TO STATE COURT AND FOR COSTS**

**PLEASE TAKE NOTICE** that Plaintiff ROSSET FAMILY LEGACY HOLDINGS

LLC's will move this Court at the United States Courthouse for the Southern District of New

York, 500 Pearl Street, New York, New York, before the Honorable Loretta A. Preska, for an

Order, pursuant to 28 U.S.C. 1447: (a) remanding this action back to the Supreme Court of the

State of New York, Commercial Division, New York County; (b) awarding attorney's fee and

costs to Rosset Family Legacy Holdings LLC for the expenses incurred as a result of this

removal; and (c) granting all such other and further relief as the Court deems just and proper.

Dated: New York, New York
December 5, 2025

Respectfully submitted,

**SMALLMAN + SNYDER LAW GROUP ||
SMALLMAN LAW PLLC**


    /s/              
David Brian Smallman
43 West 43rd Street, Suite 242
New York, NY 10036
(t) (917) 414-0182
(f) (212) 202-5200
dbs@smallmanlaw.com

*Counsel for Plaintiff*
*Rosset Family Legacy Holdings LLC*

**CERTIFICATION**

DAVID BRIAN SMALLMAN, an attorney duly admitted in the State of New York and authorized to practice before this Court, certified under Local Civil Rule 7.1(c) as follows:

1. I am counsel to Plaintiff Rosset Family Legacy Holdings LLC and the Managing Member of Smallman + Snyder Law Group || Smallman Law PLLC.

2. The foregoing Notice of Motion complies with the word count limit set forth in Local Civil Rule 7.1(c) in that it contains 366, exclusive of caption, index, and signature blocks,  words, according to the word count function of the word-processing program used to prepare the Memorandum.

Dated: New York, New York
December 5, 2025                    /s/ David Brian Smallman (DS-5316_
                                   David Brian Smallman