EXHIBIT A

**Generated on:** This page was generated by TSDR on 2024 06 01 16:28:26 EDT

**Mark:** EVERGREEN

| | |
|---|---|
| **US Serial Number:** 72178802 | **Application Filing Date:** Oct 11 1963 |
| **US Registration Number:** 774562 | **Registration Date:** Aug 04 1964 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



DEAD/REG STRAT ON/Cancelled/ nvalidated

The trademark application was registered but subsequently it was cancelled or invalidated and removed from the registry

**Status:** Registration cancelled because registrant did not file an acceptable declaration under Section 8  To view all documents in this file  click on the Trademark Document Retrieval link at the top of this page

**Status Date:** Apr 01 2016

**Date Cancelled:** Apr. 01, 2016

## Mark Information

**Mark Literal Elements:** EVERGREEN

**Standard Character Claim:** Yes  The mark consists of standard characters without claim to any particular font style  size  or color

**Mark Drawing Type:** 1  TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [ ] indicate deleted goods/services;
- Double parenthesis (( )) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks * * identify additional (new) wording in the goods/services

| | |
|---|---|
| **For:** Books | |
| **International Class(es):** 016 | **U.S Class(es):** 038  Primary Class |
| **Class Status:** SECT ON 8  CANCELLED | |
| **Basis:** 1(a) | |
| **First Use:** Jan 1955 | **Use in Commerce:** Jan 1955 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

Plaintiff000794

Filed No Basis: No                                    Currently No Basis: No

## Current Owner(s) Information

Owner Name: GROVE/ATLANT C  NC
Owner Address: 841 BROADWAY
NEW YORK  NEW YORK UN TED STATES 10003

Legal Entity Type: CORPORAT ON                     State or Country  NEW YORK
                                                   Where Organized:

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: JOHN N  JENN SON

### Correspondent

Correspondent  JOHN N JENN SON
Name/Address:  JENN SON & SHULTZ PC
CRYSTAL PLZ #1
STE 1102  2001 JEFFERSON DAV S DAV S H
ARL NGTON  V RG N A UN TED STATES 22202

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Apr 01 2016 | CANCELLED SEC  8 (10 YR)/EXP RED SECT ON 9 | |
| Jun 28 2005 | REG STERED AND RENEWED (SECOND RENEWAL  10 YRS) | |
| Jun 28 2005 | REG STERED  SEC  8 (10 YR) ACCEPTED/SEC  9 GRANTED | |
| Apr 07 2005 | POST REG STRAT ON ACT ON MA LED  SEC  8 & 9 | |
| Apr 07 2005 | ASS GNED TO PARALEGAL | |
| Feb 04 2005 | REG STERED  COMB NED SECT ON 8 (10 YR) & SEC  9 F LED | |
| Feb 04 2005 | REG STERED  COMB NED SECT ON 8 (10 YR) & SEC  9 F LED | |
| Feb 04 2005 | PAPER RECE VED | |
| Jan 01 1985 | REG STERED AND RENEWED (F RST RENEWAL  20 YRS) | |
| Aug 01 1984 | REG STERED  SEC  9 F LED/CHECK RECORD FOR SEC  8 | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

Current Location: POST REG STRAT ON              Date in Location: Jun 28 2005

## Assignment Abstract Of Title Information

### Summary

Total Assignments: 1                             Registrant: GROVE PRESS  NC

### Assignment 1 of 1

Conveyance: CHANGE OF NAME
Reel/Frame: 3110/0784
Date Recorded: May 02 2005                        Pages: 2
Supporting  assignment tm 3110 0784 pdf
Documents:

### Assignor

Name: GROVE PRESS  NC                             Execution Date: Jul 08 1993
Legal Entity Type: CORPORAT ON                    State or Country  NEW YORK
                                                  Where Organized:

### Assignee

**Name:** <u>GROVE/ATLANT C  NC </u>

**Legal Entity Type:** CORPORAT ON

**State or Country Where Organized:** NEW YORK

**Address:** 841 BROADWAY
NEW YORK  NEW YORK 10003

| Correspondent |
|---|

**Correspondent Name:** JENN SON & SCHULTZ  P C

**Correspondent Address:** KATRYN JENN SON SHULTZ
CRYSTAL PLAZA #1  SU TE 1102
2001 JEFFERSON DAV S H GHWAY
ARL NGTON  VA 22202

| Domestic Representative - Not Found |
|---|

FORM PO-685
(8-22-61)

U.S. DEPARTMENT OF COMMERCE
PATENT OFFICE

**ASSIGNMENTS**

REG. NO. *774,562*

SER. NO.

☑ No previous assignments of record as of APR 20 1970

☐ See Title Record for ownership information prior to this record

USCOMM-DC 26239-P61

Plaintiff000797

## INITIAL EXAMINATION CHECK LIST

**NAME: LYNNELL JOHNSON**                    REG. # _774562_

| CORRECT | | INCORRECT |
|---|---|---|
| ☐ | CHECK MAIL DATE | ☐ |
| ☐ | CHECK REGISTRATION NUMBER | ☐ |
| ☐ | CHECK MARK | ☐ |
| ☐ | CHECK OWNER | ☒ |
| ☐ | COMMERCE STATEMENT | ☐ |
| ☐ | CHECK GOODS OR SERVICES | ☐ |
| ☐ | CHECK DECLARATION | ☐ |
| ☐ | CHECK SIGNATURE | ☐ |
| ☐ | CHECK DATE OF EXECUTION | ☐ |
| ☐ | CHECK FEE | ☐ |
| ☐ | CHECK SPECIMEN | ☐ |
| ☐ | CORRESPONDENCE ADDRESS | ☐ |
| ☐ | REGISTRATION DATE | ☐ |

CF

178802

CLASS.
38

FILING DATE     REGISTRATION #
10/11/1963         774562

CONTE...

*Application* ... *papers.*

1. N OF P
2. COMB. AFF. SEC. 8 & 15  APR 30 1970
3. Sen Pet  Aug. 1, 1984
4. Section 8 & 9        2-4-05
5. _____  4-7-05  Jan
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.       9

Plaintiff000799

178802

RENEWAL

| REG. NO. | MARK | SER. NO. |
|---|---|---|
| 774562 | EVERGREEN | 178802 |

Registered (date)
AUG 4 1964

| Class | Filed Complete | Serial No. |
|---|---|---|
| 38 | OCT. 11, 1963 | 178,802 |

Type of Mark

Examiner
88 Hancock

PRINCIPAL REGISTER

Applicant and Post Office

GROVE PRESS, INC.,    N. Y. CORP.
64 UNIVERSITY PL.,
NEW YORK 3, N. Y.

Amended ................................

................................

☐ Assignee of
☐ By change of name from

Parts Filed
Application ................
Verification ................
Specimens ................
Drawings ................
Fee ☑ 300    AUG 1 1984

Mark
EVERGREEN

Goods—Services

Send Correspondence to

Ellsworth M. Jennison
Crystal Plaza #1    Hwy.,
Suite 704    201
2001 Jefferson Davis Highway
Arlington, Va. 22202

Attorney
ELLSWORTH M. JENNISON

Passed for Publication
K. I. Hancock

Associate Attorney

Passed for Registration

Other Data

| A F F I D A V I T | Sec. 8 | |
| | Sec. 15 | |
| | Sec. 12c | |

Claims Ownership of Registration

Passed for Renewal

Goods—Services
BOOKS.

OK

Renewed From Aug. 4, 1984
Aug. 4, 2004

First Use
JAN. 1955,

PUBLISHED IN O. G.

In Commerce
JAN. 1955.

