EXHIBIT B

**Generated on:** This page was generated by TSDR on 2024-05-31 18:01:46 EDT

**Mark:** EVERGREEN REVIEW

*Evergreen Review*

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90348291 | **Application Filing Date:** | Nov. 30, 2020 |
| **US Registration Number:** | 6586763 | **Registration Date:** | Dec. 14, 2021 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Dec. 14, 2021

**Publication Date:** Sep. 28, 2021

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | EVERGREEN REVIEW |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "REVIEW" |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Providing on-line non-downloadable general feature literary magazines, excluding magazines in the field of business and entrepreneurship | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 01, 1998 | **Use in Commerce:** | Sep. 01, 1998 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | The Evergreen Review |
| **Owner Address:** | 130 West 24th Street, 5A<br>New York, NEW YORK UNITED STATES 10011 |
| **Legal Entity Type:** | non-profit organization |
| **State or Country Where Organized:** | NEW YORK |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Michael Bartholomew | **Docket Number:** | 5024.3.1 |
| **Attorney Primary Email Address:** | mbartholomew@kba.law | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Michael Bartholomew<br>Kunzler Bean & Adamson, PC<br>50 West Broadway, 10th Floor<br>SALT LAKE CITY, UTAH UNITED STATES 84101 |
| **Phone:** | 8019944646 |
| **Correspondent e-mail:** | docket@kba.law john@evergreenreview.com mbartholomew@kba.law |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 14, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 02, 2021 | CHANGES/CORRECTIONS AFTER PUB APPROVAL ENTERED | |
| Nov. 02, 2021 | ASSIGNED TO PETITION STAFF | |
| Oct. 22, 2021 | TEAS POST PUBLICATION AMENDMENT RECEIVED | |
| Sep. 28, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 28, 2021 | PUBLISHED FOR OPPOSITION | |
| Sep. 08, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 25, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 23, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 23, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 23, 2021 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 17, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 17, 2021 | NON-FINAL ACTION E-MAILED | |
| May 17, 2021 | NON-FINAL ACTION WRITTEN | |
| May 16, 2021 | ASSIGNED TO EXAMINER | |
| Feb. 12, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 12, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 12, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 05, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 03, 2020 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PETITIONS OFFICE | **Date in Location:** | Nov. 02, 2021 |

Plaintiff000594

# United States of America

## United States Patent and Trademark Office

# Evergreen Review

**Reg. No. 6,586,763**

**Registered Dec. 14, 2021**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

The Evergreen Review  (NEW YORK non-profit organization )
130 West 24th Street, 5A
New York, NEW YORK 10011

CLASS 41: Providing on-line non-downloadable general feature literary magazines, excluding magazines in the field of business and entrepreneurship

FIRST USE 9-1-1998; IN COMMERCE 9-1-1998

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "REVIEW"

SER. NO. 90-348,291, FILED 11-30-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

Plaintiff000595

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO  website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Plaintiff000596

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90348291 | FILING DATE | 11/30/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LATTUCA, FRANK J | L.O. ASSIGNED | 109 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 11/03/2021 |
| PUB DATE | 09/28/2021 |
| STATUS | 686-PUBLISHED FOR OPPOSITION |
| STATUS DATE | 09/28/2021 |
| LITERAL MARK ELEMENT | EVERGREEN REVIEW |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | EVERGREEN REVIEW |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |

Plaintiff000597

| NAME | The Evergreen Review |
|---|---|
| ADDRESS | 130 West 24th Street, 5A<br>New York, NY 10011 |
| ENTITY | 99-non-profit organization |
| CITIZENSHIP | New York |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 041 |
|---|---|
| DESCRIPTION TEXT | Providing on-line non-downloadable general feature literary magazines, excluding magazines in the field of business and entrepreneurship |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 09/01/1998 | FIRST USE IN COMMERCE DATE | 09/01/1998 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "REVIEW" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 11/02/2021 | CHPB | I | CHANGES/CORRECTIONS AFTER PUB APPROVAL ENTERED | 019 |
| 11/02/2021 | APET | A | ASSIGNED TO PETITION STAFF | 018 |
| 10/22/2021 | EPPA | I | TEAS POST PUBLICATION AMENDMENT RECEIVED | 017 |
| 09/28/2021 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 016 |
| 09/28/2021 | PUBO | A | PUBLISHED FOR OPPOSITION | 015 |
| 09/08/2021 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 014 |
| 08/25/2021 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 013 |
| 08/23/2021 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 012 |
| 08/23/2021 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 011 |
| 08/23/2021 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 010 |
| 05/17/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 05/17/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 05/17/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 05/16/2021 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 02/12/2021 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 005 |
| 02/12/2021 | ARAA | I | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 004 |
| 02/12/2021 | REAP | I | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 003 |
| 02/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 12/03/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

Plaintiff000598

| ATTORNEY | Michael Bartholomew |
|---|---|
| CORRESPONDENCE ADDRESS | Michael Bartholomew<br>Kunzler Bean & Adamson, PC<br>50 West Broadway, 10th Floor<br>SALT LAKE CITY, UT 84101 |
| DOMESTIC REPRESENTATIVE | NONE |

### PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | The Evergreen Review |
| ADDRESS | 130 West 24th Street, 5A<br>New York, NY 10011 |
| ENTITY | 99-non-profit organization |
| CITIZENSHIP | New York |

