EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK, COMMERCIAL DIVISION

_____

ROSSET FAMILY LEGACY HOLDINGS LLC,

               Plaintiff,

     -against-

JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a
New York Domestic Not-For-Profit Corporation,
JOHN TROUBH, PAUL CHAN, CHARLES PALELLA,
PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO
PAMELA ROSENTHAL, OR BOOKS LLC, a New York
Limited Liability Company, COLIN ROBINSON,
FANTAGRAPHICS BOOKS, INC., a Washington
Corporation, GARY GROTH, LYNN EMMERT, and
PAT THOMAS,

               Defendants,

And

GROVE/ATLANTIC, INC. and MORGAN ENTREKIN,

Nominal Defendants.

_____

Index No. 655197/2024

**AFFIRMATION OF
DAVID BRIAN SMALLMAN
IN SUPPORT OF
PLAINTIFF ROSSET
FAMILY LEGACY
HOLDINGS LLC'S
OPPOSITION TO
DEFENDANT EVERGREEN
REVIEW, INC.'S MOTION
AND TO JOHN G.H.
OAKES'S AND OR BOOKS
MOTION TO DISMISS
THE COMPLAINT**

      DAVID BRIAN SMALLMAN, an attorney duly admitted to practice before the Courts

of the State of New York and not a party in the above-captioned action, pursuant to CPLR §

2106, , affirms under penalty of perjury that the following is true and correct:

      1.      I am a member and manager of Smallman Law PLLC, counsel for Plaintiff Rosset

Family Legacy Holdings LLC ("RFLH") in the above-captioned action. I submit this affirmation,

in accordance with the Decision and Orders of the Court (NYSCEF Doc. No. 71, NYSCEF Doc.

No. 72, NYSCEF Doc. No. 73, NYSCEF Doc. No. 74, NYSCEF Doc. No. 75, NYSCEF Doc.

No. 76, NYSCEF Doc. No. 77, NYSCEF Doc. No. 78), in support of RFLH's opposition to the

motions to dismiss filed by Defendants Evergreen Review, Inc. ("ERI") and by John G.H. Oakes and OR Books LLC (collectively, "Defendants"), and the accompanying affirmation and memoranda of law. This affirmation is based on my personal knowledge, review of the file, and the documents referenced herein, including the further Corrected Amended and Supplemental Complaint ("Amend. Cmpl.") (NYSCEF Doc. No. 83), and its Exhibits A (NYSCEF Doc. No. 84), Exhibit B (NYSCEF Doc. No. 85), and Exhibit C. (NYSCEF Doc. No. 86).[1]

2.      Barnet Lee "Barney" Rosset, Jr. (May 28, 1922 – February 21, 2012) was a pioneering American book and magazine publisher.  Barney Rosset founded Grove Press, Inc. ("Grove Press") in 1951. Barney Rosset was the founder and controlling shareholder of the for-profit entity Grove Press and served as its publisher and owner until 1985.

3.      In 1957, Rosset launched the Evergreen Review, a literary magazine published by Grove Press, which featured works by prominent authors such as Samuel Beckett, Jean-Paul Sartre, and others.

4.      Rosset personally oversaw the creation, editorial direction, and publication of the Evergreen Review, investing significant time, resources, and creative effort into its development. The Mark "Evergreen Review" acquired common law trademark protection through continuous use in commerce in New York and elsewhere in connection with literary publications.

5.      After 1957, Rosset organized Evergreen Review, Inc. as for-profit New York corporation in New York and a wholly owned affiliate of Grove Press.  Rosset beneficially

---

[1] The Amended and Supplemental Complaint was timely filed, in accordance with the Court's Status Conference Order, NYSCEF Doc. No. 80, on November 5, 2025 (NYSCEF Doc. No. 81). Because November 4, 2025 was Election Day, a holiday, the deadline for filing Plaintiff's Amended Complaint, as of right, was the next business day, November 5, 2025
 The further corrected Amended and Supplemental Complaint corrected, *inter alia*, technical issues in numerical paragraph formatting and errors in the caption. See NYSCEF Doc. No. 87.

INDEX NO. 655197/2024
RECEIVED NYSCEF: 11/07/2025

Case 1:25-cv-09398-LAP    Document 26-3    Filed 12/12/25    Page 4 of 7

owned and controlled Evergreen Review, Inc. through his beneficial ownership and control of Grove Press.

