SMALLMAN + SNYDER LAW GROUP | | SMALLMAN LAW PLLC
43 WEST 43RD STREET, SUITE 242
NEW YORK, NY 10036

***Direct Contact:***
**David B. Smallman**
+1.917.414.0182 (t)
1.212.202.5200 (f)
dbs@smallmanlaw.com
DavidBrian@DBSLawPLLC.com
SMALLMAN LAW PLLC

**BY ECF** December 31, 2025

Re: *Rosset Family Legacy Holdings LLC v. Oakes*, No. 1:25-cv-09398-LAP

Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2220
New York, NY 10007-1312

Dear Judge Preska:

Pursuant to the Court's Electronic Case Filing ("ECF") Rules & Instructions § 13.25 and Your Honor's Individual Practices § 1.A, counsel for Plaintiff respectfully submits this letter to inform the Court of the filing of a further corrected version (ECF No. 31) of Plaintiff's corrected Memorandum of Law in support of Remand Motion (ECF No. 27) ("Corrected Mem. Law").[1] The further corrected Plaintiff's Memorandum of Law ("Further Corrected Mem. Law") (attached hereto as Exhibit A) and a marked comparison version (ECF No. 31-1) showing all changes to the Corrected Mem. Law (attached hereto as Exhibit B) addresses only non-substantive errors in the Corrected Mem. Law, as detailed below. No substantive changes have been made to the arguments, factual representations, or relief requested therein.

As more fully shown by Exhibit B, the non-substantive corrections consist of the following:

---

[1] By Memo Endorsement, the Court granted a letter request by Plaintiff for extensions of time to the briefing schedule for Plaintiff's Motion to Remand. See ECF No. 30.

- Correction of omission of word "York" on cover page address for Counsel for Plaintiff;
- Correction of page cites for Table of Contents;
- Correction of page cites for Table of Authorities;
- Deletion of erroneous case law citations (e.g., deletion of case law citations and parentheticals mistakenly inserted or included from prior drafts, such as *Baker v. Weber,* or inserted by TOA software from a discard research file of defective citations, such as *Stern v. N.Y. State Nurses Ass'n*.);
- Revisions and corrections to case law citations that, for example, misidentified in part case names, case numbers, federal reporter cite, and/or the correct names of Judges assigned to those cases as referenced in the case caption and docket entries, or appearing in Memorandum of Law but not picked up by TOA software for TOA, including *Sternklar v. Sternklar-Worenklein*, *Ryan v. Volpone Stamp. Co.*, *RBCI Holdings, Inc. v. Drinks Ams. Holdings, Ltd.*, *City of New York v. Exxon Mobil Corp*, and *Perles v. Drennan*;[2]
- Minor formatting adjustments for clarity and consistency (e.g "standardization of quotation marks, punctuation, correction of typos"), including correction of spelling of words "yearlong," "impermissible," and "projects."
- Correction to Certification of word count limit reflecting the above corrections.

These corrections were identified upon post-filing review and do not alter the substance or intent of the original Corrected Mem. Law (ECF No. 27). A copy of this letter, the Further Corrected Mem. Law, and Marked Comparison of the original corrected Mem. Law (ECF No. 27) have been served on all counsel

---

[2] In conjunction with Plaintiff's in process preparation of a further corrected Memorandum of Law, and in response to email inquiries from Defendants' counsel on December 23 and 24, 2025, on December 24, 2025, Plaintiff's counsel emailed Defendants' counsel a copy of the correct case citation and PDF of the official NY slip op case for *Sternklar v. Sternklar-Worenklein*, which was a defective case citation beginning with the letters "*Stern*" inadvertently and mistakenly appearing in ECF No. 27. Communications between Plaintiff's counsel and Defendants' counsel regarding the foregoing are attached as Exhibit C.

of record via ECF. Plaintiff's counsel has also notified the Court's Quality Assurance Unit in accordance with ECF § 13.25 (see attached confirmation email as Exhibit D).

We thank the Court for its attention to this matter and apologize for any inconvenience caused by the identified (ECF 31-1, Exhibit B) minor deficiencies in the Corrected Mem. Law (ECF No. 27) and respectfully request that the Court accept for filing the Further Corrected Mem. Law (ECF No. 31, Exhibit A).

Respectfully submitted,

/s/ David Brian Smallman

David Brian Smallman (DS-5316)
Smallman + Snyder Law Group ||
Smallman Law PLLC
43 West 43rd Street, Suite 242
New York, NY 10036
(917) 414-0182
dbs@smallmanlaw.com

Attach.: Exhibits A-D
cc: All counsel of record (by ECF)