| | |
|---|---|
| **Subject:** | Re: 1:25-cv-09398-LAP Rosset Family Legacy Holdings LLC v. Oakes et al \| Motion to Remand |
| **Date:** | Wednesday, December 24, 2025 at 1:24:43 PM Eastern Standard Time |
| **From:** | David Brian Smallman |
| **To:** | Eisman, Scott A., Sherwood, Kyle R. |
| **CC:** | David Brian Smallman, Clendenen, Michael P., Hawkins, Thyme H., Scott Sholder, David Brian Smallman |
| **Attachments:** | sternklar 2024_34194.pdf |

Without Waiver

Good afternoon,

I will be filing either tonight, tomorrow, or Friday a corrected memorandum of law correcting typos, nits, inter alia, including a correction to the erroneous citation referenced, which is to a basic and noncontroversial indisputable legal issue. Given the foregoing, and that Defendants have until January 9 to file an opposition, the apparent urgency of your message could be deemed to be a continuation of a pattern of vexatious conduct as to which further response will be made, however, I appreciate that Defendant ERI has communicated about this issue, albeit quite some time after receiving the filing.

In the meantime, the correct case citation is *Sternklar v. Sternklar-Worenfklein*, Index No. 651270/2021, 2024 NY Slip Op 34194(U) (Sup. Ct NY Co. November 25, 2024). The software used for the final version of the memorandum of law and for the TOA erroneously cited to case name that begins with “Stern” that was in a discarded research file of rejected, defective citations instead of to the *Sternklar* case above.

A copy of the case is attached so that Defendnats need not wait for the corrected filing to be “responsive to the points” raised in Plaintiff’s memorandum of law but can work on their response to the legal issues raised by citation to the corrected case citation and case immediately.

Happy holidays.

Sincerely,

David Brian Smallman
**Smallman + Snyder Law Group**
**| Smallman Law PLLC |**
NOTE NEW OFFICE LOCATION:
43 West 43rd Street, Suite 242
New York, NY 10036-7424
Email: dbs@smallmanlaw.com
DavidBrian@DBSLawPLLC.com
Tel/Txt: 1.917.414.0182
Fax: 212.202.5200

Skype: dbslaw
LinkedIn: https://www.linkedin.com/in/smallmanlawpllc/
Twitter: @DBSLaw

This message, together with any attachments, is intended only for the limited use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use beyond the intended purpose, further dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender, call Smallman Law PLLC immediately by telephone (1.917.414.0182) or by return E-mail and delete the message, along with any attachments, from your computer. Thank you.

Get Outlook for iOS

---

**From:** Eisman, Scott A. <seisman@axinn.com>
**Sent:** Wednesday, December 24, 2025 9:31:18 AM
**To:** Sherwood, Kyle R. <ksherwood@axinn.com>
**Cc:** David Brian Smallman <dbs@smallmanlaw.com>; David Brian Smallman <davidbrian@dbslawpllc.com>; Clendenen, Michael P. <mclendenen@axinn.com>; Hawkins, Thyme H. <thawkins@axinn.com>; Scott Sholder <ssholder@cdas.com>
**Subject:** Re: 1:25-cv-09398-LAP Rosset Family Legacy Holdings LLC v. Oakes et al | Motion to Remand

David,

Just following up on this. We'd like to be responsive to the points you raise and cases you cite, but can't do so if we don't have the case.

Thanks,
Scott

**Scott A. Eisman**
Partner
T: 212.261.5642

On Dec 23, 2025, at 8:23 AM, Sherwood, Kyle R. <ksherwood@axinn.com> wrote:

David,

We're unable to locate the following case cited in Plaintiff's Memorandum of Law in Support of Its Motion to Remand: *Stern v. N.Y. State Nurses Ass'n*, 164 A.D.3d 548, 550 (1st Dept 2018). We've searched for the case on Lexis, Westlaw, Google, and on the Appellate Division's website. Can you please send us a copy of this decision?

Thanks,
Kyle

**Kyle R. Sherwood**
Associate

**Axinn, Veltrop & Harkrider LLP**
45 Rockefeller Plaza
New York, NY 10111
T: 212.782.3184
ksherwood@axinn.com | axinn.com

******************************************************************
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
******************************************************************