**From:** dbs@smallmanlaw.com
**Subject:** Correction Notice - Rosset Family Legacy Holdings LLC v. John G.H. Oakes, et al. o. 1:25-cv-09398-LAP S.D.N.Y. - Judge Preska - Plaintiff's Memorandum of Law in Support of Remand ECF Nos. 27 and 31
**Date:** December 30, 2025 at 6:48 PM
**To:** ECF_error@nysd.uscourts.gov
**Cc:** Eisman, Scott A. seisman@axinn.com, mclendenen@axinn.com, Gaglio, Nicholas E.O. ngaglio@axinn.com, Sherwood, Kyle R. ksherwood@axinn.com, Scott Sholder ssholder@cdas.com, David Brian Smallman dbs@smallmanlaw.com, DBS Law PLLC (New York) DavidBrian@DBSLawPLLC.com

---

Dear Quality Assurance Unit:

Pursuant to ECF Rules & Instructions § 13.25, this email notifies the Court of a corrected filing in the above referenced matter.

- **Case Number**: 1:25-cv-09398-LAP
- **Case Title**: Rosset Family Legacy Holdings LLC v. John G.H. Oakes, et al.
- **Judge's Name**: Honorable Loretta A. Preska
- **Incorrectly Filed Document**: ECF No. 27 – Plaintiff's Memorandum of Law in Support of Remand Motion Dated December 12, 2025
- **Correctly Filed Document**: ECF No. 31 – Further Corrected Plaintiff's Memorandum of Law in Support of Remand Motion (with marked comparison to ECF No. 27 at Exhibit ECF No. 31-1)
- **Error Made**: The original filing contained non-substantive errors, including inaccurate case law citations, minor formatting inconsistencies, and typographical errors.
- The corrected version addresses only these issues and makes no substantive changes. A notice letter to the Court explaining the corrections will be filed promptly after this email notice, which is expected to be filed at ECF 32.

Please let me know if any further information is required. Thank you for your assistance.

Sincerely,

David Brian Smallman

*Counsel to Plaintiff Rosset Family Legacy Holdings LLC*

David Brian Smallman
**Smallman + Snyder Law Group**
**| Smallman Law PLLC |**
NOTE NEW OFFICE LOCATION:
43 West 43rd Street, Suite 242
New York, NY 10036-7424
Email: dbs@smallmanlaw.com
DavidBrian@DBSLawPLLC.com
Tel/Txt: 1.917.414.0182
Fax: 212.202.5200
Skype: dbslaw
LinkedIn: http://linkedin.com/in/dbslawpllc

This message, together with any attachments, is intended only for the limited use of the individual or entity to

which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use beyond the intended purpose, further dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender, call Smallman Law PLLC immediately by telephone (1.917.414.0182) or by return E-mail and delete the message, along with any attachments, from your computer. Thank you.