UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSSET FAMILY LEGACY HOLDINGS,

Plaintiff,

-against-

JOHN OAKES, et al.

Defendants.

25-CV-9398

ORDER

LORETTA A. PRESKA, United States District Judge:

The Court is in receipt of Plaintiff's letter motion to file an amended Memorandum of Law in support of Plaintiff's motion to remand and correct "non-substantive errors." Dkt. No. 32. Defendants oppose this request and ask that the Court either strike Plaintiff's corrected motion or extend Defendants' response deadline accordingly. Dkt. No. 33.

The Court agrees with Defendants that Plaintiff's proposed revisions are substantive. In particular, the Court is troubled that Plaintiff appears to have cited at least one non-existent case in its original Memorandum of Law. The Court also notes that this is not the first time that Plaintiff's counsel has sought to "correct" a prior filing before this Court. See Dkt. No. 19. These repeated errors risk prejudicing Defendants and delaying resolution of Plaintiff's motion.

That said, the Court will grant Plaintiff's counsel the benefit of the doubt and assume that the errors in Plaintiff's

original Memorandum of Law were made in good faith. Accordingly, the Court will not strike Plaintiff's corrected Memorandum of Law and will instead extend Defendants' response deadline to January 16, 2026.

The Court reminds Plaintiff's counsel of his obligation to ensure that filings are cite-checked appropriately. Certainly, the Court reserves the right to take additional action should Plaintiff file similarly defective briefs in the future.

The Clerk of the Court is directed to terminate Dkt. Nos. 31 and 32 and extend Defendants' opposition deadline to January 16, 2026.

**SO ORDERED.**

Dated: New York, New York
January 5, 2026

Loretta A. Preska

LORETTA A. PRESKA
United States District Judge