**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROSSET FAMILY LEGACY HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, JOHN TROUBH, PAUL CHAN, CHARLES PALELLA, PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO, PAMELA ROSENTHAL, OR BOOKS LLC, a New York Limited Liability Company, COLIN ROBINSON, FANTAGRAPHICS BOOKS, INC., a Washington Corporation, GARY GROTH, LYNN EMMERT, and PAT THOMAS,<br><br>Defendants. | Civil Action No. 1:25-cv-09398-LAP |

**DECLARATION OF MICHAEL P. CLENDENEN IN SUPPORT OF DEFENDANTS EVERGREEN REVIEW, INC.; JOHN G.H. OAKES; AND OR BOOKS LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

I, Michael P. Clendenen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm Axinn, Veltrop & Harkrider LLP, which represents Defendant Evergreen Review, Inc. in this case, and am admitted to practice in this Action *Pro Hac Vice*.

2. I respectfully submit this Declaration in support of Defendants Evergreen Review, Inc.; John G.H. Oakes; and OR Books LLC's opposition to Plaintiff's motion to remand.

3. Attached to this declaration as Exhibit A is a correct copy of Plaintiff's amended and supplemental complaint, filed with the Supreme Court of the State of New York, New York County, on November 25, 2025, available at https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=3/M0QklbKIntMamFNQsTpg==.

4. Attached to this declaration as Exhibit B is a correct copy of the order of the Supreme Court of the State of New York, New York County, Commercial Division, entered as New York State Courts Electronic Filing Number 94 on January 9, 2026, available at https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=YMgxVFRQYjm1pmXXa9CgYw==.

5. Attached to this declaration as Exhibit C is a correct copy of the order of the Supreme Court of the State of New York, New York County, Commercial Division, entered as New York State Courts Electronic Filing Number 95 on January 9, 2026, available at https://iapps.courts.state.ny.us/nyscef/ViewDocument?docIndex=1Y8WDo3J3MFRwF9YiMgjPg==.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of January, 2026, in New York, New York.

Respectfully submitted,

/s/ Michael P. Clendenen
Michael P. Clendenen