# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART 43

---X

ROSSET FAMILY LEGACY HOLDINGS LLC,

Plaintiff,

- v -

JOHN G.H. OAKES, EVERGREEN REVIEW, INC.,ORBOOKS LLC,JOHN TROUBH, PAUL CHAN, CHARLES PALLELA, PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO, PAMELA ROSENTHAL, COLIN ROBINSON, FANTAGRAPHICS BOOKS, INC.,A WASHINGTON CORPORATION, GARY GROTH, LYNN EMMERT, PAT THOMAS, GROVE/ATLANTIC, INC.,MORGAN ENTREKIN

Defendant.

---X

**INDEX NO.** 655197/2024

**MOTION DATE** 05/09/2025

**MOTION SEQ. NO.** 001 002

**DECISION + ORDER ON MOTION**

HON. ROBERT R. REED:

The following e-filed documents, listed by NYSCEF document number (Motion 001) 19, 20, 21, 22, 23, 24, 25, 26, 39, 72, 75, 77, 88, 89

were read on this motion for DISMISSAL.

The following e-filed documents, listed by NYSCEF document number (Motion 002) 27, 28, 40, 73, 76, 78

were read on this motion for DISMISSAL.

A notice of removal was filed on November 17, 2025. Accordingly, it is hereby

ORDERED that defendants motions to dismiss (motion seq. nos. 001 and 002) are denied as moot and this action shall be marked disposed.

1/8/26
**DATE**

**ROBERT R. REED, J.S.C.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **CHECK ONE:** | X | **CASE DISPOSED** | | | **NON-FINAL DISPOSITION** | |
| | | **GRANTED** | | **DENIED** | **GRANTED IN PART** | X **OTHER** |
| **APPLICATION:** | | **SETTLE ORDER** | | | **SUBMIT ORDER** | |
| **CHECK IF APPROPRIATE:** | | **INCLUDES TRANSFER/REASSIGN** | | | **FIDUCIARY APPOINTMENT** | **REFERENCE** |