# <u>EXHIBIT A</u>

| | |
|---|---|
| **From:** | Sherwood, Kyle R. |
| **To:** | SFC-Part43@nycourts.gov |
| **Cc:** | SFC-Part43-Clerk@nycourts.gov; "dbs@smallmanlaw.com"; DBS Law PLLC (New York); Eisman, Scott A.; Clendenen, Michael P.; Bogert, John A.; Scott Sholder |
| **Subject:** | Notice of Removal - 655197/2024 Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al |
| **Date:** | Thursday, January 8, 2026 12:04:45 PM |
| **Attachments:** | image069595.png<br>655197_2024_Rosset_Family_Legacy_H_v_Rosset_Family_Legacy_H_NOTICE_OF_REMOVAL___90 (1).pdf<br>655197_2024_Rosset_Family_Legacy_H_v_Rosset_Family_Legacy_H_EXHIBIT_S__91.pdf<br>655197_2024_Rosset_Family_Legacy_H_v_Rosset_Family_Legacy_H_NOTICE_OF_REMOVAL___92.pdf<br>655197_2024_Rosset_Family_Legacy_H_v_Rosset_Family_Legacy_H_EXHIBIT_S__93.pdf<br>RE 6551972024 Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al.msg |

Chambers,

I represent Defendant Evergreen Review, Inc. in case: 655197/2024 Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al.

On November 10, 2025, Defendants removed this case to the United States District Court for the Southern District of New York. I've attached the Notice of Filing of Notice of Removal, which was filed via NYSCEF on November 10, 2025. I've also attached the Notice of Filing of Amended Notice of Removal, which was filed via NYSCEF on November 17, 2025.

Pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded. This morning, the parties received an invite to a status conference on Thursday, January 15 at 1130am (see attached email). Please advise whether this status conference will be cancelled.

Sincerely,
Kyle

**Kyle R. Sherwood**
Associate

**Axinn, Veltrop & Harkrider LLP**
45 Rockefeller Plaza
New York, NY 10111
T: 212.782.3184
ksherwood@axinn.com | axinn.com