# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ROSSET FAMILY LEGACY HOLDINGS LLC,

Plaintiff,

-against-

JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, JOHN TROUBH, PAUL CHAN, CHARLES PALLELA, PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO PAMELA ROSENTHAL, OR BOOKS LLC, a New York Limited Liability Company, COLIN ROBINSON, FANTAGRAPHICS BOOKS, INC., a Washington Corporation, GARY GROTH, LYNN EMMERT, PAT THOMAS,

Defendants,

and

GROVE/ATLANTIC, INC. and MORGAN ENTREKIN,

Nominal Defendants.

Index No. 655197/2024

**NOTICE OF FILING OF NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE THAT**, on November 10, 2025, Defendants Evergreen Review, Inc.; John G.H. Oakes; and OR Books LLC removed this action for the United States District Court for the Southern District of New York by filing a Notice of Removal in that court. A copy of the Notice of Removal is attached hereto as Exhibit A. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

Dated: November 10, 2025
New York, New York

Respectfully submitted,

AXINN, VELTROP & HARKRIDER LLP

By:/s/ Scott A. Eisman
Scott A. Eisman
Nicholas E.O. Gaglio
Kyle R. Sherwood
630 5th Avenue
New York, NY 10111
seisman@axinn.com
ngaglio@axinn.com
ksherwood@axinn.com

Attorneys for Defendant EVERGREEN REVIEW, INC.

By: /s/ Scott J. Sholder
Scott J. Sholder
Cowan, DeBaets, Abrahams & Sheppard LLP
60 Broad Street
30th Floor
New York, NY 10004
ssholder@cdas.com

Attorneys for Defendants JOHN G.H. OAKES and OR BOOKS LLC