# **EXHIBIT C**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| ROSSET FAMILY LEGACY HOLDINGS LLC,<br><br>Plaintiff,<br><br>-against-<br><br>JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, JOHN TROUBH, PAUL CHAN, CHARLES PALLELA, PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO PAMELA ROSENTHAL, OR BOOKS LLC, a New York Limited Liability Company, COLIN ROBINSON, FANTAGRAPHICS BOOKS, INC., a Washington Corporation, GARY GROTH, LYNN EMMERT, PAT THOMAS,<br><br>Defendants,<br><br>and<br><br>GROVE/ATLANTIC, INC. and MORGAN ENTREKIN,<br><br>Nominal Defendants. | Index No. 655197/2024<br><br>**NOTICE OF FILING OF AMENDED NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE THAT**, on November 17, 2025, Defendants Evergreen Review, Inc.; John G.H. Oakes; and OR Books LLC ("Removing Defendants") filed an Amended Notice of Removal in the United States District Court for the Southern District of New York. A copy of the Amended Notice of Removal is attached hereto as Exhibit A. Removing Defendants previously provided this Court with Notice that this action was removed to the United States District Court for the Southern District of New York and that, pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

Dated: November 17, 2025
New York, New York

Respectfully submitted,

AXINN, VELTROP & HARKRIDER LLP

By:/s/ Scott A. Eisman
Scott A. Eisman
Nicholas E.O. Gaglio
Kyle R. Sherwood
630 5th Avenue
New York, NY 10111
seisman@axinn.com
ngaglio@axinn.com
ksherwood@axinn.com

Attorneys for Defendant EVERGREEN REVIEW, INC.

By: /s/ Scott J. Sholder
Scott J. Sholder
Cowan, DeBaets, Abrahams & Sheppard LLP
60 Broad Street
30th Floor
New York, NY 10004
ssholder@cdas.com

Attorneys for Defendants JOHN G.H. OAKES and OR BOOKS LLC