# **EXHIBIT D**

| | |
|---|---|
| **From:** | Sherwood, Kyle R. |
| **To:** | "dbs@smallmanlaw.com" |
| **Cc:** | Eisman, Scott A.; Clendenen, Michael P.; Scott Sholder |
| **Subject:** | 1:25-cv-09398-LAP Rosset Family Legacy Holdings LLC v. Oakes et al |
| **Date:** | Sunday, January 25, 2026 3:40:28 PM |
| **Attachments:** | image691242.png<br>Notice of Removal - 6551972024 Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al.msg |

David,

Plaintiff's reply falsely accuses Defendants counsel of engaging in "ex parte communications with the Trial Court resulting in orders this month." Plaintiff's brief cites nothing to support this claim, and you know that it's false. Please let us know by 5 p.m. tomorrow whether you'll withdraw this baseless accusation (assuming the Court accepts Plaintiff's belated reply).

Here's what actually happened. On Thursday, January 8, counsel for *both* Plaintiff and Defendants received a calendar invitation from the Part 43 Clerk. I believed this to be a simple clerical error, since 28 U.S.C. § 1446 requires that the state-court action "shall proceed no further unless and until the case is remanded." I therefore called the Part 43 Clerk to ask whether the invitation had been sent in error, and was told to email chambers. We did not discuss the case or anything other than how the Court wished for me to raise the question. I therefore emailed chambers—copying you (see attached)—and asked whether the Court intended to schedule the conference, given Defendants' removal of the case to federal court. The Court then canceled the conference.

In short, what "result[ed] in orders this month" was an email to the Court on which you were copied—not any ex parte communication.

If we do not hear from you by 5 p.m. tomorrow saying that you'll withdraw your allegation, we will seek appropriate relief with the Court.

Best regards,
Kyle

**Kyle R. Sherwood**
Associate

**Axinn, Veltrop & Harkrider LLP**
45 Rockefeller Plaza
New York, NY 10111
T: 212.782.3184
ksherwood@axinn.com | axinn.com

# **ATTACHMENT TO E-MAIL IS EXHIBIT A**