# EXHIBIT E

**From:** David Brian Smallman
**To:** Sherwood, Kyle R.; Eisman, Scott A.; Clendenen, Michael P.; Scott Sholder
**Cc:** dbs@smallmanlaw.com
**Subject:** Re: Defendants" Counsels" Email Message 26 January 2026 at or about 3:41 PM EST
**Date:** Tuesday, January 27, 2026 3:21:27 PM
**Attachments:** image001.png

---

**Caution: External Email**

---

We had the meeting calendared at 3:15 pm and telephoned. We are now available by computer. Please let me know if counsel are available. Thank you.

David Brian Smallman
**Smallman + Snyder Law Group**
**| Smallman Law PLLC |**
NOTE NEW OFFICE LOCATION:
43 West 43rd Street, Suite 242
New York, NY 10036-7424
Email: dbs@smallmanlaw.com
DavidBrian@DBSLawPLLC.com
Tel/Txt: 1.917.414.0182
eFax: 1 212.202.5200
LinkedIn: http://linkedin.com/in/dbslawpllc

This message, together with any attachments, is intended only for the limited use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use beyond the intended purpose, further dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender, call Smallman Law PLLC immediately by telephone (1.917.414.0182) or by return E-mail and delete the message, along with any attachments, from your computer. Thank you.

---

**From:** "Sherwood, Kyle R." <ksherwood@axinn.com>
**Date:** Monday, January 26, 2026 at 8:36 PM
**To:** DBS Law PLLC <davidbrian@dbslawpllc.com>, "Eisman, Scott A." <seisman@axinn.com>, "Clendenen, Michael P." <mclendenen@axinn.com>, Scott Sholder <ssholder@cdas.com>
**Cc:** "dbs@smallmanlaw.com" <dbs@smallmanlaw.com>
**Subject:** Defendants' Counsels' Email Message 26 January 2026 at or about 3:41 PM EST

Let me know if this time does not work.

---

## Microsoft Teams meeting

**Join:** https://teams.microsoft.com/meet/25155662030574?p=k4mpgqql8ibWAy6Gim

Meeting ID: 251 556 620 305 74

Passcode: pi3XY2oR

---

Need help? | System reference

**Dial in by phone**

+1 929-352-1756,,237481838# United States, New York City

(844) 716-4655,,237481838# United States (Toll-free)

Find a local number

Phone conference ID: 237 481 838#

**Join on a video conferencing device**

Tenant key: axinnnet@m.webex.com

Video ID: 118 471 409 1

More info

For organizers: Meeting options | Reset dial-in PIN

---

---

**From:** David Brian Smallman <davidbrian@dbslawpllc.com>
**Sent:** Monday, January 26, 2026 6:36 PM
**To:** Eisman, Scott A. <seisman@axinn.com>; Sherwood, Kyle R. <ksherwood@axinn.com>; Clendenen, Michael P. <mclendenen@axinn.com>; Scott Sholder <ssholder@cdas.com>; David Brian Smallman <davidbrian@dbslawpllc.com>
**Cc:** dbs@smallmanlaw.com
**Subject:** Re: Defendants' Counsels' Email Message 26 January 2026 at or about 3:41 PM EST

**Caution: External Email**

---

Without Waiver/Without Prejudice/All Rights Reserved

Please let me know availability tomorrow, 27 January, Tuesday, between 10:45 AM EST and 5 PM EST. Thank you.

Sincerely,

David Brian Smallman

*Counsel for Plaintiff Rosset Family Legacy Holdings LLC*

David Brian Smallman
**Smallman + Snyder Law Group**
**| Smallman Law PLLC |**
NOTE NEW OFFICE LOCATION:
43 West 43rd Street, Suite 242
New York, NY 10036-7424
Email: dbs@smallmanlaw.com
DavidBrian@DBSLawPLLC.com
Tel/Txt: 1.917.414.0182
eFax: 1 212.202.5200
LinkedIn: http://linkedin.com/in/dbslawpllc

This message, together with any attachments, is intended only for the limited use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use beyond the intended purpose, further dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender, call Smallman Law PLLC immediately by telephone (1.917.414.0182) or by return E-mail and delete the message, along with any attachments, from your computer. Thank you.

---

**From:** "Eisman, Scott A." <seisman@axinn.com>
**Date:** Monday, January 26, 2026 at 5:27 PM
**To:** DBS Law PLLC <davidbrian@dbslawpllc.com>, "Sherwood, Kyle R." <ksherwood@axinn.com>, "Clendenen, Michael P." <mclendenen@axinn.com>, Scott Sholder <ssholder@cdas.com>
**Cc:** "dbs@smallmanlaw.com" <dbs@smallmanlaw.com>
**Subject:** RE: Defendants' Counsels' Email Message 26 January 2026 at or about 3:41 PM EST

David,

Kyle’s out sick tomorrow with a stomach bug. We can speak tomorrow if you give us some times when you’re free.

Best regards,
Scott

**Scott A. Eisman**
Partner

**Axinn, Veltrop & Harkrider LLP**
45 Rockefeller Plaza
New York, NY 10111
T: 212.261.5642
seisman@axinn.com | axinn.com

---

**From:** David Brian Smallman <davidbrian@dbslawpllc.com>
**Sent:** Monday, January 26, 2026 4:56 PM
**To:** Sherwood, Kyle R. <ksherwood@axinn.com>; Eisman, Scott A. <seisman@axinn.com>; Clendenen, Michael P. <mclendenen@axinn.com>; Scott Sholder <ssholder@cdas.com>
**Cc:** David Brian Smallman <davidbrian@dbslawpllc.com>; dbs@smallmanlaw.com
**Subject:** Defendants' Counsels' Email Message 26 January 2026 at or about 3:41 PM EST

**Caution: External Email**

---

Without Waiver/Without Prejudice/All Rights Reserved

Dear Mr. Sherwood:

Plaintiff's counsel is available today from now until 8 PM EST to confer by telephone regarding your email message sent yesterday afternoon, January 26, at or about 3:41 PM EST.

Please let me know if Defendants' counsel wish to schedule a call.

Sincerely,

David Brian Smallman
*Counsel for Plaintiff Rosset Family Legacy Holdings LLC*

David Brian Smallman
**Smallman + Snyder Law Group**
**| Smallman Law PLLC |**
NOTE NEW OFFICE LOCATION:
43 West 43rd Street, Suite 242
New York, NY 10036-7424
Email: dbs@smallmanlaw.com
DavidBrian@DBSLawPLLC.com
Tel/Txt: 1.917.414.0182
eFax: 1 212.202.5200
LinkedIn: http://linkedin.com/in/dbslawpllc

This message, together with any attachments, is intended only for the limited use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use beyond the intended purpose, further dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender, call Smallman Law PLLC immediately by telephone (1.917.414.0182) or by return E-mail and delete the message, along with any attachments, from your computer. Thank you.

**********************************************************************

Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client

communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
**********************************************************************

**********************************************************************

Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
**********************************************************************