**EXHIBIT A**




# NYSCEF Confirmation Notice

## New York County Supreme Court

The NYSCEF website has received an electronic filing on 01/09/2026 12:19 PM. Please keep this notice as a confirmation of this filing.

**655197/2024**
**Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al**
**Assigned Judge: Robert R. Reed**

## Documents Received on   01/09/2026 12:19 PM

| Doc # | Document Type |
|-------|---------------|
| 94 | DECISION + ORDER ON MOTION, Motion #001 |

## Filing User

Filed by court user.

## E-mail  Notifications

An email regarding this filing has been sent to the following on 01/09/2026 12:19 PM:

**JOHN ARTHUR BOGERT - jbogert@axinn.com**
**SCOTT ANDREW EISMAN - seisman@axinn.com**
**KYLE RICHARD SHERWOOD - ksherwood@axinn.com**
**SCOTT JONATHAN SHOLDER - ssholder@cdas.com**
**DAVID BRIAN SMALLMAN - dbs@smallmanlaw.com**

---

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956      Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  3



# NYSCEF Confirmation Notice
## New York County Supreme Court



**655197/2024**
**Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al**
**Assigned Judge: Robert R. Reed**

### Email Notifications NOT Sent

| Role | Party | Attorney |
|------|-------|----------|
| Defendant / Respondent | John Troubh | No consent on record. |
| Defendant / Respondent | Paul Chan | No consent on record. |
| Defendant / Respondent | Charles Pallela | No consent on record. |
| Defendant / Respondent | Patricia L. Irvin | No consent on record. |
| Defendant / Respondent | Dale Peck | No consent on record. |
| Defendant / Respondent | VYJAYANTHI RAO | No consent on record. |
| Defendant / Respondent | Pamela Rosenthal | No consent on record. |
| Defendant / Respondent | Colin Robinson | No consent on record. |
| Defendant / Respondent | FANTAGRAPHICS BOOKS, INC., a Washington Corporation | No consent on record. |

\* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

---

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956      Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile



# NYSCEF Confirmation Notice
## New York County Supreme Court



**655197/2024**
**Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al**
**Assigned Judge: Robert R. Reed**

| Role | Party | Attorney |
|------|-------|----------|
| Defendant / Respondent | Gary Groth | No consent on record. |
| Defendant / Respondent | Lynn Emmert | No consent on record. |
| Defendant / Respondent | Pat Thomas | No consent on record. |
| Defendant / Respondent | GROVE/ATLANTIC, INC. | No consent on record. |
| Defendant / Respondent | Morgan Entrekin | No consent on record. |

\* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

---

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956      Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile




# NYSCEF Confirmation Notice

## New York County Supreme Court

The NYSCEF website has received an electronic filing on 01/09/2026 12:20 PM. Please keep this notice as a confirmation of this filing.

**655197/2024**
**Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al**
**Assigned Judge: Robert R. Reed**

## Documents Received on   01/09/2026 12:20 PM

**Doc #**     **Document Type**
95           DECISION + ORDER ON MOTION, Motion #002

## Filing User

Filed by court user.

## E-mail  Notifications

An email regarding this filing has been sent to the following on 01/09/2026 12:20 PM:

**JOHN ARTHUR BOGERT - jbogert@axinn.com**
**SCOTT ANDREW EISMAN - seisman@axinn.com**
**KYLE RICHARD SHERWOOD - ksherwood@axinn.com**
**SCOTT JONATHAN SHOLDER - ssholder@cdas.com**
**DAVID BRIAN SMALLMAN - dbs@smallmanlaw.com**

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956      Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  3




# NYSCEF Confirmation Notice
## New York County Supreme Court

**655197/2024**
**Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al**
**Assigned Judge: Robert R. Reed**

## Email Notifications NOT Sent

| Role | Party | Attorney |
|------|-------|----------|
| Defendant / Respondent | John Troubh | No consent on record. |
| Defendant / Respondent | Paul Chan | No consent on record. |
| Defendant / Respondent | Charles Pallela | No consent on record. |
| Defendant / Respondent | Patricia L. Irvin | No consent on record. |
| Defendant / Respondent | Dale Peck | No consent on record. |
| Defendant / Respondent | VYJAYANTHI RAO | No consent on record. |
| Defendant / Respondent | Pamela Rosenthal | No consent on record. |
| Defendant / Respondent | Colin Robinson | No consent on record. |
| Defendant / Respondent | FANTAGRAPHICS BOOKS, INC., a Washington Corporation | No consent on record. |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

---

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956     Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 3




# NYSCEF Confirmation Notice
## New York County Supreme Court

**655197/2024**
**Rosset Family Legacy Holdings LLC v. John G.H. Oakes et al**
**Assigned Judge: Robert R. Reed**

| Role | Party | Attorney |
|------|-------|----------|
| Defendant / Respondent | Gary Groth | No consent on record. |
| Defendant / Respondent | Lynn Emmert | No consent on record. |
| Defendant / Respondent | Pat Thomas | No consent on record. |
| Defendant / Respondent | GROVE/ATLANTIC, INC. | No consent on record. |
| Defendant / Respondent | Morgan Entrekin | No consent on record. |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956     Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 3 of 3