IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSSET FAMILY LEGACY HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, JOHN TROUBH, PAUL CHAN, CHARLES PALLELA, PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO PAMELA ROSENTHAL, OR BOOKS LLC, a New York Limited Liability Company, COLIN ROBINSON, FANTAGRAPHICS BOOKS, INC., a Washington Corporation, GARY GROTH, LYNN EMMERT, PAT THOMAS,<br><br>Defendants,<br><br>and<br><br>GROVE/ATLANTIC, INC. and MORGAN ENTREKIN,<br><br>Nominal Defendants. | Civil Action No. 1:25-cv-09398-LAP<br><br>**MOTION TO WITHDRAW APPEARANCE OF KYLE SHERWOOD** |

Pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern District and Eastern District of New York, Defendant Evergreen Review, Inc. respectfully requests that this Court grant Kyle Sherwood's motion to withdraw his appearance in this matter as an attorney of record in the above-referenced matter. Mr. Sherwood will be out of the country for the next six months on secondment at a different law firm. Upon his return to Axinn, Veltrop & Harkrider LLP, Mr. Sherwood will re-appear in this matter if it is ongoing. Mr. Sherwood's withdrawal will cause no delay, as Evergreen Review, Inc. will continue to be represented by other counsel at Axinn, Veltrop & Harkrider LLP with appearances on file.

Evergreen Review, Inc. respectfully requests that this Court grant this motion and enter an order withdrawing the appearance of Kyle Sherwood as counsel for Evergreen Review, Inc. in this matter.

Dated: February 20, 2026

Respectfully submitted,

*Kyle Sherwood*

Kyle Sherwood
Axinn, Veltrop & Harkrider LLP
630 5th Avenue
33rd Floor
New York, NY 10111
Phone: 212.782.3184
Email: ksherwood@axinn.com

*Counsel for Defendant Evergreen Review, Inc.*

**CERTIFICATE OF SERVICE**

I, Kyle Sherwood, hereby certify that on February 20, 2026, I served copies of the foregoing Motion to Withdraw as Counsel by e-mail to Evergreen Review, Inc. upon the following individuals:

- John Oakes (john@evergreenreview.com)
- Charles Pallela (cpalella@atllp.com)

I further certify that, on February 20, 2026, I served the foregoing Motion to Withdraw on all counsel of record in this action using the CM/ECF system and via the following e-mail addresses:

- Scott Eisman (seisman@axinn.com)
- Michael Clendenen (mclendenen@axinn.com)
- Scott Sholder (ssholder@cdas.com)
- David Smallman (davidbrian@dbslawpllc.com; dbs@smallmanlaw.com)

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2026
New York, New York

Respectfully submitted,

Kyle Sherwood

Kyle Sherwood