Case 1:25-cv-09398-LAP Document 42 Filed 02/24/26 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSSET FAMILY LEGACY HOLDINGS, LLC,

Plaintiff,

v.

JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, JOHN TROUBH, PAUL CHAN, CHARLES PALLELA, PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO PAMELA ROSENTHAL, OR BOOKS LLC, a New York Limited Liability Company, COLIN ROBINSON, FANTAGRAPHICS BOOKS, INC., a Washington Corporation, GARY GROTH, LYNN EMMERT, PAT THOMAS,

Defendants,

and

GROVE/ATLANTIC, INC. and MORGAN ENTREKIN,

Nominal Defendants.

Civil Action No.
1:25-cv-09398-LAP

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF KYLE SHERWOOD**

Upon consideration of the Motion to Withdraw the appearance of Kyle Sherwood as counsel for Evergreen Review, Inc.,

IT IS SO ORDERED that the Motion to Withdraw is GRANTED, and

IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Kyle Sherwood from all future ECF notifications in these actions.

Dated: February 24, 2026

Loretta A. Preska

Hon. Loretta A. Preska
United States District Court Judge