**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROSSET FAMILY LEGACY HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN G. H. OAKES, EVERGREEN REVIEW, INC., a New York Domestic Not-For-Profit Corporation, JOHN TROUBH, PAUL CHAN, CHARLES PALLELA, PATRICIA L. IRVIN, DALE PECK, VYJAYANTHI RAO, PAMELA ROSENTHAL, OR BOOKS LLC, a New York Limited Liability Company, COLIN ROBINSON, FANTAGRAPHICS BOOKS, INC., a Washington Corporation, GARY GROTH, LYNN EMMERT, PAT THOMAS, <br><br> Defendants, | Civil Action No. 1:25-cv-09398 |

**NOTICE OF CHANGE OF FIRM NAME**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Axinn, Veltrop & Harkrider LLP has changed its name to Axinn LLP.  The firm's and its lawyers' addresses, phone numbers, fax numbers, and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system of the change from Axinn, Veltrop & Harkrider LLP to Axinn LLP.

Dated: July 27, 2026

Respectfully submitted,


/s/ Scott A. Eisman
Scott A. Eisman (SDNY Bar No. SE2718)
Michael Clendenen (admitted *pro hac vice*)
Axinn LLP
630 5th Avenue
33rd Floor
New York, NY 10111
Phone: 212.728.2200
Email: seisman@axinn.com
           mclendenen@axinn.com

*Counsel for Defendant Evergreen Review, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on July 27, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

*/s/ Scott. A. Eisman*
Scott. A. Eisman