MAY 19 1964

U. S. PATENT OFFICE

PO-162 (12-1-57)



E-274—$1.75
In Canada: 20¢ additional
U.K. 13/—

EVERGREEN *ORIGINAL* ↓

## THE DISTANCES
## POEMS BY CHARLES OLSON

Charles Olson has come to be regarded as a major American poet by many leading literary figures, including William Carlos Williams. His long poem, *The Kingfishers*, has had a lasting influence on the development of verse in America during the past fifteen years. His book, *Call Me Ishmael*, a study of the literary influences on Melville during the writing of *Moby Dick*, has become a classic of American literary criticism which George Mayberry has called "the most important contribution to Melville criticism since Raymond Weaver's pioneer contribution in 1921."

Olson was born December 27, 1910, at Worcester, Mass. He was, as he says, "uneducated" at Wesleyan, Yale, and Harvard, and has taught at Clark, Harvard, and at Black Mountain College, where he was an instructor and rector from 1951 to 1956. His first publication was an essay, "Lear and Moby Dick," which appeared in *Twice-a-Year* in 1938. His first poem was published in 1945. Since then, his poems have been published in book form, and others have appeared in *Harper's Bazaar*, *The Atlantic*, *Partisan Review*, *Evergreen Review*, and *Harper's*. In recent years he has returned to his home town of Gloucester where he is writing his *Maximus* poems.

In 1952 Olson received a grant from the Webber-Gren Foundation to study Mayan hieroglyphics in Yucatan. He calls himself "an archeologist of morning . . . I spend most of my time studying Sumerians and Mayans, transporting the poems and inscriptions they left. The will to cohere in both these people is what I see in us, in now."

Cover design by Roy Kuhlman

GROVE PRESS, INC., 64 University Place, New York 3, N.Y.
EVERGREEN BOOKS LTD., 20 New Bond St., London, W. 1

THE DISTANCES / POEMS BY CHARLES OLSON

EVERGREEN ORIGINAL E-274 $1.75 (U.K. 13/—) ↓

E-274 GROVE PRESS

The Distances / Poems by Charles Olson



Plaintiff000802



Plaintiff000803



Plaintiff000804



AN EVERGREEN BOOK (E-279)—$2.45
In Canada: 20¢ additional
U.K. 17/6d.

## THE GANDHI READER #1
### A Source Book of His Life and Writings

EDITED BY HOMER A. JACK

Of Mohandas Gandhi, Albert Einstein said: "Generations to come will scarce believe that such a one as this ever in flesh and blood walked upon this earth." This anthology evokes the greatness of Mahatma Gandhi through his own writings and those of the men closest to him.

Selections from several hundred volumes, magazines, and newspapers — many never before available outside India — comprise this source book, more than half of which is devoted to Gandhi's own statements in the press and in his *Autobiography*, the rest to writings on Gandhi by such men as Rabindranath Tagore and Jawaharlal Nehru. This reader takes us from Gandhi's birth in 1869, through his youth, his years in South Africa, the development of his unique method of non-violent resistance, his fasts, strikes, and protests in various forms against British rule, through the Round Table Conference of 1931. It presents his positions on war and peace, on religion, on health, on sex, on the plight of the untouchables, and the problems of family and home. The presentation of Gandhi's life in these pages is skillfully edited by Homer A. Jack, a Unitarian minister and a life-long admirer of Gandhi. Dr. Jack is also the author of *The Wit and Wisdom of Gandhi*.

"The best of Gandhi in every area . . . complete enough to give the reader not just a sampling . . . but sufficient detail to enable him to get a quite comprehensive grasp of Gandhi's philosophy of life. . . . It is difficult to imagine how this labor of love could have been improved."
— Paul Arthur Schilpp, *Saturday Review*

"Homer Jack's source book is universal in appeal . . . it gives us the one Gandhi from many points of view, it communicates his heart grasp." — *The New York Times*

"A marvelous anthology." — *The New Yorker*

Cover photo Courtesy of Information Service of India
Cover design by Roy Kuhlman

GROVE PRESS, INC., 64 University Place, New York 3, N.Y.
EVERGREEN BOOKS LTD., 20 New Bond St., London, W. 1

THE GANDHI READER #1

HOMER A. JACK, EDITOR

EVERGREEN E-279 $2.45/U.K.17/6d.

E-279
GROVE PRESS

THE GANDHI READER #1
HOMER A. JACK, EDITOR

Plaintiff000805



Plaintiff000806



EVERGREEN ORIGINAL

(E-208)—$1.75

THE BLACKS: A CLOWN SHOW
BY JEAN GENET

*Translated by Bernard Frechtman*

GROVE PRESS, INC. 64 University Place, New York 3, N. Y.

The Blacks: a clown show
by Jean Genet

*translated by Bernard Frechtman*

$1.75
E-208

EVERGREEN ORIGINAL

THE BLACKS: A CLOWN SHOW BY JEAN GENET

E-208
GROVE
PRESS



EVERGREEN *ORIGINAL*    (E-284)—$1.95

## HIROSHIMA MON AMOUR

TEXT BY MARGUERITE DURAS FOR THE FILM BY ALAIN RESNAIS

GROVE PRESS, INC., 64 University Place, New York 3, N. Y.

HIROSHIMA MON AMOUR  BY DURAS & RESNAIS

E-284

Hiroshima Mon Amour
text by Marguerite Duras
for the film by Alain Resnais
with over
70 illustrations

EVERGREEN ORIGINAL  E-284 $1.95

Plaintiff000808

wysiwyg://10/http://uspto-a-pt...usp...apcti=&apcti=&rgst=&rgsti=&submit=Search

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
**Serial #:** 72178802    **Filing Dt:** 10/11/1963    **Reg #:** 0774562    **Reg. Dt:** 08/04/1964
**Registrant:** GROVE PRESS, INC.
**Mark:** EVERGREEN

**Assignment: 1**
**Reel/Frame:** 3110/0784    **Received:** 05/02/2005    **Recorded:** 05/02/2005    **Mailed:** 06/27/2005    **Pages:** 2

**Conveyance:** CHANGE OF NAME

**Assignor:**                                                  **Exec Dt:** 07/08/1993
    GROVE PRESS, INC.                      **Entity Type:** CORPORATION
                                                          **Citizenship:** NEW YORK

**Assignee:** GROVE/ATLANTIC, INC.
    841 BROADWAY                              **Entity Type:** CORPORATION
    NEW YORK,, NEW YORK 10003        **Citizenship:** NEW YORK

**Correspondent:** JENNISON & SCHULTZ, P.C.
    KATRYN JENNISON SHULTZ
    CRYSTAL PLAZA #1, SUITE 1102
    2001 JEFFERSON DAVIS HIGHWAY
    ARLINGTON, VA 22202

Search Results as of: 6/28/2005 3:22:15 P.M.