# Evergreen Review

Plaintiff000600

PTO- 1771
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90348291 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| **MARK** | [mark](mark) |
| **LITERAL ELEMENT** | EVERGREEN REVIEW |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **EXPLANATION OF FILING** | |
| The amendments agreed to in the document submitted with the office action provided for an amendment to the goods/services based on the agreement. The amendment was inadvertently overlooked. We respectfully request that the amendment be made. | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 041 |
| **DESCRIPTION** | Providing on-line non-downloadable general feature magazines |
| **FILING BASIS** | Section 1(a) |
|    **FIRST USE ANYWHERE DATE** | At least as early as 09/01/1998 |
|    **FIRST USE IN COMMERCE DATE** | At least as early as 09/01/1998 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 041 |
| **TRACKED TEXT DESCRIPTION** | |
| ~~Providing on-line non-downloadable general feature magazines~~; Providing on-line non-downloadable general feature literary magazines, excluding magazines in the field of business and entrepreneurship | |
| **FINAL DESCRIPTION** | |
| Providing on-line non-downloadable general feature literary magazines, excluding magazines in the field of business and entrepreneurship | |
| **FILING BASIS** | Section 1(a) |
|    **FIRST USE ANYWHERE DATE** | At least as early as 09/01/1998 |
|    **FIRST USE IN COMMERCE DATE** | At least as early as 09/01/1998 |
|    **WEBPAGE URL** | None Provided |
|    **WEBPAGE DATE OF ACCESS** | None Provided |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Michael Bartholomew |

| | |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | mbartholomew@kba.law |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | docket@kba.law; john@evergreenreview.com |
| **DOCKET/REFERENCE NUMBER** | 5024.3.1 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Michael Bartholomew |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | mbartholomew@kba.law |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | docket@kba.law; john@evergreenreview.com |
| **DOCKET/REFERENCE NUMBER** | 5024.3.1 |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /Michael Bartholomew/ |
| **SIGNATORY'S NAME** | Michael Bartholomew |
| **SIGNATORY'S POSITION** | Attorney of record, Texas bar member |
| **SIGNATORY'S PHONE NUMBER** | 8019944646 |
| **DATE SIGNED** | 10/22/2021 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Fri Oct 22 12:40:09 ET 2021 |
| **TEAS STAMP** | USPTO/PPA-XX.XXX.X.XX-202 11022124009274656-9034829 1-7818a3faa65cc247790da6c 4ae5eb71c452ceca5e5a3a7b6 961eb8f03eccf8e-N/A-N/A-2 0211022123638738788 |

PTO- 1771
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment**
## To the Commissioner for Trademarks:

Application serial no. **90348291** EVERGREEN REVIEW(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90348291/large) has been amended as follows:

**EXPLANATION OF FILING**
The amendments agreed to in the document submitted with the office action provided for an amendment to the goods/services based on the agreement. The amendment was inadvertently overlooked. We respectfully request that the amendment be made.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following:**

**Current:**
Class 041 for Providing on-line non-downloadable general feature magazines
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is

Plaintiff000602

using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 09/01/1998 and first used in commerce at least as early as 09/01/1998 , and is now in use in such commerce.

**Proposed:**

**Tracked Text Description:** ~~Providing on-line non-downloadable general feature magazines~~; Providing on-line non-downloadable general feature literary magazines, excluding magazines in the field of business and entrepreneurship

Class 041 for Providing on-line non-downloadable general feature literary magazines, excluding magazines in the field of business and entrepreneurship

**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 09/01/1998 and first used in commerce at least as early as 09/01/1998 , and is now in use in such commerce.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Correspondence Information (current):**
    Michael Bartholomew
    PRIMARY EMAIL FOR CORRESPONDENCE: mbartholomew@kba.law
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): docket@kba.law; john@evergreenreview.com

The docket/reference number is 5024.3.1.

**Correspondence Information (proposed):**
    Michael Bartholomew
    PRIMARY EMAIL FOR CORRESPONDENCE: mbartholomew@kba.law
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): docket@kba.law; john@evergreenreview.com

The docket/reference number is 5024.3.1.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**

Signature: /Michael Bartholomew/     Date: 10/22/2021
Signatory's Name: Michael Bartholomew
Signatory's Position: Attorney of record, Texas bar member

Signatory's Phone Number: 8019944646 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   Michael Bartholomew
  Kunzler Bean & Adamson, PC

  50 West Broadway, 10th Floor
  SALT LAKE CITY, Utah 84101
Mailing Address:   Michael Bartholomew
  Kunzler Bean & Adamson, PC
  50 West Broadway, 10th Floor
  SALT LAKE CITY, Utah 84101

Serial Number: 90348291
Internet Transmission Date: Fri Oct 22 12:40:09 ET 2021
TEAS Stamp: USPTO/PPA-XX.XXX.X.XX-202110221240092746
56-90348291-7818a3faa65cc247790da6c4ae5e
b71c452ceca5e5a3a7b6961eb8f03eccf8e-N/A-
N/A-20211022123638738788

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, September 28, 2021 00:58 AM |
| **To:** | XXXX |
| **Cc:** | XXXX; XXXX |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 90348291: EVERGREEN REVIEW: Docket/Reference No. 5024.3.1 |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 90348291
**Mark:** EVERGREEN REVIEW
**International Class(es):** 041
**Owner:** The Evergreen Review
**Docket/Reference Number:** 5024.3.1

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Sep 28, 2021.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2021-09-28&serialNumber=90348291

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

*   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=90348291&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=90348291&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

Plaintiff000605

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

## OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.**  90348291
**Mark:**  EVERGREEN REVIEW
**International Class(es):**  041
**Owner:**  The Evergreen Review
**Docket/Reference No.**  5024.3.1

**Issue Date:**  September 8, 2021

**Your mark is scheduled to publish in the** *Trademark Official Gazette* (TMOG) **on September 28, 2021**.

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.**  Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board.  If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.**  If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**.  For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

mbartholomew@kba.law
docket@kba.law
john@evergreenreview.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, September 8, 2021 04:07 AM |
| **To:** | XXXX |
| **Cc:** | XXXX;  XXXX |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 90348291: EVERGREEN REVIEW: Docket/Reference No. 5024.3.1 |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 90348291) is scheduled to publish in the *Official Gazette* on Sep 28, 2021.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto.gov/search.action?sn=90348291</u>.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1.  The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.  You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90348291 | FILING DATE | 11/30/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LATTUCA, FRANK J | L.O. ASSIGNED | 109 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 08/26/2021 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 08/25/2021 |
| LITERAL MARK ELEMENT | EVERGREEN REVIEW |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | EVERGREEN REVIEW |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | The Evergreen Review |
|---|---|
| ADDRESS | 130 West 24th Street, 5A<br>New York, NY 10011 |
| ENTITY | 99-non-profit organization |
| CITIZENSHIP | New York |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 041 |
|---|---|
| DESCRIPTION TEXT | Providing on-line non-downloadable general feature magazines |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 09/01/1998 | FIRST USE IN COMMERCE DATE | 09/01/1998 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "REVIEW" |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/25/2021 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 013 |
| 08/23/2021 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 012 |
| 08/23/2021 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 011 |
| 08/23/2021 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 010 |
| 05/17/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 05/17/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 05/17/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 05/16/2021 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 02/12/2021 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 005 |
| 02/12/2021 | ARAA | I | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 004 |
| 02/12/2021 | REAP | I | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 003 |
| 02/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 12/03/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Michael Bartholomew |
|---|---|
| CORRESPONDENCE ADDRESS | Michael Bartholomew<br>Kunzler Bean & Adamson, PC<br>50 West Broadway, 10th Floor<br>SALT LAKE CITY UT 84101 |
| DOMESTIC REPRESENTATIVE | NONE |