6.    The Evergreen Review ran in print form from issue 1 in 1957 through issue 98 in 1984.

7.    Under Rosset's leadership, Grove Press became a world renowned independent publisher known for challenging censorship and introducing groundbreaking literary works to American audiences.

8.    Both Grove Press and The Evergreen Review gave Rosset platforms for curating world-class and, in several cases, Nobel prize-winning work by authors including Samuel Beckett (1969), Palo Neruda (1971), Octavio Paz (1990), Kenzaburō Ōe (1994), and Harold Pinter (2005).

9.    Grove Press initially held intellectual property rights in the Evergreen Review, including the "Evergreen" mark (the "Mark") and its federal trademark registration (Reg. No. 774,562), obtained by CEO Barney Rosset in 1964, with first use in 1957 for publishing service.

10.    Grove Press also secured copyrights for Evergreen Review print issues 1-98 (the "Copyrights"), registered under Rosset's direction as collective works under 17 U.S.C. § 101. For example, issue 1 bore "Copyright 1957, by GROVE PRESS, INC." and was entered as second-class matter at the New York Post Office under the Copyright Act of 1909 (as amended). Subsequent issues had similar notices protecting compilations, layouts, editorial content, and original contributions.

11.    In 1985, Rosset sold Grove Press to Ann Getty and Wheatland Corporation (owned by Lord George Weidenfeld), which merged with Atlantic Monthly Press to form

3

Case 1:25-cv-09398-LAP     Document 26-3     Filed 12/12/25     Page 5 of 7

Grove/Atlantic in 1992. The sale did not explicitly address the Mark or Copyrights, but subsequent conduct implied Rosset retained exclusive rights for non-competitive purposes.

12.     In 1986, Grove/Atlantic and Rosset settled disputes. Though silent on the Mark and Copyrights, conduct showed Rosset held exclusive rights. Grove/Atlantic ceased use after 1984, abandoning them.

13.     Grove/Atlantic renewed the Mark in 1992 but did not actively use or exploit it or the Copyrights for the Evergreen Review.Grove/Atlantic failed to renew many pre-1964 Copyrights after 28 years under pre-1978 law, indicating non-exploitation and supporting an implied license to Rosset.

14.     In 1993, the Mark was assigned from Grove Press to Grove/Atlantic via merger, executed by Kathryn Jennison Shultz of Jennison & Shultz, P.C. (Crystal Plaza #1, Suite 1102, 2001 Jefferson Davis Highway, Arlington, VA 22202), recorded May 2, 2005, at Reel 003110 Frame 0784.

15.     Mark abandonment evidence: cessation of publication after issue 98 in 1984; no issues, reprints, or publications for over 13 years; no licensing, sales, distribution, maintenance, or enforcement; failure to file USPTO Section 8 affidavits or Section 9 renewals, causing cancellation circa January 1, 1995. Non-use exceeded three-year presumption under 15 U.S.C. § 1127, with no resumption intent or policing of third-party uses, proving abandonment under federal and New York law.

16.     Copyrights abandonment evidence: no post-1984 exploitation, licensing, reprinting, or enforcement; notwithstanding lapsed renewals for 1957-Rosset's unchallenged use implied license for protected elements

4

Case 1:25-cv-09398-LAP    Document 26-3    Filed 12/12/25    Page 6 of 7

17.     As Grove Press founder and CEO, Rosset published an Evergreen Review Reader

in 1968. Post-sale, he continued such compilations using the Mark and Copyrights, claiming

ownership via Blue Moon Books and Northline, including in 1992.

18.     The Amended Complaint cures any original defects.

I affirm the foregoing is true to the best of my knowledge.

Dated:  November 6, 2025
        New York, New York


                                By: *David Brian Smallman*
                                    David Brian Smallman

5

Case 1:25-cv-09398-LAP     Document 26-3     Filed 12/12/25     Page 7 of 7

**CERTIFICATION OF COMPLIANCE WITH WORD COUNT**

Pursuant to Rule 17 of the Rules of the Commercial Division of the Supreme Court, I certify that this affirmation complies with that rule because it contains 1074 words. In making this certification, I relied on Microsoft Word's "Word Count" tool.

Dated:  November 6, 2025
New York, New York

By: *David Brian Smallman*
David Brian Smallman