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002

1 of 1                                                                                  6/28/05 3:22 PM

Plaintiff000809



UN TED STATES PATENT AND TRADEMARK OFF CE

Commissioner for Trademarks
P O Box 1451
Alexandria VA 22313 1451
www usp o gov

REG STRAT ON NO: 0774562    SER AL NO: 72/178802    MA L NG DATE: 06/28/2005
REG STRAT ON DATE: 08/04/1964
MARK: EVERGREEN
REG STRAT ON OWNER: GROVE/ATLANT C NC

**CORRESPONDENCE ADDRESS:**
JOHN N JENN SON
JENN SON & SHULTZ PC
CRYSTAL PLAZA #1
SU TE 1102 2001 JEFFERSON DAV S DAV S H
ARL NGTON VA 22202

# NOTICE OF ACCEPTANCE
15 U S C Sec 1058(a)(3)

THE COMB NED AFF DAV T AND RENEWAL APPL CAT ON F LED FOR THE ABOVE DENT F ED REG STRAT ON MEETS THE REQU REMENTS OF SECT ON 8 OF THE TRADEMARK ACT 15 U S C Sec 1058

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*************************************************

# NOTICE OF RENEWAL
15 U S C Sec 1059(a)

THE COMB NED AFF DAV T AND RENEWAL APPL CAT ON F LED FOR THE ABOVE DENT F ED REG STRAT ON MEETS THE REQU REMENTS OF SECT ON 9 OF THE TRADEMARK ACT 15 U S C Sec 1059

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

*************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
038

NEWTON DANA L
PARALEGAL SPEC AL ST
POST REG STRAT ON D V S ON
571 272 9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
OR G NAL

Plaintiff000810

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years  except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act  15 U S C  Sec  1058  at the end of each successive 10 year period following the date of registration

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years  subject to the provisions of Section 8  except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act  15 U S C  Sec  1059  at the end of each successive 10 year period following the date of registration

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

Plaintiff000811

## UNITED STATES PATENT AND TRADEMARK OFFICE

**REGISTRATION NO**:      0,774,562

April 7, 2005

**REGISTRANT**:            GROVE PRESS, INC.

# *0774562*

**CORRESPONDENT ADDRESS**:
        JOHN N. JENNISON
        JENNISON & SHULTZ, PC
        CRYSTAL PLAZA #1
        SUITE 1102, 2001 JEFFERSON DAVIS DAVIS H
        ARLINGTON, VA  22202

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**:      EVERGREEN

**CORRESPONDENT'S REFERENCE/DOCKET NO** :  N/A

**CORRESPONDENT EMAIL ADDRESS**:

Please provide in all correspondence:

1.   Registration date registration number mark and registrant's name.
2.  Date of this Office Action.
3.   Examiner's name and Post Registration Division.
4.  Your telephone number and e-mail address.

## POST REGISTRATION OFFICE ACTION

Registration Number  0,774,562

The Combined Section 8 Affidavit and Section 9 Renewal Application was received on February 4, 2005.   Renewal is granted.  However, the Section 8 Affidavit is refused for the following reason:

The Trademark Act requires that the current owner of the registration file the Section 8 Affidavit.  15 U.S.C. §1058.  It is unclear whether the party who filed the Section 8 Affidavit is the current owner.

Office records indicate the registration is owned by still owned **GROVE PRESS, INC., a New York Corporation** not **GROVE/ATLANTIC, INC.**, the party who filed the Section 8 Affidavit.

The party who filed the Section 8 Affidavit must establish current ownership of the registration at least as early as February 3, 2005, the date the Section 8 Affidavit was signed.  37 C.F.R. §2.161(a).  Ownership may be established by (1) recording appropriate documents in the Assignment Services Division, (703) 308-9723, or (2) submitting proof of the transfer of title to the party who filed the Section 8 Affidavit.  37 C.F.R. §3.73(b).

(1) If the present owner chooses to establish ownership by recording appropriate documents in the Assignment Services Division, please notify the undersigned paralegal when the documents have been filed.  A telephone call to the paralegal is encouraged to resolve this issue.

(2) If the present owner chooses to establish ownership by submitting proof of the transfer of title, appropriate evidence, such as a copy of the document transferring ownership or a verified statement that a valid transfer of legal title has occurred, must be submitted.  Please be advised that the Section 8 Notice of Acceptance will issue in the name of the original registrant or the last recorded assignee as recorded in the Assignment Services Division.

**If the wrong party filed the Section 8 Affidavit and there is time remaining in the statutory filing period, the current owner may file a new affidavit.  If the new affidavit is filed during the 6-month grace period, the owner must pay the filing fee for the Section 8 Affidavit plus the grace period fee.  If the wrong party filed the Section 8 Affidavit, and there is no time remaining in the statutory filing period, the registration will be cancelled.**

**A COMPLETE RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE MAILING DATE**

Plaintiff000812

OF THIS LETTER.  THE OWNER MUST RESPOND TO ALL INQUIRIES SET FORTH IN THIS LETTER TO AVOID CANCELLATION OF THE REGISTRATION.

PLEASE BE ADVISED THAT IF THE WRONG PARTY FILED THE SECTION 8 AFFIDAVIT, THE CURRENT OWNER MUST FILE A NEW AFFIDAVIT BEFORE THE GRACE PERIOD EXPIRES AND PAY THE FEE FOR FILING THE NEW AFFIDAVIT. THE OWNER MUST ALSO PAY THE GRACE PERIOD FEE, IF THE NEW AFFIDAVIT IS FILED DURING THE GRACE PERIOD.

> Dana L. Newton
> Dana L. Newton
> Paralegal Specialist
> Post Registration Division
> 571-272-9544
> 571-273-9500-fax
> Dana.Newton@uspto.gov

**How to respond to this Office Action:**

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the registration number, the words 'Post Registration' and the examiner's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's  Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINER.**

Plaintiff000813

#4

<u>COMBINED DECLARATION OF USE IN COMMERCE/APPLICATION FOR
RENEWAL OF REGISTRATION OF MARK UNDER §§ 8 AND 9
(15 U.S.C. §§ 1058 AND 1059)</u>

Mark: EVERGREEN

Reg. No.: 774,562

Reg. Date: August 4, 1964

U.S. Class: 38

International Class: 16

To The Commissioner for Trademarks:

Eric Price declares that he is Executive Vice President of Grove/Atlantic, Inc.,

formerly known as Grove Press, Inc., a New York corporation, located and doing

business at 841 Broadway, New York, New York 10003; that said corporation is the

owner of Registration No. 774,562, issued August 4, 1964, as shown by the records in the

Patent and Trademark Office; that the mark shown therein has been in continuous use in

commerce among the several states over which Congress in connection with all of the

goods recited in the registration; that the mark is still in use among the several states as

evidenced by the accompanying specimen; that all statements made herein of his own

knowledge are true and that all statements made on information and belief are believed to

be true; and further, that these statements were made with the knowledge that willful

false statements and the like so made are punishable by fine or imprisonment, or both,

under Section 1001 of Title 18 of the United States Code, and that such willful false

statements may jeopardize the validity of this document or the registration.

02/07/2005 SWILSON1 00000032 774562

01 FC:6205                100.00 OP
02 FC:6201                400.00 OP
03 FC:6206                100.00 OP
04 FC:6203                100.00 OP

Grove/Atlantic, Inc. requests that the registration be renewed for the goods recited in the registration.

### POWER OF ATTORNEY

Grove/Atlantic, Inc. hereby appoints Kathryn Jennison Shultz, John N. Jennison and Carl E. Jennison, members of the Bar of the Commonwealth of Virginia and the firm of Jennison & Shultz, P.C., with offices at Crystal Plaza #1, Suite 1102, 2001 Jefferson Davis Highway, Arlington, Virginia 22202 on behalf of the corporation to file this combined declaration of use in commerce and application for renewal, and to transact all business in the Patent and Trademark Office in connection therewith.

GROVE/ATLANTIC, INC.

Date: _____ 2 - 3 - 2005 _____    By: _____

Eric Price, Executive Vice President

2

Plaintiff000815



Copyright © 1985 by Kenzaburō Ōe

All rights reserved.

No part of this book may be reproduced, stored in a retrieval system, or transmitted
by any means, including mechanical, electronic photocopying, recording
without prior written permission of the publisher.