# Evergreen Review

Plaintiff000610

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90348291 | FILING DATE | 11/30/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LATTUCA, FRANK J | L.O. ASSIGNED | 109 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 08/24/2021 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 08/23/2021 |
| LITERAL MARK ELEMENT | EVERGREEN REVIEW |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | EVERGREEN REVIEW |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

Plaintiff000611

| NAME | The Evergreen Review |
|---|---|
| ADDRESS | 130 West 24th Street, 5A<br>New York, NY 10011 |
| ENTITY | 99-non-profit organization |
| CITIZENSHIP | New York |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 041 |
|---|---|
| DESCRIPTION TEXT | Providing on-line non-downloadable general feature magazines |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 09/01/1998 | FIRST USE IN COMMERCE DATE | 09/01/1998 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "REVIEW" |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/23/2021 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 012 |
| 08/23/2021 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 011 |
| 08/23/2021 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 010 |
| 05/17/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 05/17/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 05/17/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 05/16/2021 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 02/12/2021 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 005 |
| 02/12/2021 | ARAA | I | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 004 |
| 02/12/2021 | REAP | I | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 003 |
| 02/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 12/03/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Michael Bartholomew |
|---|---|
| CORRESPONDENCE ADDRESS | Michael Bartholomew<br>Kunzler Bean & Adamson, PC<br>50 West Broadway, 10th Floor<br>SALT LAKE CITY UT 84101 |
| DOMESTIC REPRESENTATIVE | NONE |

Plaintiff000612

# Evergreen Review

Plaintiff000613

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90348291 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| **MARK** | [mark](#) |
| **LITERAL ELEMENT** | EVERGREEN REVIEW |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |
| Applicant respectfully submits that there would not be a likelihood of confusion between U.S. Registration Nos. 5717957, and 5765389 and the present application. Moreover, the owner of U.S. Registration Nos. 5717957, and 5765389 has signed an agreement with Applicant indicating that there is not likely to be confusion, but if there is confusion, the parties will take appropriate measures to resolve the confusion. Accordingly, Applicant respectfully requests withdrawal of the refusal under section 2(d). | |
| **EVIDENCE SECTION** | |
| **EVIDENCE FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | [evi_2411103166-2021082312 5402455085_._Co-Existence _Agreement_Aug_18_2021.pdf](#) |
| **CONVERTED PDF FILE(S)** (5 pages) | [\\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml5\ ROA0002.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml5\ ROA0003.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml5\ ROA0004.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml5\ ROA0005.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml5\ ROA0006.JPG](#) |
| **DESCRIPTION OF EVIDENCE FILE** | an agreement with Applicant indicating that there is not likely to be confusion between U.S. Registration Nos. 5717957, and 5765389 and the present application. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use "REVIEW" apart from the mark as shown. |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Michael Bartholomew |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | mbartholomew@kba.law |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | docket@kba.law; john@evergreenreview.com |
| **DOCKET/REFERENCE NUMBER** | 5024.3.1 |

Plaintiff000614

| CORRESPONDENCE INFORMATION (proposed) | |
|---|---|
| NAME | Michael Bartholomew |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | mbartholomew@kba.law |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | docket@kba.law; john@evergreenreview.com |
| DOCKET/REFERENCE NUMBER | 5024.3.1 |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /Michael Bartholomew/ |
| SIGNATORY'S NAME | Michael Bartholomew |
| SIGNATORY'S POSITION | Attorney of record, Texas bar member |
| SIGNATORY'S PHONE NUMBER | 8019944646 |
| DATE SIGNED | 08/23/2021 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Aug 23 12:59:53 ET 2021 |
| TEAS STAMP | USPTO/ROA-XX.XX.XXX.XXX-2 0210823125953135144-90348 291-78169eb1218cc11f6d856 38f4d59dd8443d775485125b4 19c6e1fe4a493e45594b-N/A-N/A-20210823125402455085 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **90348291** EVERGREEN REVIEW(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90348291/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Applicant respectfully submits that there would not be a likelihood of confusion between U.S. Registration Nos. 5717957, and 5765389 and the present application. Moreover, the owner of U.S. Registration Nos. 5717957, and 5765389 has signed an agreement with Applicant indicating that there is not likely to be confusion, but if there is confusion, the parties will take appropriate measures to resolve the confusion. Accordingly, Applicant respectfully requests withdrawal of the refusal under section 2(d).

**EVIDENCE**
Evidence has been attached: an agreement with Applicant indicating that there is not likely to be confusion between U.S. Registration Nos. 5717957, and 5765389 and the present application.
**Original PDF file:**
evi_2411103166-2021082312 5402455085 _. Co-Existence_Agreement_Aug_18_2021.pdf
**Converted PDF file(s)** ( 5 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use "REVIEW" apart from the mark as shown.


**Correspondence Information (current):**
    Michael Bartholomew
    PRIMARY EMAIL FOR CORRESPONDENCE: mbartholomew@kba.law
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): docket@kba.law; john@evergreenreview.com

The docket/reference number is 5024.3.1.