The planning
of

l in 1984 by
hing Co., Ltd.

Edition 1985
i
1-9

Congress Catalog Card Number: 85-71162

First Evergreen Edition 1985
First Printing 1985
ISBN: 0-394-62075-5
Library of Congress Catalog Card Number: 85-71162

Library of Congress Cataloging in Publication Data

Nan to mo shirenai mirai ni.  English.  Selections.
   The Crazy iris and other stories of the atomic
aftermath.

   Selected translation of: Nan to mo shirenai mirai ni.
   1. Short stories, Japanese—Translations into
English.  2. Short stories, English—Translations from
Japanese.  3. Japanese fiction—20th century—Translations
into English.  4. English fiction—Translations from
Japanese.  5. Hiroshima-shi (Japan)—Bombardment, 1945—
Fiction.  6. Nagasaki-shi (Japan)—Bombardment, 1945—
Fiction.  I. Oe, Kenzaburō, 1935—
PL782.E8N3  1985        895.6'301'08358        85-71162
ISBN 0-394-54944-9
ISBN 0-394-62075-5 (pbk.)

Printed in the United States of America

GROVE PRESS, INC., 196 West Houston Street, New York, N.Y. 10014
         3    5    4    2

Plaintiff000816

# Incoming Correspondence Routing Sheet

## Work Location:  ~~CENTRAL DOCKET~~  *PRU*

## Mark:  EVERGREEN

**Reg. No.: 0774562**



**Serial No: 72178802**



**Mail Date:  02042005**



**Doc. Type:  Combined Section 8 and 9**



## Examiner:  00000 – NO EXAMINER ASSIGNED

**CASE IN TICRS: NO**

---

**Process in Accordance with Standard Operating Procedure and Work Steps.**

---

# No Fee

**RAM Mail Date: 020405**

Plaintiff000817

# Incoming Correspondence Routing Sheet

## Physical Location: CENTRAL DOCKET

## Mark: EVERGREEN

**Reg. No.: 0774562**



**Serial No: 72178802**



**Mail Date: 02042005**



**Doc. Type: Combined Section 8 and 9**



## Examiner: 00000 – NO EXAMINER ASSIGNED

### CASE IN TICRS: NO

Process in Accordance with Standard Operating Procedure and Work Steps.

# No Fee

**RAM Mail Date: 020405**

Plaintiff000818

LAW OFFICES

## Jennison & Shultz, P.C.

CRYSTAL PLAZA #1 - SUITE 1102
2001 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202-3604

ELLSWORTH M. JENNISON
KATHRYN JENNISON SHULTZ
JOHN N. JENNISON
CARL E. JENNISON

TEL: (703) 415-1640
FAX: (703) 415-0788
EMAIL: jennisonlaw@aol.com

TRADEMARKS
COPYRIGHTS

February 4, 2005

Hon. Commissioner for Trademarks
Attention: Box Post Registration – Fee
P.O. Box 1451
Alexandria, Virginia 22313-1451

Re:  Trademark EVERGREEN
     Reg. No.: 774,562
     Issued: August 4, 1964
     Registrant: Grove/Atlantic, Inc., f/k/a Grove Press, Inc.
     International Class 16

Dear Madam:

Enclosed find COMBINED DECLARATION OF USE IN COMMERCE/APPLICATION FOR RENEWAL OF REGISTRATION OF MARK UNDER §§8 AND 9 (15 U.S.C. §§ 1058 AND 1059) in connection with the above identified trademark registration, together with specimen showing use of the mark in connection with the named goods in interstate commerce.

Check in the amount of $ 700.00 to cover the official filing fees (including the grace period fees) is transmitted herewith.

Correspondence in this matter should be directed to the attention of the undersigned attorney of record.

Respectfully submitted,

John N. Jennison

JNJ:no
Encls.

02-04-2005

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77

LAW OFFICES

JENNISON & SHULTZ, P.C.

CRYSTAL PLAZA #1 - SUITE 1102
2001 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202-3604

ELLSWORTH M. JENNISON
KATHRYN JENNISON SHULTZ
JOHN N. JENNISON
CARL E. JENNISON

TEL: (703) 415-1640
FAX: (703) 415-0788
EMAIL: jennisonlaw@aol.com

TRADEMARKS
COPYRIGHTS

February 4, 2005

Hon. Commissioner for Trademarks
Attention: Box Post Registration – Fee
P.O. Box 1451
Alexandria, Virginia 22313-1451

Re:  Trademark EVERGREEN
     Reg. No.: 774,562
     Issued: August 4, 1964
     Registrant: Grove/Atlantic, Inc., f/k/a Grove Press, Inc.
     International Class 16

Dear Madam:

Enclosed find COMBINED DECLARATION OF USE IN
COMMERCE/APPLICATION FOR RENEWAL OF REGISTRATION OF MARK
UNDER §§8 AND 9 (15 U.S.C. §§ 1058 AND 1059) in connection with the above
identified trademark registration, together with specimen showing use of the mark in
connection with the named goods in interstate commerce.

Check in the amount of $ 700.00 to cover the official filing fees (including the
grace period fees) is transmitted herewith.

Correspondence in this matter should be directed to the attention of the
undersigned attorney of record.

Respectfully submitted,

John N. Jennison

JNJ:no
Encls.

02-04-2005
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77

<u>COMBINED DECLARATION OF USE IN COMMERCE/APPLICATION FOR</u>
<u>RENEWAL OF REGISTRATION OF MARK UNDER §§ 8 AND 9</u>
<u>(15 U.S.C. §§ 1058 AND 1059)</u>

Mark:  EVERGREEN

Reg. No.: 774,562

Reg. Date: August 4, 1964

U.S. Class: 38

International Class: 16

To The Commissioner for Trademarks:

Eric Price declares that he is Executive Vice President of Grove/Atlantic, Inc., formerly known as Grove Press, Inc., a New York corporation, located and doing business at 841 Broadway, New York, New York 10003; that said corporation is the owner of Registration No. 774,562, issued August 4, 1964, as shown by the records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in commerce among the several states over which Congress in connection with all of the goods recited in the registration; that the mark is still in use among the several states as evidenced by the accompanying specimen; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this document or the registration.

02/07/2005 SWILSON1 00000032 774562

| | | |
|---|---|---|
| 01 FC:6205 | 100.00 OP | |
| 02 FC:6201 | 400.00 OP | |
| 03 FC:6206 | 100.00 OP | |
| 04 FC:6203 | 100.00 OP | |

Grove/Atlantic, Inc. requests that the registration be renewed for the goods recited in the registration.

## POWER OF ATTORNEY

Grove/Atlantic, Inc. hereby appoints Kathryn Jennison Shultz, John N. Jennison and Carl E. Jennison, members of the Bar of the Commonwealth of Virginia and the firm of Jennison & Shultz, P.C., with offices at Crystal Plaza #1, Suite 1102, 2001 Jefferson Davis Highway, Arlington, Virginia 22202 on behalf of the corporation to file this combined declaration of use in commerce and application for renewal, and to transact all business in the Patent and Trademark Office in connection therewith.

GROVE/ATLANTIC, INC.

Date: _____ 2-3-20·5 _____     By: _____

Eric Price, Executive Vice President

2

Plaintiff000822



Copyright © 1985 by Kenzaburō Ōe

All rights reserved.

No part of this book may be reproduced, stored in a retrieval system; or transmitted by any means, including mechanical, electronic photocopying, recording without prior written permission of the publisher.

The planning of

l in 1984 by
:hing Co., Ltd.