**Correspondence Information (proposed):**
    Michael Bartholomew
    PRIMARY EMAIL FOR CORRESPONDENCE: mbartholomew@kba.law
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): docket@kba.law; john@evergreenreview.com

The docket/reference number is 5024.3.1.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /Michael Bartholomew/     Date: 08/23/2021
Signatory's Name: Michael Bartholomew
Signatory's Position: Attorney of record, Texas bar member

Signatory's Phone Number: 8019944646 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   Michael Bartholomew
    Kunzler Bean & Adamson, PC

    50 West Broadway, 10th Floor
    SALT LAKE CITY, Utah 84101
Mailing Address:   Michael Bartholomew
    Kunzler Bean & Adamson, PC
    50 West Broadway, 10th Floor
    SALT LAKE CITY, Utah 84101

Serial Number: 90348291
Internet Transmission Date: Mon Aug 23 12:59:53 ET 2021
TEAS Stamp: USPTO/ROA-XX.XX.XXX.XXX-2021082312595313
5144-90348291-78169eb1218cc11f6d85638f4d
59dd8443d775485125b419c6e1fe4a493e45594b
-N/A-N/A-20210823125402455085

# CO-EXISTENCE AGREEMENT

This Co-Existence Agreement ("Agreement"), effective as of the last date of signature (the "Effective Date"), is made and entered into by and between The Evergreen Review, a non-profit organization organized in the State of New York ("EVERGREEN"), and Tugboat IP, LLC, a limited liability company organized under the laws of the State of Idaho ("TUGBOAT"). Each of EVERGREEN and TUGBOAT are sometimes hereinafter referred to individually as a "Party" and collectively as the "Parties."

A.     **WHEREAS, EVERGREEN** owns U.S. Trademark Application Serial No. 90348291 for **EVERGREEN REVIEW** for "Providing on-line non-downloadable general feature literary magazines, excluding magazines in the field of business and entrepreneurship" in International Class 041 ("the '291 Application");

B.     **WHEREAS,** TUGBOAT owns U.S. Registration No. 5717957 for **EVERGREEN JOURNAL** for "publishing of electronic publications; publication of electronic magazines; providing on-line non-downloadable magazines in the field of business planning, business management and business entrepreneurship; publication of printed matter; publication of magazines; training services in the field of business planning, business management and business entrepreneurship" and U.S. Application Serial No. 90641027 for **EVERGREEN JOURNAL** for "downloadable podcasts in the field of business planning, business management, and business entrepreneurship; digital media, namely, pre-recorded downloadable video recordings featuring business planning, business management, and business entrepreneurship" in class 009 and "publishing of electronic publications; publications of electronic magazines; providing on-line non-downloadable magazines in the field of business planning, business management and business entrepreneurship; publication of printed matter; publication of magazines; training services in the

1

Plaintiff000617

field of business planning, business management and business entrepreneurship" in International Class 041 ("the '957 Registration and '027 Application");

      C.     **WHEREAS**, subject to the terms and conditions set forth herein, the parties desire to engage in the co-existent use of their respective marks and believe that, subject to the terms and conditions hereof, such co-existent use will not create a likelihood of confusion;

      **NOW THEREFORE**, in consideration of the foregoing and the covenants and agreements set forth herein, the parties agree as follows:

      1.     Subject to the terms and conditions herein, TUGBOAT and EVERGREEN acknowledge and agree to the co-existent use of EVERGREEN's EVERGREEN REVIEW mark as in the '291 Application, and TUGBOAT's EVERGREEN JOURNAL mark as described in the '957 Registration and '027 Application.

      2.     TUGBOAT acknowledges and agrees that the respective uses by the Parties of the EVERGREEN REVIEW mark as described in the '291 Application and the EVERGREEN JOURNAL mark as described in the '957 Registration and '027 Application will not create a likelihood of confusion among consumers. TUGBOAT covenants and agrees to use its best efforts to avoid confusion and/or any likelihood of confusion between the Parties' respective uses of the EVERGREEN REVIEW mark and the EVERGREEN JOURNAL mark while maintaining the purpose and spirit of this Agreement.  In the event any actual confusion arises because of the manner in which the parties use their respective EVERGREEN REVIEW mark and EVERGREEN JOURNAL mark, TUGBOAT shall promptly cooperate with EVERGREEN in mitigating and resolving any such confusion and shall use its best efforts to prevent such confusion in the future.

      3.     EVERGREEN acknowledges and agrees that the respective uses by the Parties of the EVERGREEN REVIEW mark as described in the '291 Application and the EVERGREEN

Plaintiff000618

JOURNAL mark as described in the '957 Registration and '027 Application will not create a likelihood of confusion among consumers. EVERGREEN covenants and agrees to use its best efforts to avoid confusion and/or any likelihood of confusion between the Parties' respective uses of the EVERGREEN REVIEW mark and the EVERGREEN JOURNAL mark while maintaining the purpose and spirit of this Agreement.  In the event any actual confusion arises because of the manner in which the parties use their respective EVERGREEN REVIEW mark and EVERGREEN JOURNAL mark, EVERGREEN shall promptly cooperate with TUGBOAT in mitigating and resolving any such confusion and shall use its best efforts to prevent such confusion in the future.

4.      TUGBOAT covenants and agrees not to oppose any applications for registration of the EVERGREEN REVIEW mark by EVERGREEN in connection with goods and services concerning EVERGREEN'S literary publications and hereby affirmatively consents to the registration of the EVERGREEN REVIEW mark as set forth in the '291 Application with the underlined amendments shown above.

5.      EVERGREEN covenants and agrees not to oppose any applications for registration of the EVERGREEN JOURNAL mark by TUGBOAT in connection with goods and services concerning TUGBOAT'S business publications and services.

6.      TUGBOAT will not display the EVERGREEN JOURNAL mark together with any trade dress that is confusingly similar to the trade dress of the EVERGREEN REVIEW mark.

7.      EVERGREEN will not display the EVERGREEN REVIEW mark together with any trade dress that is confusingly similar to the trade dress of the EVERGREEN JOURNAL mark.

8.      Subject to the terms and conditions hereof, each Party and its present and former agents, representatives, successors and assigns hereby release and forever discharge the other Party and any and all of the other Party's present and former officers, directors, employees, agents,

3

attorneys, companies, entities, affiliates, successors, assigns, licensors, and customers from any and all actions, causes of action of whatever nature, suits, losses, damages, liabilities, demands and claims that such Party may have, known or unknown, suspected or claimed, against the other Party relating to or arising out of their respective uses of the EVERGREEN REVIEW mark and EVERGREEN JOURNAL mark prior to the Effective Date.