Edition 1985

1-9

Congress Catalog Card Number: 85-71162

First Evergreen Edition 1985
First Printing 1985
ISBN: 0-394-62075-5
Library of Congress Catalog Card Number: 85-71162

Library of Congress Cataloging in Publication Data

Nan to mo shirenai mirai ni.  English.  Selections.
   The Crazy iris and other stories of the atomic aftermath.

   Selected translation of: Nan to mo shirenai mirai ni.
   1. Short stories, Japanese--Translations into
English.  2. Short stories, English--Translations from
Japanese.  3. Japanese fiction--20th century--Translations
into English.  4. English fiction--Translations from
Japanese.  5. Hiroshima-shi (Japan)--Bombardment, 1945--
Fiction.  6. Nagasaki-shi (Japan)--Bombardment, 1945--
Fiction.  I. Oe, Kenzaburō, 1935-
PL782.E8N3  1985           895.6'301'08358         85-71162
ISBN 0-394-54944-9
ISBN 0-394-62075-5 (pbk.)

Printed in the United States of America

GROVE PRESS, INC., 196 West Houston Street, New York, N.Y. 10014
                    3    5    4    2

Plaintiff000823



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   0774562        SERIAL NO. 72/178802        PAPER NO.
                                                              MAILING DATE: 11/23/84

MARK: **EVERGREEN**

REGISTRANT: **GROVE PRESS, INC.**

CORRESPONDENCE ADDRESS:
  ELLSWORTH M. JENNISON
  CRYSTAL PLAZA #1
  SUITE 704
  2001 JEFFERSON DAVIS HIGHWAY
  ARLINGTON, D.C. 22202

Please furnish the following
in all correspondence:

1.  Your phone number and zip code.
2.  Mailing date of this action.
3.  Affidavit-Renewal Examiner's name.
4.  The address of all correspondence
    not containing fees should include
    the words: "Box 5".
5.  Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 9 OF THE TRADEMARK ACT AND 37 CFR SECS. 2.181-2.184.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND RENEWAL HAS BEEN
GRANTED.

FRANCES A. PFOHL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

Plaintiff000824





LAW OFFICES
**ELLSWORTH M. JENNISON**
CRYSTAL PLAZA #1-SUITE 704
2001 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202
——
(703) 521-1640

TRADEMARKS
COPYRIGHTS

August 1, 1984

Hon. Commissioner of Patents and Trademarks
Washington, D. C.  20231

Re:  APPLICATION FOR RENEWAL

Registration No. 774,562
Trademark — EVERGREEN
Registered August 4, 1964
Grove Press, Inc.

Dear Sir:

Enclosed is APPLICATION FOR RENEWAL in connection with the above
identified trademark registration, together with specimen showing use
of the mark.

Please have a title report placed in the file of this registration
and advise the undersigned when action has been taken on this case.

Check in the amount of $300.00 to cover the official fee relating
to this matter is attached.

Respectfully submitted,

Ellsworth M. Jennison

EMJ:hl
Enc.

 

__APPLICATION FOR RENEWAL__

3

| | |
|---|---|
| MARK | EVERGREEN |
| Reg. No. | 774,562 |
| Issued | August 4, 1964 |
| U.S. Cl. | 38 |

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

    Grove Press, Inc., a corporation of the State of New York, located and doing business at 196 West Houston Street, New York, New York 10014-9983, hereby requests that Registration No. 774,562, granted on August 4, 1964, which it now owns as shown by records in the Patent and Trademark Office, be renewed in accordance with the provisions of Section 9 of the Trademark Act of July 5, 1946.

    The renewal fee is presented herewith.

__DECLARATION__

    Stanley Zielin declares that he is Vice President of Grove Press, Inc., the owner of Registration No. 774,562; that the mark shown therein is in use in interstate commerce on the following goods recited in the registration:  BOOKS, the attached specimen showing the mark as currently used; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

08/07/84 0774562          1 302      300.00 CK

Plaintiff000826

Code, and that such willful false statements may jeopardize the validity of this document or the registration.

POWER OF ATTORNEY

Grove Press, Inc. hereby appoints Ellsworth M. Jennison, with offices at Crystal Plaza #1, Suite 704, 2001 Jefferson Davis Highway, Arlington, Virginia 22202, a member of the Bar of the Commonwealth of Virginia, on behalf of the corporation to file this application for renewal, and to transact all business in the Patent and Trademark Office in connection therewith.

GROVE PRESS, INC.

By _____
Stanley Zielin
Vice President

Date: July 23, 1981

-2-

# Evergreen

EVERGREEN REVIEW NO. 98                                   $5.95



Plaintiff000828

MAIL ROOM
AUG
1
1984
PAT. & TRADEMARK OFF.

Plaintiff000829

## "Definitive!

To call this book the definitive Kerouac biography is an understatement....*Memory Babe* is a high, broad, realistic canvas, all-inclusive and richly detailed."
—*Library Journal*

## "Authentic,

...thoroughgoing in its research, bringing the time, the man, and his influence to life."
—IRVING STONE

"The most comprehensive and accurate biography of my father."
—JAN KEROUAC

## "Beautiful,

deep, seeing....in the front rank of the first generation of Kerouac studies."
—MICHAEL MCCLURE

"It is by far the best of the many books published about Jack Kerouac's life and work, accurately and clearly written, with a sure feeling for Jack's own prose."
—WILLIAM S. BURROUGHS

## "Essential

for anyone interested in the development of postwar American literature."
—JOHN CLELLON HOLMES

"A model of what a relentlessly

**MEMORY BABE**

A CRITICAL BIOGRAPHY OF

**JACK KEROUAC**

BY GERALD NICOSIA

GROVE PRESS

---

# Evergreen

EVERGREEN REVIEW     NO. 98

## CONTENTS

**3**
*In This Issue*

**6**
Lawrence Ferlinghetti   *History of the World: A TV Docu-Drama*

**13**
Dmitri Savitski   *Waltz for K.*

**39**
Samuel Beckett   *Three Plays:*
*Ohio Impromptu, Catastrophe and What Where*

**53**
Richard Cummings   *Allard Lowenstein's CIA:*
*The Good, the Bad and the Ugly*

**73**
Mary Hanson   *A Tale of Two Women*

**79**
Marguerite Duras   *The Malady of Death*

**91**
Steven Berkoff   *Decadence*

**114**
Richard Manton   *The Victorian Imagination*

**129**
Michael McClure   *Somebody's Dream (After Celan)*

**130**
Kathy Acker   *A Trip to Hell*

**137**
Tom Gervasi   *Reckless Endangerment:*
*The Attack on Korean Air Lines Flight 7 and America's Response*

**153**
Terry Southern   *Trib to Von*



Plaintiff000831



EVERGREEN REVIEW NO. 98                                    $5.95

# SAMUEL BECKETT
## Three Plays

The triple bill now electrifying the New York stage—*Ohio Impromptu,
Catastrophe* and *What Where*—is here in print for the first time.

# MARGUERITE DURAS
## The Malady of Death

A man plays back the images of nights spent with a beautiful woman
he has paid  to visit him—a vibrantly sensuous story about the polarity of love and death
by the French author of *Hiroshima Mon Amour* and *Moderato Cantabile*.

# RICHARD CUMMINGS
## Allard Lowenstein's CIA

He was called the "conscience" of the liberals when he led the
"dump Johnson" movement. Now Cummings reveals the shocking
truth about the real Lowenstein and his CIA connection.

# KATHY ACKER
## A Trip to Hell

Reading Acker, says Richard Foreman, is like playing hopscotch with a
genius. Here is the latest fiction from the author of *Great Expectations*.