9.    The provisions of this Agreement shall be deemed to have been drafted jointly by both parties hereto, with each party equally responsible for the choice of words and form of the same and no provision hereof will be construed against a party based on attribution of drafting to that Party.

10.    The Parties agree to cooperate in good faith to fulfill the purposes of this Agreement. From time to time after the execution of this Agreement, each Party, at the request of the other Party, agrees to take such action or deliver or to cause to be executed and delivered such other instruments as may reasonably effectuate the purposes of this Agreement, including to assist EVERGREEN in obtaining registration approvals in the event that the '957 Registration and '027 Application conflicts with or is raised by any governmental authority as a basis for denying registration, and to take or cause to be taken such further action as may reasonably be necessary or appropriate in order to effectuate the purposes contemplated by this Agreement.

11.    This Agreement may not be modified except in writing signed by both Parties.

12.    Neither Party may assign this Agreement without the prior consent of the other Party, with such consent not to be unreasonably withheld.  Such consent is not required in the event of a sale or merger resulting in a change in ownership of the EVERGREEN REVIEW mark or the EVERGREEN JOURNAL mark. This Agreement shall be binding on the Parties and their respective successors, assigns, affiliates, and subsidiaries.  Nothing in this Agreement, expressed

4

Plaintiff000620

or implied, shall or is intended to confer upon any person other than the Parties hereto, or their successors, assigns, affiliates, and subsidiaries, any rights or remedies of any nature or kind whatsoever under or by reason of this Agreement.

13.     This Agreement may be executed in one or more counterparts.

14.     This Agreement shall be construed and interpreted in accordance with the laws of the State of New York, United States of America, without reference to its choice of law principles. Each Party consents to the exclusive jurisdiction and venue of the state and federal courts located in the State of New York, United States of America, for the resolution of any dispute related to this Agreement.

15.     This Agreement constitutes the entire agreement between the Parties pertaining to the subject matter contained herein and supersedes all prior and contemporaneous agreements, representations, and understandings of the Parties.

**IN WITNESS WHEREOF,** the parties have signed this Agreement as of the date first indicated above.

**EVERGREEN REVIEW**

**Tugboat IP, LLC**

Signed By: _____

Name: John Oakes

Title: Publisher

Date: 18 August 2021

Signed By: _____

Name: David Whorton

Title: CEO

Date: 8/18/21

5

Plaintiff000621

| | |
|---|---|
| **To:** | The Evergreen Review (mbartholomew@kba.law) |
| **Subject:** | U.S. Trademark Application Serial No. 90348291 - EVERGREEN REVIEW - 5024.3.1 |
| **Sent:** | May 17, 2021 12:36:11 PM |
| **Sent As:** | ecom109@uspto.gov |
| **Attachments:** | Attachment - 1<br>Attachment - 2<br>Attachment - 3<br>Attachment - 4<br>Attachment - 5<br>Attachment - 6<br>Attachment - 7<br>Attachment - 8 |

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial
No.** 90348291

**Mark:** EVERGREEN
REVIEW

**Correspondence
Address:**
Michael Bartholomew
Kunzler Bean &
Adamson, PC
50 West Broadway,
10th Floor
SALT LAKE CITY UT
84101

**Applicant:** The
Evergreen Review

**Reference/Docket No.**
5024.3.1

**Correspondence Email
Address:**

mbartholomew@kba.law

## NONFINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within  six months of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS).  A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date: May 17, 2021**

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

Plaintiff000622

## SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration Nos. 5717957, and 5765389.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the attached registration.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties.  *See* 15 U.S.C. §1052(d).  Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the " *du Pont* factors").  *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017).  Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case."  *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis:  (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services.  *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.* , 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks.");  TMEP §1207.01.

### Comparison of the Marks

Here, the applied for mark is EVERGREEN REVIEW in standard character font. The registered marks are EVERGREEN and EVERGREEN JOURNAL in standard character. Each mark contains Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v).  "Similarity in any one of these elements may be sufficient to find the marks confusingly similar."  *In re Inn at St. John's, LLC* , 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam* , 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019) ; TMEP §1207.01(b).

Consumers are generally more inclined to focus on the first word, prefix, or syllable in any trademark or service mark.  *See Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1372, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005) (finding similarity between VEUVE ROYALE and two VEUVE CLICQUOT marks in part because "VEUVE . . . remains a 'prominent feature' as the first word in the mark and the first word to appear on the label"); *Century 21 Real Estate Corp. v. Century Life of Am.*, 970 F.2d 874, 876, 23 USPQ2d 1698, 1700 (Fed Cir. 1992) (finding similarity between CENTURY 21 and CENTURY LIFE OF AMERICA in part because "consumers must first notice th[e] identical lead word"); *see also In re Detroit Athletic Co.*, 903 F.3d 1297, 1303, 128 USPQ2d 1047, 1049 (Fed. Cir. 2018) (finding "the identity of the marks' two initial words is particularly significant because consumers typically notice those words first").

Although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing *In re Dixie Rests.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); TMEP §1207.01(b)(viii), (c)(ii).  Matter that is descriptive of or generic for a party's goods and/or services is typically less significant or less dominant in relation to other wording in a mark.  *See Anheuser-Busch, LLC v. Innvopak Sys. Pty Ltd.*, 115 USPQ2d 1816, 1824-25 (TTAB 2015) (citing *In re Chatam Int'l Inc.* , 380 F.3d 1340, 1342-43, 71 USPQ2d 1944, 1946 (Fed. Cir. 2004)).

In the present case, the attached evidence shows that the wording REVIEW in the applied-for mark is merely descriptive of or generic for applicant's services.  Further, the term JOURNAL is disclaimed as descriptive in the registered mark. Thus, this wording is less significant in terms of affecting the mark's commercial impression, and renders the wording EVERGREEN the more dominant element of the mark.

### Comparison of Goods and Services

The goods and/or services are compared to determine whether they are similar, commercially related, or travel in the same trade channels.  *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

Here, the applied for services are "Providing on-line non-downloadable general feature magazines" in class 41. The relevant registered services include "publishing of electronic publications; publication of electronic magazines; providing on-line non-downloadable magazines in the field

of business planning, business management and business entrepreneurship; publication of printed matter; publication of magazines; training services in the field of business planning, business management and business entrepreneurship" in class 41.