# LAWRENCE FERLINGHETTI
## History of the World—a TV Docu-drama

All the windows in every house in the world turn into TV screens all
tuned to the same image in Ferlinghetti's new long poem.

# TERRY SOUTHERN
## Trib to Von

We're talking major *scandale-littéraire* in this hitherto suppressed
contribution to a *festschrift* honoring Kurt Vonnegut's sixtieth birthday.

# TOM GERVASI
## Reckless Endangerment

What's the real story behind the tragedy of Korean Air Lines Flight 7
and why mustn't we let Washington obscure its real meaning.

Also fiction, drama, poetry and essay by Steven Berkoff,
Dmitri Savitski, Michael McClure and Richard Manton.

Cover painting by Larry Rivers
An Evergreen Book    Published by Grove Press, Inc., 196 West Houston Street, New York, N.Y. 10014
ISBN: 0-394-62001-1





Plaintiff000833

# IN THIS ISSUE



ings from the Model. He made his first appearance in *Evergreen Review* in 1957 in issue No. 2 which included a section from his *A Coney Island of the Mind*.

Tom Gervasi, Director of the Center for Military Research and Analysis, recently completed *The Myth of Soviet Military Supremacy* which W.W. Norton will be publishing early in 1984. He is also the author of *Arsenal for Democracy: American Military Power in the 1980s and the Origins of the New Cold War*, which Grove Press first published in 1978 and for which he is now preparing the third revised edition. A former counterintelligence officer assigned to the Army Security Agency, Gervasi has been a contributor to *Penthouse*, *Harper's Magazine*, and the *Columbia Journalism Review*.

Cartoonist Mary Hanson recently returned from a three-year stay in Paris where she drew a regular comic strip for the French edition of *Cosmopolitan* entitled *Les Déjeuners de Clémence*, and the cartoon series *So This is Life* for a Swedish magazine. Her work has also been published in *Redbook*, *McCall's*, *The New York Times* and the *International Herald Tribune*. Hanson is now at work on an illustrated study of domestic mayhem throughout history, for which she is writing the text as well as doing the drawings.

Michael McClure's most recent book of poems is *Fragments of Perseus*, published by New Directions, and his most recent prose, which he describes as "a combination memoir of the Beat era and visionary biological essay," is *Scratching the Beat Surface*, published by North Point

Press. His best-known work for the stage, *The Beard*, is a dialogue for Billy the Kid and Jean Harlow. He recently finished *VKTMS*, a drama on the subject of Elektra and Orestes.

Richard Manton is descended from Joseph Manton, maker of dueling pistols to the Victorian aristocracy. He has lived in Spain, France, and Italy and has had access to the Bibliothèque National and other collections.

Larry Rivers, who prepared the painting on the cover of this issue of *Evergreen Review*, has been working the last year on a large commission about the story of the Jews called *The History of the Jews called The History of the Matzo*. Now that it is completed he will head for Zihuatanejo, Mexico, where (it says in his travel brochure) it will be quiet.

In Moscow, where he was born forty years ago, Dmitri Savitski was known as an underground "samizdat" writer and poet until

he left the Soviet Union for Paris in 1978. His first novel, *Bons baisers de nulle part*, has just been published in Paris by Albin Michel, and his short stories, essays, and articles have appeared in many European publications, including *Liberation Le Monde*, *Lui*, *Paris Match*, and *Playboy*. Since he arrived in France he has also published two non-fiction books under another name.

Terry Southern is the author, or co-author, of the novels *The Magic Christian*, *Flash and Filigree*, *Candy*, and *Blue Movie*, the short story anthology *Red-Dirt Marihuana and Other Tales*, and the screenplays for *Dr. Strangelove*, *Easy Rider*, *Barbarella*, *The Loved One*, *Cincinatti Kid*, *The Magic Christian* and *The End of the Road*. He is currently working on a screenplay about the late Jim Morrison, and is completing a novel, *Youngblood*, to be published in 1984.

**EVERGREEN REVIEW NO. 98**

Editors:

Barney Rosset
Fred Jordan

Copyright ©1984 by Grove Press, Inc.
All Rights Reserved.

No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form, by any means, including mechanical, electronic, photocopying, recording, or otherwise, without the previous written permission of the publisher.

ISBN: 0-394-62001-1

Manuscripts will not be returned unless accompanied by stamped, self-addressed envelopes.

Evergreen Review is published by Grove Press, Inc., 196 West Houston Street, New York, N.Y. 10014

Manufactured in the United States of America



Plaintiff000835

REGISTRATION NO.

ISSUED

AUG 5 1964

774562

12-C PUB

RECEIPT IS HEREBY ACKNOWLEDGED OF THE AFFIDAVIT FILED

BY GROVE PRESS, INC.,

ON APRIL 30, 1970

| X | SEC. 8 - AFFIDAVIT ACCEPTED |
| X | SEC. 15 - AFFIDAVIT FILED |
| | BY DIRECTION OF THE COMMISSIONER |

JTW

JUN 1 6 1970

DIRECTOR, TRADEMARK EXAMINING OPERATION

FORM POL-136 A
2-60

AFFIDAVIT
ACKNOWLEDGMENT

ELLSWORTH M. JENNISON
CRYSTAL PLAZA NO. L,
2001 JEFFERSON DAVIS HWY.,
ARLINGTON, VA.    22202

U. S. DEPARTMENT OF COMMERCE - PATENT OFFICE

Plaintiff000836




**ELLSWORTH M. JENNISON**
CRYSTAL PLAZA #1 · SUITE 704
2001 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202
—
(703) 521-1640

TRADEMARKS
COPYRIGHTS

WASHINGTON OFFICE
1317 F STREET, N.W.
WASHINGTON, D.C. 20005

April 30, 1970

Hon. Commissioner of Patents
Washington, D. C.   20231

Re:  Re:  <u>Affidavit, Sections 8 and 15</u>

Registration No. 774,562
Trademark – EVERGREEN
Registered – August 4, 1964
Grove Press, Inc.

Dear Sir:

Enclosed is COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15, with specimen, relating to the above identified trademark registration.

Please have a title report placed in the file of this registration and advise the undersigned when action has been taken on this case.

Respectfully submitted,

Ellsworth M. Jennison

EMJ:hl
Enc.



#2

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

UNDER THE TRADEMARK ACT OF 1946

MARK _____EVERGREEN_____

Reg. No. ___774,562_____

Issued ___August 4, 1964_____

Class No. ___38_____

To the Commissioner of Patents
Washington, D. C. 20231

Sir:

      Barnet L. Rosset, being sworn, states that he is President of
Grove Press, Inc., a corporation organized under the laws of the State of
New York, and that said corporation is the owner of Registration No. 774,562,
issued August 4, 1964, and registered on the Principal Register in accordance
with the Act of July 5, 1946, as evidenced by the accompanying title report;
that the mark described therein has been in continuous use in commerce among
the several states over which Congress has control for five consecutive years
from August 4, 1964 to the date of this affidavit, subsequent to the date of
registration, and in connection with the following goods:  BOOKS, in Class 38,
stated in the registration; that the mark is still in use among the several
states as evidenced by the accompanying labels or specimens; that there has
been no final decision adverse to registrant's claim of ownership of said
mark, to its right to register the same or maintain it on the register, and
that there is no proceeding involving any of said rights pending and not
disposed of either in the Patent Office or in the courts.

      The undersigned advises that the present address of the corporation
is as follows: __214 Mercer Street     New York, N. Y. 10012__ .