The applied for subject matter is sufficiently broad to be identical to the registered services, and also fit under the umbrella of the registered publication services. They would appeal to the same types of consumers, appear in the same channels of trade, and are of a type that emanate from the same source.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration. If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

## DISCLAIMER REQUIRED

Applicant must disclaim the wording "REVIEW" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services.   *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from an online dictionary demonstrates that a REVIEW is a type of periodical. The wording is descriptive of applicant's services that offer an online magazine, and must be disclaimed. *See Attached.*

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "REVIEW" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**How to respond.  Click to file a response to this nonfinal Office action.**

If the applicant has any questions or needs assistance regarding this action, please telephone the assigned examining attorney.

/FrankLattuca/
Frank Lattuca
Examining Attorney
Law Office 109
(571) 270-1518
Frank.Lattuca@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.**  A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.**  If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant.  If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**Print: May 17, 2021**                    **87979894**

**DESIGN MARK**

**Serial Number**
87979894

**Status**
REGISTERED

**Word Mark**
EVERGREEN JOURNAL

**Standard Character Mark**
Yes

**Registration Number**
5717957

**Date Registered**
2019/04/02

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Tugboat Management, LLC LIMITED LIABILITY COMPANY DELAWARE P.O. Box
2419 Sun Valley IDAHO 83353

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: publishing
of electronic publications; publication of electronic magazines;
providing on-line non-downloadable magazines in the field of business
planning, business management and business entrepreneurship;
publication of printed matter; publication of magazines; training
services in the field of business planning, business management and
business entrepreneurship.  First Use: 2015/02/11.  First Use In
Commerce: 2015/02/11.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JOURNAL" APART FROM
THE MARK AS SHOWN.

**Filing Date**
2017/12/07

**Examining Attorney**

**-1-**

**Print: May 17, 2021**                    **87979894**

BESCH, JAY

**Attorney of Record**
Julia Spoor Gard

Plaintiff000626

# EVERGREEN JOURNAL

Plaintiff000627

**Print: May 17, 2021**                                 **87979990**

**DESIGN MARK**

**Serial Number**
87979990

**Status**
REGISTERED

**Word Mark**
EVERGREEN

**Standard Character Mark**
Yes

**Registration Number**
5765389

**Date Registered**
2019/05/28

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Tugboat Management, LLC LIMITED LIABILITY COMPANY DELAWARE P.O. Box
2419 Sun Valley IDAHO 83353

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: business
incubation services, namely, emerging growth business consulting
services directed to social innovators; business accelerator services,
namely, programs to match social innovators with potential lending and
funding resources; business and market research and analysis services,
and advertising, marketing and promotional services all for the
purpose of facilitating networking and socializing opportunities for
business purposes; assistance, advisory and consultancy services with
regard to business planning, business analysis, business management,
business leadership development, business capitalization, business
investment, performance management, executive compensation, functional
area best practices and business organization; arranging and
conducting business conferences and gatherings.  First Use:
2013/10/09.  First Use In Commerce: 2013/10/09.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: publishing

-1-

Plaintiff000628

**Print: May 17, 2021**                    **87979990**

of electronic publications; publication of electronic magazines;
providing on-line non-downloadable magazines in the field of business
planning, business management and business entrepreneurship;
publication of printed matter; publication of magazines; training
services in the field of business planning, business management and
business entrepreneurship.  First Use: 2013/10/09.  First Use In
Commerce: 2013/10/09.

**Filing Date**
2017/12/07

**Examining Attorney**
BESCH, JAY

**Attorney of Record**
Julia Spoor Gard

-2-

Plaintiff000629

# EVERGREEN

Plaintiff000630

https://ahdictionary.com/word/search.html?q=review     05/17/2021 12:30:38 PM





| | |
|---|---|
| **To:** | The Evergreen Review (mbartholomew@kba.law) |
| **Subject:** | U.S. Trademark Application Serial No. 90348291 - EVERGREEN REVIEW - 5024.3.1 |
| **Sent:** | May 17, 2021 12:36:12 PM |
| **Sent As:** | ecom109@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **May 17, 2021** for
**U.S. Trademark Application Serial No. 90348291**

Your trademark application has been reviewed by a trademark examining attorney.  As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned.  Please follow the steps below.

**(1)  Read the official letter.**

**(2)  Direct questions** about the contents of the Office action to the assigned attorney below.


/FrankLattuca/
Frank Lattuca
Examining Attorney
Law Office 109
(571) 270-1518
Frank.Lattuca@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3)  Respond within 6 months** (or earlier, if required in the Office action) from **May 17, 2021**, using the Trademark Electronic Application System (TEAS).  The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  See the Office action for more information about how to respond


## GENERAL GUIDANCE

·  **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

·   **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

·   **Beware of misleading notices sent by private companies about your application.**  Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

Plaintiff000633

\*\*\* User:flattuca \*\*\*

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 90348291[SN] |
| 02 | 88482 | N/A | 0 | 0 | 0:02 | *v{"iey"}r* [bi,ti] not dead [ld] |
| 03 | 14567 | N/A | 0 | 0 | 0:01 | *gr{"iey"}{v0:1}n* [bi,ti] not dead [ld] |
| 04 | 1042 | N/A | 0 | 0 | 0:01 | 2 and 3 |
| 05 | 1263 | N/A | 0 | 0 | 0:02 | *review* [bi,ti] not dead [ld] |
| 06 | 47 | 0 | 47 | 40 | 0:01 | (2 3) and 5 |
| 07 | 330 | 0 | 330 | 307 | 0:01 | *v{"iey"}rgr{"iey"}{v0:1}n* [bi,ti] not dead [ld] |
| 08 | 1 | 0 | 1 | 1 | 0:01 | 5 and 7 |
| 09 | 435 | 0 | 435 | 420 | 0:01 | 4 and "041" [cc] |

Session started 5/17/2021 11:54:11 AM

Session finished 5/17/2021 12:00:26 PM

Total search duration 0 minutes 11 seconds

Session duration 6 minutes 15 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 90348291