The undersigned, as an officer of Grove Press, Inc., hereby appoints Ellsworth M. Jennison, with offices at Crystal Plaza No. 1, 2001 Jefferson Davis Highway, Arlington, Virginia 22202, a member of the Bar of the District of Columbia, on behalf of registrant, to file this affidavit, with full power of substitution and revocation, and to transact all business in the Patent Office in connection therewith.

GROVE PRESS, INC.

By _____
President

STATE OF NEW YORK  )
                   ) SS.
COUNTY OF NEW YORK )

Before me personally appeared Barnet L. Rosset, to me known to be the person described in the foregoing affidavit, who signed the foregoing instrument in my presence, and made oath before me to the allegations set forth therein, this 27th day of April, 1970.

_____
Notary Public

[SEAL]

JOSEPH WARREN
Notary Public, State of New York
No. 60-4160875
Qualified in Westchester County
Term Expires March 30, 1971

-2-

Plaintiff000839

EVERGREEN ORIGINAL E-551 $2.45

# THE LONG SONATA OF THE DEAD: A STUDY OF SAMUEL BECKETT BY MICHAEL ROBINSON

"All I know is what the words know, and dead things, and that makes a handsome little sum, with a beginning, a middle and an end as in the well-built phrase and the long sonata of the dead."—from *Molloy*

From this sentence, Michael Robinson extracts the title of his brilliant and perceptive study of Samuel Beckett. Covering all of Beckett's extant work, with special attention given to the great prose trilogy, *Molloy, Malone Dies,* and *The Unnamable,* Robinson carefully traces Beckett's work not merely to justify a particular literary theory but rather to illuminate what he sees as the "poetics of failure" which runs so completely and informingly throughout the novels as well as the dramatic works.

Michael Robinson was born in 1944 in Leicester, England. After attending English schools and later teaching in Spain, where he wrote part of *The Long Sonata of the Dead,* he returned to England, where he presently lives, running a small bookshop in London. He is currently working on a book tentatively titled "The Possibility of Literature."

Grove Press, Inc., 85 Bleecker Street, New York, N. Y. 10012



THE LONG SONATA OF THE DEAD

MICHAEL ROBINSON

# THE LONG SONATA OF THE DEAD: A STUDY OF SAMUEL BECKETT BY MICHAEL ROBINSON

E-551
GROVE
PRESS

Plaintiff000840



Plaintiff000841



EVERGREEN ORIGINAL (E-545) $2.95

## UP AGAINST THE FOURTH WALL
### ESSAYS ON MODERN THEATER
### BY JOHN LAHR

"[John Lahr] has established a justifiably dazzling reputation as a young drama critic—or, even, for that matter, as an old drama critic . . ."
    Clive Barnes, *The New York Times*

During the past two years John Lahr, as drama critic of *Evergreen Review*, has established himself as the freshest new voice of the modern theater. He has revealed himself to be, in the words of Harold Clurman, "one of that rare species—an authentic theater critic." In these essays, for which he won the George Jean Nathan Award for Dramatic Criticism, Lahr shows us how the modern theater of the past decades has become inseparable from—and has often given shape to—the cultural and social upheavals of our day.

In this book, Lahr becomes the spokesman, chronicler, and interpreter of the new drama. Like the new theater he writes about, his criticism stimulates the mind and resolutely attacks what he considers to be inauthentic. He writes about Pinter, Mrozek, Guare, Kopit, Feiffer, and van Itallie, and he discusses the theatrical groups which have formulated radical innovations of concept and technique—the San Francisco Mime Troupe and the Teatro Campesino, the Living Theater and the Open Theater; Schechner's Performance Group, La Mama, the ghetto street theater of Enrique Vargas, and Grotowski.

John Lahr is one of the most active theater critics in the nation. As a participant in American theater, he is Literary Advisor to the Lincoln Center Repertory Theater; as a critic, he is a contributing editor of *Evergreen Review* and he writes a weekly column for *The Village Voice*. He is the author of *Notes on a Cowardly Lion* (a biography of his father, Bert Lahr) and is the editor of *Showcase 1*, a collection of award-winning new plays. His new book, *A Casebook on Harold Pinter's "The Homecoming,"* will be published shortly.

Grove Press, Inc., 85 Bleecker Street, New York, N. Y. 10012

E-545
GROVE
PRESS

UP AGAINST THE FOURTH WALL BY JOHN LAHR

EVERGREEN E-545 $2.95

## UP AGAINST THE FOURTH WALL
### ESSAYS ON MODERN THEATER BY JOHN LAHR

Plaintiff000842



Plaintiff000843

EVERGREEN ORIGINAL (E-543) $1.95

# Songs of the Bards of Bengal
## translated by Deben Bhattacharya

The name "Bāul" has been given to a small group of wandering poets and musicians from the village working classes of Bengal, who hold distinctive religious beliefs. Their songs are composed for their own enlightenment and for their disciples' instruction—they are the Bāul's way of coming to terms with God and love, life and death, society and the individual.

The Bāul tradition is spread widely throughout Bengal, and more than forty famous Bāuls and a large number of lesser anonymous ones have emerged since the beginning of the eighteenth century. Socially, the tradition can be interpreted as a revolt against the conventions of the established religions of Bengal—Islam and Hinduism—and yet remaining in many ways close to both. The titles of some of the songs—"O my senseless heart," "If you wish to board an aeroplane," "God has reversed the acts," "The rites of ferocious love," "The man is living in man"—serve to suggest the iconoclastic yet classic lyricism of these troubadorlike songs.

Deben Bhattacharya, a noted modern Bengali poet, has translated the songs and has provided an introduction that gives the social and historical background of the Bāul tradition and traces the ways the songs came to be composed.

THIS VOLUME WAS ESPECIALLY PREPARED FOR THE INDIAN SERIES OF THE TRANSLATION COLLECTION OF THE UNITED NATIONS EDUCATIONAL, SCIENTIFIC AND CULTURAL ORGANIZATION (UNESCO).

Grove Press, Inc., 80 University Place, New York, N. Y. 10003

SONGS OF THE BARDS OF BENGAL    DEBEN BHATTACHARYA, TR.

E-543
GROVE
PRESS



Songs of the Bards of Bengal
translated by Deben Bhattacharya



Plaintiff000845

# United States Patent Office

774,562
Registered Aug. 4, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 178,802, filed Oct. 11, 1963

## EVERGREEN

Grove Press, Inc. (New York corporation)
64 University Place
New York 3, N.Y.

For: BOOKS, in CLASS 38.
First use January 1955; in commerce January 1955.

Plaintiff000846





# United States Patent Office

**774,562**
Registered Aug. 4, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 178,802, filed Oct. 11, 1963

## EVERGREEN

Grove Press, Inc. (New York corporation)
64 University Place
New York 3, N.Y.

For: BOOKS, in CLASS 38.
First use January 1955; in commerce January 1955.

Plaintiff000847

POL-47
(8-1-63)



PAPER No. 1

*All communications respecting this application should give the serial number, date of filing, and name of the applicant.*

ADDRESS ONLY
THE COMMISSIONER OF PATENTS
TRADEMARK EXAMINING OPERATION
WASHINGTON 25, D. C.

# U. S. DEPARTMENT OF COMMERCE

### PATENT OFFICE
### WASHINGTON

Ellsworth M. Jennison
711 14th St. N.W.
Washington 5, D.C.

NOTICE OF PUBLICATION

UNDER SECTION 12 (a)

| SERIAL NO. | PUBLICATION DATE | MAILED |
|---|---|---|
| 178802 | MAY 19 1964 | APR 27 1964 |

APPLICANT
**Grove Press, Inc.**

MARK
**EVERGREEN**

The mark of the application above identified appears to be entitled to registration. The mark will in accordance with Section 12 (a) of the Trademark Act of 1946, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13 of the Statute or by Rules 2.101 and 2.102 of the Trademark Rules, the Commissioner of Patents may issue a Certificate of Registration.