Plaintiff000634

PTO- 2300
Approved for use through 11/30/2020. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90348291 |
| **MARK SECTION** | |
| **MARK** | EVERGREEN REVIEW (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/90348291/large) |
| **ATTORNEY SECTION (proposed)** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the information of an existing attorney of record: |
| **NAME** | Michael Bartholomew |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Kunzler Bean & Adamson, PC |
| **OTHER APPOINTED ATTORNEY(S)** | Brian Kunzler; Bruce Needham |
| **STREET** | 50 West Broadway, 10th Floor |
| **CITY** | SALT LAKE CITY |
| **STATE** | Utah |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **POSTAL/ZIP CODE** | 84101 |
| **PHONE** | 8019944646 |
| **EMAIL** | mbartholomew@kba.law |
| **DOCKET/REFERENCE NUMBER(S)** | 5024.3.1 |
| **CORRESPONDENCE SECTION(current)** | |
| **NAME** | THE EVERGREEN REVIEW |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | john@evergreenreview.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | notifications@trademarkengine.com |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Michael Bartholomew |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | mbartholomew@kba.law |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | docket@kba.law; john@evergreenreview.com |

| DOCKET/REFERENCE NUMBER(S) | 5024.3.1 |
|---|---|
| **SIGNATURE SECTION** | |
| SIGNATURE | /Michael Bartholomew/ |
| SIGNATORY NAME | Michael Bartholomew |
| SIGNATORY DATE | 02/12/2021 |
| SIGNATORY POSITION | Attorney of Record, Texas Bar Member |
| SIGNATORY PHONE NUMBER | 8019944646 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Feb 12 13:59:35 ET 2021 |
| TEAS STAMP | USPTO/CAR-XX.XX.XXX.XXX-2 0210212135935109762-90348 291-76027f19ace5496a91b40 dfebd45db6f1a5ed9f48e8fbc 32986719745a37d2233-N/A-N /A-20210212135817171672 |

Plaintiff000636

PTO- 2300
Approved for use through 11/30/2020. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** EVERGREEN REVIEW (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/90348291/large)
**SERIAL NUMBER:** 90348291

By submission of this request, the undersigned appoints the following new attorney, is newly appearing as the attorney, or updates the information of an existing attorney of record:

**Attorney Section (proposed):**
Michael Bartholomew of Kunzler Bean & Adamson, PC
XX bar, admitted in XXXX, bar membership no. XXX, is located at
50 West Broadway, 10th Floor
SALT LAKE CITY, Utah 84101
United States
8019944646
mbartholomew@kba.law
Other Appointed Attorney(s): Brian Kunzler; Bruce Needham

Docket Reference Number(s): 5024.3.1

Michael Bartholomew submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**
THE EVERGREEN REVIEW
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: john@evergreenreview.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): notifications@trademarkengine.com

**Correspondence Section (proposed):**
Michael Bartholomew
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: mbartholomew@kba.law
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): docket@kba.law; john@evergreenreview.com
Docket Reference Number(s): 5024.3.1

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

Signature: /Michael Bartholomew/    Date: 02/12/2021
Signatory's Name: Michael Bartholomew
Signatory's Position: Attorney of Record, Texas Bar Member
Signatory's Phone Number: 8019944646
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Plaintiff000637

Serial Number: 90348291
Internet Transmission Date: Fri Feb 12 13:59:35 ET 2021
TEAS Stamp: USPTO/CAR-XX.XX.XXX.XXX-2021021213593510
9762-90348291-76027f19ace5496a91b40dfebd
45db6f1a5ed9f48e8fbc32986719745a37d2233-
N/A-N/A-20210212135817171672

Plaintiff000638

# Evergreen Review



Plaintiff000640



become a supporter

Home    Back Issues    Contributors    *evergreen*    About    Podcast    Shop

### A CALL TO ACTION TO READERS OF
### *THE EVERGREEN REVIEW*



**Click below to pledge support:**

become a supporter     f ✔ ⊙

Home     Back Issues     Contributors     *evergreen*     About     Podcast     Shop



## Publisher

John Oakes is the co-founder of OR Books, where he is now editor-at-large. He got his start in publishing in 1987 as an assistant editor at Barney Rosset's Grove Press.

## Editor-in-chief

Dale Peck is the author of twelve books, including the novels *Martin and John* and *Greenville*, the essay collection *Hatchet Jobs*, and the memoir *Visions and Revisions*.

## Contributing Editor

Calvin Baker's most recent novel, *Grace*, was published in 2015. A technology entrepreneur, Baker is co-founder of the digital content platform **ScrollMotion**.

## Contributing Editor

Zia Jaffrey is the author of *The Invisibles: A Tale of the Eunuchs of India*. She is currently writing a book about Arab-Americans.

## Contributing Editor

Porochista Khakpour is the author of the novels *Sons & Other Flammable Objects* and *The Last Illusion* and the forthcoming memoir *Sick*. She is a journalist and professor.

## Editor-at-large

**Miracle Jones** is a writer and impresario. He is the co-founding director of **Fiction Circus** and the co-publisher of **Instar Books**.

## Art Editor

**Joy Garnett** is an artist in Brooklyn, NY. Her work has been shown at the FLAG Art Foundation, MoMA-PS1, the James Gallery at CUNY Graduate Center, and the Milwaukee Art Museum. She is working on *The Bee Kingdom*, an

## Poetry Editor

Jee Leong Koh is the author of *Steep Tea* (Carcanet), named a Best Book of the Year by UK's *Financial Times* and a Finalist by Lambda Literary. He has published three other books of poems and a book of zuihitsu. Originally from

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90348291**
**Filing Date: 11/30/2020**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [Evergreen Review](#) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Evergreen Review |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Evergreen Review |
| *MAILING ADDRESS | 130 West 24th Street, 5A |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 10011 |
| PHONE | 917-549-4954 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | non-profit organization |
| *STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Providing on-line non-downloadable general feature magazines |