Copies of the Trademark portion of the Official Gazette containing the publication of the mark may be obtained at 20 cents each from the Superintendent of Documents, Government Printing Office.

By direction of the Commissioner.

SGD. J. H. MERCHANT

Plaintiff000848



LAW OFFICES
ELLSWORTH M. JENNISON
SUITE 806
711 FOURTEENTH STREET, N.W.
WASHINGTON 5, D.C.
REPUBLIC 7—0156

TRADE-MARKS
COPYRIGHTS

PATENT LITIGATION
UNFAIR COMPETITION

October 11, 1963

Hon. Commissioner of Patents
Washington 25, D. C.

     Re: Grove Press, Inc.
       Trademark Application
       "EVERGREEN"
       Class 38

Dear Sir:

  I am enclosing application papers, drawing and specimens in
connection with the above cited trademark application, together
with my check in the amount of $25.00 to cover the official
Government filing fee.

  Correspondence in this matter should be directed to the
undersigned.

         Respectfully submitted,

         Ellsworth M. Jennison

EMJ:hl
Encls.

Plaintiff000849

$25.00·201-701

OCT-14-63    23975 E    201    CK    25.00

MARK    EVERGREEN

CLASS NO.    38

178802

STATEMENT

TO THE COMMISSIONER OF PATENTS:

Grove Press, Inc., a corporation duly organized under the laws of
the State of New York, located in the County of New York and the State of
New York, and doing business at 64 University Place, New York 3, New York,
has adopted and is using the trademark shown in the accompanying drawing
for:  BOOKS, in Class 38, Prints and publications, and presents herewith
five specimens showing the trademark as actually used in connection with
such goods, the trademark being applied directly to the goods, and by other
means; and requests that the same be registered in the United States Patent
office on the Principal Register in accordance with the Act of July 5, 1946.

The trademark was first used on the goods in  January 1955        ;
was first used in commerce among the several states of the United States
which may lawfully be regulated by Congress in  January 1955        ; and is
now in use in such commerce.

DECLARATION

Barnet L. Rosset, being sworn, states that:  he is President of
Grove Press, Inc., and is authorized to execute this affidavit on behalf
of said corporation; he believes said corporation to be the owner of the
mark sought to be registered; to the best of his knowledge and belief no
other person, firm, corporation or association has the right to use said

mark in commerce, either in the identical form or in such near resemblance thereto as might be calculated to deceive; and the facts set forth in this application are true.

## POWER OF ATTORNEY

The undersigned hereby appoints Ellsworth M. Jennison, 711 Fourteenth Street, N. W., Washington 5, D. C., a member of the Bar of the District of Columbia, its attorney to prosecute this application for registration, with full power of substitution and revocation, to transact all business in the Patent Office in connection therewith, and to receive the certificate.

GROVE PRESS, INC.

By: _____
                                President

STATE OF NEW YORK    )
                     ) SS.
COUNTY OF NEW YORK   )

Subscribed and sworn to before me this _30th_ day of _September_, 19_63_.

_____
        Notary Public

LAURA TERRY MARTIN
Notary Public, State of New York
No. 24-7739625
Qualified in Kings County
Commission Expires March 30, 1964

(SEAL)

-2-

*38*

178802

GROVE PRESS, INC.
64 University Place
New York 3, New York

Goods: Books

Class: 38, Prints and publications

Use:   January 1955 (both)



B   262

EVERGREEN

*3*

**PUBLISHED IN O. G.**

MAY 19 1964

**U. S. Patent Office**

**774562**

REGISTERED

AUG 4 1964

Plaintiff000852

MAY.02'2005 14:55 7034150789          JENNISON & SHULTZ PC          #0801 P.002

FORM PTO-1594
1-31-92

## RECORDATION FORM COVER SHEET
# TRADEMARKS ONLY

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

Tab settings ⇨ ⇨ ⇨ ▼    ▼    ▼    ▼    ▼    ▼    ▼

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| Grove Press, Inc. | Name: Grove/Atlantic, Inc. |

**1. Conveying party:**
- ☐ Individual(s)
- ☐ General Partnership
- ☒ Corporation-State New York
- ☐ Other _____
- ☐ Association
- ☐ Limited Partnership

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Receiving party:**
Name: Grove/Atlantic, Inc.
Internal Address: _____
Street Address: 841 Broadway
City: New York  State: NY  ZIP: 10003

- ☐ Individual(s) citizenship _____
- ☐ Association _____
- ☐ General Partnership _____
- ☐ Limited Partnership _____
- ☒ Corporation-State New York
- ☐ Other _____

If assignee is not domiciled in the United States, a domestic representative designation is attached: ☐ Yes ☐ No
(Designations must be a separate document from Assignment)
Additional name(s) & address(es) attached? ☐ Yes ☒ No

**3. Nature of conveyance:**
- ☐ Assignment
- ☐ Security Agreement
- ☐ Other _____
- ☐ Merger
- ☒ Change of Name

Execution Date: July 8, 1993

**4. Application number(s) or registration number(s):**
A. Trademark Application No.(s)

B. Trademark registration No.(s)
774,562

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**
Name: Kathryn Jennison Shultz
Internal Address: Jennison & Shultz, P.C.

Street Address: Crystal Plaza #1, Suite 1102
2001 Jefferson Davis Highway
City: Arlington  State: VA  ZIP: 22202

**6. Total number of applications and registrations involved:** ............................ 1

**7. Total fee (37 CFR 3.41):**............... $ 40.00
- ☐ Enclosed
- ☒ Authorized to be charged to deposit account

**8. Deposit account number:**
503210

(Attach duplicate copy of this page if paying by deposit account)

CH $40.00 503210 0774562

DO NOT USE THIS SPACE

**9. Statement and signature.**
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Kathryn Jennison Shultz
Name of Person Signing

*[signature]*
Signature

May 2, 2005
Date

Plaintiff000053

700175787

TRADEMARK
REEL: 003110 FRAME: 0784

MAY.02'2005 14:56 7034150788          JENNISON & SHULTZ PC          #0801 P.003

DIVISION OF CORPORATIONS AND STATE RECORDS

CORPORATION NAME: GROVE/ATLANTIC, INC.

DOCUMENT TYPE  : AMENDMENT (DOMESTIC BUSINESS)
NAME

SERVICE COMPANY : ** NO SERVICE COMPANY **

FILED: 07/08/1993 DURATION: ********** CASH #: 930708000362 FILM #: 930708000334

ADDRESS FOR PROCESS

REGISTERED AGENT

FILER

HUGH W. ENTREKIN, TUNE ENTREKIN &
WHITE, P.C.,  21ST FL.
1ST AMERICAN CTR., 315 DEADERICK ST.
NASHVILLE, TN 37238-2100

FILING RECEIPT

162 WASHINGTON AVENUE
ALBANY, NY 12231

COUNTY: NEW

| FEES | 60.00 | PAYMENTS | 60.00 |
|---|---|---|---|
| FILING | 60.00 | CASH : | 0.00 |
| TAX | 0.00 | CHECK : | 60.00 |
| CERT | 0.00 | BILLED: | 0.00 |
| COPIES | 0.00 | | |
| HANDLING: | 0.00 | | |
| | | REFUND: | 0.00 |

-1025 (11/89)



Plaintiff000854

TRADEMARK
REEL: 003110 FRAME: 0785

RECORDED: 05/02/2005