Plaintiff000645

| *FILING BASIS | SECTION 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 09/01/1998 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/01/1998 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1 \ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1 \ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1 \ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1 \ FTK0007.JPG |
| SPECIMEN DESCRIPTION | screenshots of our website www.evergreenreview.com 11/09/2020 |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| MISCELLANEOUS STATEMENT | non profit proof |
| MISCELLANEOUS FILE NAME(S) | |
| JPG FILE(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1 \ FTK0029.JPG |
| ORIGINAL PDF FILE | MIS-26001700c8c069f0302ac 95e8e781866-2020112518290<br>0017866_._non_profit_proo f_1.pdf |
| CONVERTED PDF FILE(S)<br>(21 pages) | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1\ FTK0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1\ FTK0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\903\482\90348291\xml1\ FTK0014.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0018.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0019.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0022.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0026.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\482\90348291\xml1\ FTK0028.JPG |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | The Evergreen Review |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | john@evergreenreview.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | notifications@trademarkengine.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /John Oakes/ |
| * SIGNATORY'S NAME | John Oakes |
| * SIGNATORY'S POSITION | CEO |

| SIGNATORY'S PHONE NUMBER | 917-549-4954 |
|---|---|
| * DATE SIGNED | 11/26/2020 |

Plaintiff000648

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

### Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 90348291
Filing Date: 11/30/2020

## To the Commissioner for Trademarks:

**MARK:** Evergreen Review (Standard Characters, see mark)
The literal element of the mark consists of Evergreen Review. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, The Evergreen Review, a non-profit organization legally organized under the laws of New York, having an address of
   130 West 24th Street, 5A
   New York, New York 10011
   United States
   917-549-4954(phone)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041:  Providing on-line non-downloadable general feature magazines

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 09/01/1998, and first used in commerce at least as early as 09/01/1998, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshots of our website www.evergreenreview.com 11/09/2020.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

**Miscellaneous Statement**
non profit proof
**JPG file(s):**
Miscellaneous File1
**Original PDF file:**
MIS-26001700c8c069f0302ac 95e8e781866-2020112518290 0017866 _. non_profit_proo f_1.pdf
**Converted PDF file(s)** (21 pages)
Miscellaneous File1
Miscellaneous File2
Miscellaneous File3
Miscellaneous File4
Miscellaneous File5
Miscellaneous File6
Miscellaneous File7

Plaintiff000649

Miscellaneous File8
Miscellaneous File9
Miscellaneous File10
Miscellaneous File11
Miscellaneous File12
Miscellaneous File13
Miscellaneous File14
Miscellaneous File15
Miscellaneous File16
Miscellaneous File17
Miscellaneous File18
Miscellaneous File19
Miscellaneous File20
Miscellaneous File21

The applicant's current Correspondence Information:
　　The Evergreen Review
　　PRIMARY EMAIL FOR CORRESPONDENCE: john@evergreenreview.com
　　SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): notifications@trademarkengine.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /John Oakes/   Date: 11/26/2020
Signatory's Name: John Oakes
Signatory's Position: CEO
Signatory's Phone Number: 917-549-4954
Payment Sale Number: 90348291
Payment Accounting Date: 11/30/2020

Serial Number: 90348291
Internet Transmission Date: Mon Nov 30 12:24:48 ET 2020
TEAS Stamp: USPTO/FTK-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20201130122448240604-90348291-
750639c9baf4f999ba92392ada98897481f2eb38
4a55cc27a916b42442358f4f042-CC-24461651-
20201125182900017866

# Evergreen Review

Plaintiff000652



Susan Sontag, LeRoi Jones, Henry Miller—with a global cast of writers, many of whom were introduced to American readers by the magazine: Beckett, Genet, Grass, Ōe, Duras, Paz, Walcott, Nabokov. The magazine was often shocking, always intriguing. It featured some of the finest writing available, by writers whose influence continues to shape contemporary literature. Here are a few such selections:



Samuel Beckett
Dante and the Lobster

Gary Indiana
Weymouth Smith's Vacation

Max Blagg
A Visit to Bellevue

Henry Miller
In Defense of the Freedom to Read

Vladimir Nabokov
Lolita and Mr. Girodias

JG Ballard
The Assassination of John Fitzgerald Kennedy Considered as a Downhill Motor Race

Board of Directors

Barış Davidson
    Chairman Pro Tem
John Oakes
Charles Patella
Bruno Quinson
Pamela Rosenthal
Peter Rosset
Tansey Rosset
John Strausm

After a hiatus of many years, *Evergreen* was re-launched on-line in 1998, and then again in 2017. Now under the leadership of publisher John Oakes and editor-in-chief Dale Peck, the new *Evergreen* builds on Rosset's legacy of searching out the stories that aren't being told or aren't being heard: stories that challenge our sensibilities and expand our understanding of the way people actually live in the world, and the

become a supporter



become a supporter

Home     Back Issues     Contributors          *evergreen*          About     Podcast     Shop

A CALL TO ACTION TO READERS OF
*THE EVERGREEN REVIEW*



**Click below to pledge support:**

become a supporter

Home    Back Issues    Contributors    evergreen    About    Podcast    Shop



## Publisher

John Oakes is the co-founder of OR Books, where he is now editor-at-large. He got his start in publishing in 1987 as an assistant editor at Barney Rosset's Grove Press.

## Editor-in-chief

Dale Peck is the author of twelve books, including the novels *Martin and John* and *Greenville*, the essay collection *Hatchet Jobs*, and the memoir *Visions and Revisions*.

## Contributing Editor

Calvin Baker's most recent novel, *Grace*, was published in 2015. A technology entrepreneur, Baker is co-founder of the digital content platform **ScrollMotion**.

## Contributing Editor

Zia Jaffrey is the author of *The Invisibles: A Tale of the Eunuchs of India*. She is currently writing a book about Arab-Americans.

## Contributing Editor

Porochista Khakpour is the author of the novels *Sons & Other Flammable Objects* and *The Last Illusion* and the forthcoming memoir *Sick*. She is a journalist and professor.

## Editor-at-large

**Miracle Jones** is a writer and impresario. He is the co-founding director of **Fiction Circus** and the co-publisher of **Instar Books**.

## Art Editor

**Joy Garnett** is an artist in Brooklyn, NY. Her work has been shown at the FLAG Art Foundation, MoMA-PS1, the James Gallery at CUNY Graduate Center, and the Milwaukee Art Museum. She is working on *The Bee Kingdom*, an

## Poetry Editor

Jee Leong Koh is the author of *Steep Tea* (Carcanet), named a Best Book of the Year by UK's *Financial Times* and a Finalist by Lambda Literary. He has published three other books of poems and a book of zuihitsu. Originally from

Plaintiff000657